FILED
CLERK, U.S. DISTRICT COURT
8/29/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: JB DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>YASIEL PUIG VALDES, DEFENDANT(S) | CASE NUMBER<br>CR No. 2:22-cr-00394-JLS<br>**NOTICE TO COURT OF RELATED CRIMINAL CASE**<br>(PURSUANT TO GENERAL ORDER 14-03) |

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to United States v. Wayne Nix, et al., Case No. CR 22-80-DMG, which:

__X__ was previously assigned to the Honorable Dolly M. Gee;

______ has not been previously assigned.

The above-entitled cases may be related for the following reasons:

__X__ the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

______ the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):

Dated: August 29, 2022

*/s/ Jeff Mitchell*
JEFF MITCHELL
Assistant United States Attorney