STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JEFF MITCHELL (Cal. Bar No. 236225)
Assistant United States Attorney
Major Frauds Section
     11000 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0698
     Facsimile: (213) 894-3713
     E-mail:   jeff.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
8/29/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR  2:22-cr-00394-JLS |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING INFORMATION AND RELATED DOCUMENTS; DECLARATION OF JEFF MITCHELL |
| v. | |
| YASIEL PUIG VALDES, | **(UNDER SEAL)** |
| Defendant. | |

The government hereby applies ex parte for an order that the information and any related documents in the above-titled case be kept under seal until further order of the Court.

//
//
//
//
//
//

This ex parte application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of Jeff Mitchell.

Dated: August 29, 2022         Respectfully submitted,

STEPHANIE S. CHRISTENSEN
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

         /s/ Jeff Mitchell
JEFF MITCHELL
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF JEFF MITCHELL**

I, Jeff Mitchell, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of <u>United States v. Yasiel Puig Valdes</u>.

2. The United States is conducting a grand jury investigation into the Operation of Unlawful Sports Gambling Businesses in the Central District of California.

3. Defendant PUIG is aware of the investigation and has agreed to plead guilty; however, several remaining targets are not yet aware of the government's investigation. If the information and related documents were made publicly aware, it would undermine the investigation which is still pending before the grand jury.

4. In addition, Federal agents are currently conducting undercover activities. If the information and documents associated with defendant PUIG are made public it may undermine their investigation.

5. Based on my conversations with agents in this case, I understand that the remaining targets are likely to destroy electronic evidence, and move and hide their assets if there were to become aware of the investigation.

6. Accordingly, the government requests that the information and sealed documents in this case be sealed and remain so until further order of the Court.

//
//
//

1

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on August 29, 2022.

_____
JEFF MITCHELL

STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JEFF MITCHELL (Cal. Bar No. 236225)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0698
     Facsimile: (213) 894-3713
     E-mail:    jeff.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22- |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SEALING INFORMATION AND RELATED DOCUMENTS |
| v. | **(UNDER SEAL)** |
| YASIEL PUIG VALDES, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the information and any related documents in the above-titled case, the government's sealing application, and this order shall be kept under seal until further order of the Court.

_____      _____
DATE                             HONORABLE
                                 UNITED STATES MAGISTRATE JUDGE

1

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED.  The sealing application will be filed under seal.  The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____  _____
DATE                          HONORABLE
                              UNITED STATES MAGISTRATE JUDGE