```
STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JEFF MITCHELL (Cal. Bar No. 236225)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0698
     Facsimile: (213) 894-3713
     E-mail:    jeff.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

**FILED**
CLERK, U.S. DISTRICT COURT
Sept. 2, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____VRV_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SA CR 22-00394-JLS |
|---|---|
| Plaintiff, | ORDER SEALING INFORMATION AND RELATED DOCUMENTS |
| v. | **(UNDER SEAL)** |
| YASIEL PUIG VALDES, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the information and any related documents in the above-titled case, the government's sealing application, and this order shall be kept under seal until further order of the Court.

September 2, 2022
DATE

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1