E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JEFF MITCHELL (Cal. Bar No. 236225)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0698
    Facsimile: (213) 894-3713
    E-mail:    jeff.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
11/10/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ____jb____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>YASIEL PUIG VALDES,<br><br>        Defendant. | No. CR 22-394-DMG<br><br>GOVERNMENT'S EX PARTE APPLICATION FOR ORDER UNSEALING DOCKET |

    Plaintiff, United States of America, by and through Assistant United States Attorney Jeff Mitchell, hereby applies to the Court *ex parte* for an order unsealing the case docket in the above-captioned matter.

//
//
//

This ex parte application is based upon the attached declaration of Jeff Mitchell, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: November 9, 2022          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division


           /s/ Jeff Mitchell
JEFF MITCHELL
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF JEFF MITCHELL**

I, Jeff Mitchell, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in this matter.

2. On September 2, 2022, the government filed an information and plea agreement for the above-captioned defendant. Those documents were filed under seal to avoid disclosure to the additional targets of the investigation who were not yet aware of the investigation.

3. The majority of the remaining targets in this investigation have been charged and/or notified of the government's investigation.

4. Because the defendants have now been charged, the investigation has been made known to them, or that portion of the investigation is now closed, it is appropriate for the Court to unseal the docket in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on November 9, 2022.

_____
JEFF MITCHELL