FILED
CLERK, U.S. DISTRICT COURT
Nov 14, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ____KT____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>YASIEL PUIG VALDES,<br><br>          Defendant. | Case No.: CV 22-394-DMG<br><br>ORDER UNSEALING DOCKET |

   For good cause shown, IT IS HEREBY ORDERED THAT:

The docket in the above-captioned matter shall be UNSEALED.

DATED: November 14, 2022        _____
                                DOLLY M. GEE
                                UNITED STATES DISTRICT JUDGE

-1-