**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | CASE NUMBER: |
| --- | --- |
| V.  PLAINTIFF | 2:22-CR-00394-DMG |
| YASIEL PUIG VALDES  DEFENDANT | **WAIVER OF INDICTMENT** |

I, _Yasiel Puig Valdes_, the above-named defendant, who is accused of _Making False Statements_, in violation of _18 U.S.C. § 1001(a)(2)_, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on _____, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

_11-15-22_
Date

_11/15/2022_
Date

_11/15/2022_
Date

[signature]
Defendant

[signature]
Counsel for Defendant

Before: [signature]
Judicial Officer

If the defendant does not speak English, complete the following:

I, _F. Javier Villalobos_, am fluent in written and spoken English and _Spanish_ languages. I accurately translated this Waiver of Indictment from English to _Spanish_ for defendant _Yasiel Puig Valdes_ on this date.

_11/15/22_
Date

[signature] F. Javier Villalobos
Interpreter

CR-57 (06/14)                **WAIVER OF INDICTMENT**