# UNITED STATES DISTRICT COURT
## for the
### Central District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Yasiel Puig Valdes ) | Case No. 2:22-CR-00394-DMG |
| ) | |
| *Defendant* ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 11-15-22

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

11/15/22   *[signature]*

I have translated this Waiver of Preliminary Hearing to the defendant in the _Spanish_ language.

Date: 11/15/22

_____
Signature of Interpreter

CR-110 (06/12)                        Waiver of a Preliminary Hearing