UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES—GENERAL**

Page 1 of 1

| Case No. | CR 22-394-DMG | Date | November 23, 2022 |
|---|---|---|---|

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | Sharon Spence (Spanish) |

| Kane Tien | Judy Moore | Jeff P. Mitchell / Daniel G. Boyle |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| Yasiel Puig Valdes | ✓ | | ✓ | Keri C. Axel | ✓ | | ✓ |
| | | | | Jose Nuno | ✓ | | ✓ |

**Proceedings:** STATUS CONFERENCE RE GUILTY PLEA HEARING

The cause is called and counsel state their appearance. Defendant orally move to continue the hearing. The Court hears argument. The matter is continued to **November 29, 2022 at 3:30 p.m.** Defendant is ordered to appear.

0:12