E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JEFF MITCHELL (Cal. Bar No. 236225)
Assistant United States Attorney
Major Frauds Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture & Recovery Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0698/2426
     Facsimile: (213) 894-6269/0141
     E-mail:    jeff.mitchell@usdoj.gov
                daniel.boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-394-DMG |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SETTING TRIAL DATE |
| v. | **[PROPOSED] TRIAL DATE: [01-10-23]** |
| YASIEL PUIG VALDES, | |
| Defendant. | |

     The Court has read and considered the Stipulation Regarding Request for Trial Date filed by the parties in this matter on December 2, 2022.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support setting a trial date at this time.

     THEREFORE, FOR GOOD CAUSE SHOWN:

     1.   The trial in this matter is set for January 10, 2023.

    2.   Defendant shall appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on January 10, 2023, at 8:00am.

    3.   Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

    IT IS SO ORDERED.

| DATE | HONORABLE DOLLY M. GEE |
|---|---|
|  | UNITED STATES DISTRICT JUDGE |

Presented by:

    */s/ Jeff Mitchell*
JEFF MITCHELL
Assistant United States Attorney