UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>YASIEL PUIG VALDES,<br><br>　　　　Defendant. | No. CR 22-394-DMG<br><br>ORDER SETTING TRIAL DATE [26]<br><br>**JURY TRIAL DATE:**<br>**1-10-23 at 8:30 a.m.**<br><br>**PRETRIAL CONFERENCE:**<br>**12-13-22 at 2:00 p.m.** |
|---|---|

The Court has read and considered the parties' Stipulation Regarding Request for Trial Date filed on December 2, 2022.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support setting a trial date at this time.

　　　THEREFORE, FOR GOOD CAUSE SHOWN:

　　　1.   The trial in this matter is set for January 10, 2023 at 8:30 a.m.  The pretrial conference is set for December 13, 2022 at 2:00 p.m.

　　　2.   Defendant shall appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on **January 10, 2023 at 8:30 a.m.**

3.   Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

December 2, 2022
DATE

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE