1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,          No.: CR 22-394-DMG

11           Plaintiff,                 ORDER CONTINUING TRIAL DATE AND
                                        FINDINGS REGARDING EXCLUDABLE
12                                       TIME PERIODS PURSUANT TO SPEEDY
             vs.                        TRIAL ACT [31]
13
14   YASIEL PUIG VALDES,
15           Defendant.                 JURY TRIAL DATE:
                                        2-14-23 at 8:30 a.m.
16
17                                       PRETRIAL CONFERENCE DATE:
                                        2-1-23 at 2:30 p.m.
18
19        The Court has read and considered the Stipulation Regarding

20   Request for (1) Continuance of Trial Date and (2) Findings of

21   Excludable Time Periods Pursuant to Speedy Trial Act, filed by the

22   parties in this matter on December 12, 2022. The Court hereby finds

23   that the Stipulation, which this Court incorporates by reference into

24   this Order, demonstrates facts that support a continuance of the

25   trial date in this matter, and provides good cause for a finding of

26   excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

27        The Court further finds that: (i) the ends of justice served by

28   the continuance outweigh the best interest of the public and

                                   -1-

defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) the case is so unusual and so complex, due to the nature of the investigation, the unique procedural history, the possibility of additional charges, and the voluminous discovery, that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (iv) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.    The trial in this matter is continued from January 10, 2023, to **February 14, 2023 at 8:30 a.m.** The pretrial conference hearing is continued to **February 1, 2023 at 2:30 p.m.**

2.    The time period of January 10, 2023 to February 14, 2023, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(ii).

3.    Defendant shall appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on February 14, 2023, at 8:30am.

4.    Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of

1  additional time periods from the period within which trial must

2  commence.

3  IT IS SO ORDERED.

4

5  DATED:  December 12, 2022

6  DOLLY M. GEE
   UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

−3−