E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JEFF MITCHELL (Cal. Bar No. 236225)
Assistant United States Attorney
Major Frauds Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture & Recovery Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0698/2426
    Facsimile: (213) 894-6269/0141
    E-mail:   jeff.mitchell@usdoj.gov
             daniel.boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-394-DMG |
|---|---|
| Plaintiff, | NOTICE OF LODGING OF PROPOSED ORDER ON GOVERNMENT'S MOTION FOR BREACH OF PLEA AGREEMENT |
| v. | |
| YASIEL PUIG VALDES, | |
| Defendant. | |

//

//

//

Please take notice that Plaintiff, United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California, hereby lodges a proposed order on the Government's Motion for Breach of Plea Agreement.

Dated: December 16, 2022

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

*/s/ Jeff Mitchell*
JEFF MITCHELL
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA