E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JEFF MITCHELL (Cal. Bar No. 236225)
Assistant United States Attorney
Major Frauds Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture & Recovery Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0698/2426
     Facsimile: (213) 894-6269/0141
     E-mail:   jeff.mitchell@usdoj.gov
               daniel.boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-394-DMG |
|---|---|
| Plaintiff, | [PROPOSED] ORDER ON GOVERNMENT'S MOTION FOR BREACH OF PLEA AGREEMENT |
| v. | |
| YASIEL PUIG VALDES, | |
| Defendant. | |

The Court has read and considered the Government's Motion for Breach of Plea Agreement filed by the government in this matter on December 15, 2022. The Court hereby finds that the Motion, which this Court incorporates by reference into this Order, demonstrates facts that support a finding that defendant breached his plea agreement.

THEREFORE, FOR GOOD CAUSE SHOWN, THE COURT FINDS AS FOLLOWS:

1.   The parties filed a plea agreement on August 29, 2022.

2.    Paragraph 2(a) of the plea agreement required defendant to plead guilty.  In exchange, the government agreed not to prosecute defendant for the more serious offense of Obstruction of Justice, in violation of 18 U.S.C. § 1503, as described in paragraph 3(d) of the plea agreement, among other agreements and stipulations.

3.    Defendant has stipulated that he no longer intends to plead guilty.

4.    The Court finds that defendant has knowingly breached the plea agreement by failing to perform his obligations under the plea agreement.

5.    The government is hereby relieved of all its obligations contained in the plea agreement.

IT IS SO ORDERED.

_____    _____
DATE    HONORABLE DOLLY M. GEE
    UNITED STATES DISTRICT JUDGE

Presented by:

    */s/ Jeff Mitchell*
JEFF MITCHELL
Assistant United States Attorney