```
                                              FILED
                                     CLERK, U.S. DISTRICT COURT

                                        Jan 5, 2023

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY:      KT        DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 22-00394-DMG |
| Plaintiff, | ORDER SEALING DOCUMENT [47] |
| v. | |
| YASIEL PUIG VALDES, | |
| Defendant. | |

For compelling reasons shown, IT IS HEREBY ORDERED THAT:

The government's ex parte application for sealed filing is GRANTED.  The document sought to be filed under seal and the government's ex parte application for sealed filing shall both be filed under seal.  The government may produce the underlying document as permitted or required by applicable law.

IT IS SO ORDERED.


January 5, 2023
DATE

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE