# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| USA<br><br>Plaintiff(s),<br><br>v.<br><br>YASIEL PUIG VALDES<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22–cr–00394–DMG<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __2/10/2023__

Document No.:   __59__

Title of Document:   __Defendant's Notice of Motion and Motion to Compel Discovery Regarding Selective Prosecution__

**ERROR(S) WITH DOCUMENT:**

Proposed document was not submitted or was not submitted as a separate attachment.

Hearing information is missing, incorrect, or untimely.

The filer set this matter for hearing on 3/15/2023 at 8:30 AM. Judge Gee hears criminal motions on Wednesdays at 2:30 PM.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __February 14, 2023__   By:  __/s/ *Grace Kami  grace_kami@cacd.uscourts.gov*__
                                                                 Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**