FILED
CLERK, U.S. DISTRICT COURT

Feb 14, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ___KT___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YASIEL PUIG VALDES,<br><br>Defendant. | Case No. CR 22-394-DMG<br><br>ORDER GRANTING DEFENDANT YASIEL PUIG VALDES' *EX PARTE* APPLICATION FOR ORDER SEALING EXCERPTS OF PUIG'S MOTION TO COMPEL DISCOVERY RE SELECTIVE PROSECUTION AND DECLARATION OF JOSE R. NUÑO IN SUPPORT OF MOTION TO COMPEL [60] |

1  The Court has read and considered Defendant YASIEL PUIG VALDES'
2  ("Defendant") *Ex Parte* Application for Order Sealing Excerpts of Puig's Motion to
3  Compel Discovery re Selective Prosecution (Section II.G.) and Declaration of Jose
4  R. Nuño in Support of Motion to Compel ("Application").  Compelling reasons
5  having been shown, the Court hereby ORDERS as follows:
6      1.    Defendant's Application to file under seal is GRANTED.
7      2.    The documents sought to be filed under seal and the Defendant's
8      application to file under seal shall both be filed under seal.

**IT IS SO ORDERED.**

DATED:  February 14, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE