Keri Curtis Axel (Bar No. 186847)
  kaxel@waymakerlaw.com
Jose R. Nuño (Bar No. 312832)
  jnuno@waymakerlaw.com
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (424) 652-7800
Facsimile: (424) 652-7850

Attorneys for Defendant
Yasiel Puig Valdes



FILED
CLERK, U.S. DISTRICT COURT

Feb 14, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ___KT___ DEPUTY



# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>YASIEL PUIG VALDES,<br><br>   Defendant. | Case No. CR 22-394-DMG<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 515 S. Flower Street, Suite 3500, Los Angeles, CA 90071.

On February 10, 2023, I served true copies of the following document(s) described as:

1. **YASIEL PUIG'S NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY REGARDING SELECTIVE PROSECUTION**

2. **DECLARATION OF JOSE R. NUÑO IN SUPPORT OF DEFENDANT YASIEL PUIG VALDES' MOTION TO COMPEL DISCOVERY RE SELECTIVE PROSECUTION**

on the interested parties in this action as follows:

| | |
|---|---|
| **Jeff P Mitchell** <br> AUSA- Office of US Attorney <br> Major Frauds Section <br> 312 North Spring Street 11th Floor <br> Los Angeles, CA 90012 <br> 213-894-0698 <br> Fax: 213-894-3713 <br> **Email: jeff.mitchell@usdoj.gov** | **Daniel G. Boyle** <br> AUSA- Office of US Attorney <br> General Crimes Section <br> 312 North Spring Street 14th Floor <br> Los Angeles, CA 90012 <br> 213-894-2426 <br> Fax: 213-894-0142 <br> **Email: daniel.boyle2@usdoj.gov** |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address achua@waymakerlaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 10, 2023, at Los Angeles, California.

/s/ Al G. Chua
Al G. Chua