# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:22-CR-00394(A)-DMG     Recorder: CS 02/10/2023     Date: 02/10/2023

Present: The Honorable Pedro V. Castillo, U.S. Magistrate Judge

Court Clerk: Marlene Ramirez     Assistant U.S. Attorney: Colin Scott

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| YASIEL PUIG VALDES BOND-PRESENT | KERI CURTIS AXEL RETAINED | SPANISH | F. JAVIER VILLALOBOS |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Deft is arraigned and states true name is the name on the charging document.

Defendant is given a copy of the First Superseding Indictment and acknowledges having been read or having received a copy of the First Superseding Indictment and waives the reading thereof. .

Defendant pleads not guilty to all counts in the First Superseding Indictment.

This case was previously assigned to the calendar of District Judge Dolly M. Gee.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 04/25/2023 at 8:30 AM
    Pre-trial Conference 04/12/2023 at 2:00 PM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 03
Initials of Deputy Clerk: MR by TRB

cc: Statistics Clerk, PSALA Interpreter