# EXHIBIT E

**Mitchell, Jeff (USACAC) 5**

| | |
|---|---|
| **From:** | Mitchell, Jeff (USACAC) 5 <jmitchell5@usa.doj.gov> |
| **Sent:** | Wednesday, January 26, 2022 12:54 PM |
| **To:** | scott@lawbylg.com |
| **Subject:** | Yasiel Puig |
| **Attachments:** | Proffer Letter_Puig.pdf |

Scott.  As requested, please find attached a proffer letter for your client.

To recap our conversations over the last couple of weeks, we issued a subpoena to Yasiel Puig to have him appear and testify before the grand jury on February 16, 2022.  You indicated that your client intends to depart the United States at the beginning of February to begin his preparation for the Korean baseball season.  A couple of weeks ago we discussed advancing his grand jury appearance, but you were unable to give me an answer on a specific date until this past Monday.  Unfortunately, that did not leave enough time to arrange for a grand jury appearance this week.  You indicated that Mr. Puig is unlikely to have information relevant to our investigation, and requested that we conduct a voluntarily interview instead.  As a courtesy to you and your client, we're willing to participate in the video interview with your client tomorrow.  I will send a Webex invitation separately.

Please let me know if you have any questions or if my summary was not accurate.

Thank you.

**Jeff Mitchell**
**Assistant United States Attorney**
**Major Frauds Section**
U.S. Attorney's Office
312 North Spring St., Los Angeles, CA  90012
Work: 213-894-0698 | jeff.mitchell@usdoj.gov
Cell: 213-393-5765