# EXHIBIT F

| Name | Redacted ID | African American | Admonished by AUSA | Admonished by Agent | Date of Interview |
|---|---|---|---|---|---|
| **Target Proffers in the Internet Gambling Investigation (in chronological order)** | | | | | |
|  | Target 1 |  | X |  | 2/11/2020 |
|  | Target 2 |  | X |  | 2020 |
|  | Target 3 |  | X |  | 2020 |
|  | Target 4 |  | X |  | 2020 |
|  | Target 5 |  | X |  | 2021 |
|  | Target 6 |  | X |  | 6/2/2021 |
| **Non-Targets Interviews in the Internet Gambling Investigation (in chronological order)** | | | | | |
|  | Individual 1 |  | X |  | 9/9/2021 |
|  | *Individual 2[1]* |  |  |  | *9/20/2021* |
|  | *Individual 3[2]* | X |  |  | *9/27/2021* |
|  | Individual 4 |  |  | X | 10/7/2021 |
|  | Individual 5 |  |  | X | 10/7/2021 |
|  | Individual 6 |  |  | X | 10/8/2021 |
|  | Individual 7[3] | X |  | X | 10/28/2021 |
|  | Individual 8[4] | X |  | X | 11/9/2021 |
|  | Individual 9 |  |  | X | 1/10/2022 |
|  | Individual 10 |  | X | X | 1/13/2022 |
|  | Individual 11 |  | X |  | 1/14/2022 |
| Yasiel Puig | Individual 12 | X | X | X | 1/27/2022 |
|  | Individual 13 | X |  | X | 2/8/2022 |
|  | Individual 14 |  |  | X | 2/23/2022 |
|  | Individual 15[5] |  |  | X | 2/22/2022 |
|  | Individual 16 |  |  | X | 2/28/2022 |
|  | Individual 17 |  |  | X | 2/28/2022 |
|  | Individual 18[6] |  | X |  | 3/2/2022 |
|  | Individual 19 |  | X |  | 5/26/2022 |
|  | Individual 20 |  | X |  | 6/6/2022 |
|  | Individual 21 |  |  | X | 7/1/2022 |
|  | Individual 22 |  |  | X | 7/12/2022 |
|  | Individual 23 |  |  | X | 7/27/2022 |
|  | Individual 24 |  | X | X | 7/28/2022 |
|  | Individual 25 |  | X | X | 8/2/2022 |
|  | Individual 26 |  | X | X | 10/21/2022 |
|  | Individual 27 |  | X | X | 11/15/2022 |

---

[1] Interview was conducted by a different field office pursuant to an agency collateral request.
[2] Interview was conducted by a different field office pursuant to an agency collateral request.
[3] Individual 7 is referred to as the prominent Black athlete in defendant's motion to compel.
[4] Individual 8 is referred to as the prominent Black manager in defendant's motion to compel.
[5] Individual 15 is referred to as Player R in defendant's motion to compel.
[6] Individual 18 is referred to as Agent 1 in the indictment.