# EXHIBIT G

| Defendant | Offense(s) Pled | Base Offense Level[1] |
|---|---|---|
| Wayne Nix | 18 U.S.C. § 371; 26 U.S.C. § 7201(1) | 22 |
| Edon Kagasoff | 18 U.S.C. § 371 | 12 |
| Matthew Funke | 18 U.S.C. § 1955; 31 U.S.C. §§ 5363, 5366 | 12 |
| Howard Miller | 18 U.S.C. §§ 1955 | 10 |
| ▆▆▆▆▆▆▆▆ | 18 U.S.C. § 1955; 18 U.S.C. § 1957; 26 U.S.C. § 7201(1); 31 U.S.C. §§ 5363, 5366 | 24 |
| ▆▆▆▆▆ | 18 U.S.C. §§ 1955 | 12 |
| Erik Hiljus | 26 U.S.C. § 7206(1) | 16 |
| ▆▆▆▆▆▆▆ | 26 U.S.C. § 7206(1) | 16 |
| Yasiel Puig | 18 U.S.C. § 1001 | 6 |

[1] Where a defendant pled to multiple counts, this column reflects the highest base offense level prior to any grouping pursuant to U.S.S.G.§ 3D1.1.

[2] This matter is currently under seal.