1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9               FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                        WESTERN DIVISION

11

12   UNITED STATES OF AMERICA,          No. CR 22-394-DMG

             Plaintiff,
13
                                        **[PROPOSED] <u>ORDER REGARDING EX</u>**
                  v.                    **<u>PARTE APPLICATION FOR LEAVE TO</u>**
14
                                        **<u>FILE A SUR-REPLY</u>**
     YASIEL PUIG VALDES,
15
             Defendant.
16

17

18

19
         The Court, having considered the <u>ex parte</u> application filed by
20
     Plaintiff United States of America ("the government") to file a sur-
21
     reply to the reply brief and exhibits filed by defendant Yasiel Puig
22
     Valdes ("defendant") with respect to Defendant's motion to compel
23
     discovery (ECF Nos. 59, 66), and good cause appearing therefor,
24   //
25
26
27
28

     IT IS HEREBY ORDERED that the government's ex parte application
is granted. The government may file forthwith a sur-reply, in the
form attached by the government to the government's ex parte
application.


Dated: _____, 2023     _____
                                  THE HONORABLE DOLLY M. GEE
                                  UNITED STATES DISTRICT JUDGE

Presented by:


_____/s/_____
DAN G. BOYLE
JEFF MITCHELL
Assistant United States Attorneys