## DECLARATION OF JEFF MITCHELL

I, Jeff Mitchell, declare as follows:

1. I am an Assistant United States Attorney with the United States Attorney's Office for the Central District of California. I represent the government in this matter.

2. Since 2017, the Department of Homeland Security – Homeland Security investigations ("HSI"), and the Internal Revenue Service – Criminal Investigations ("IRS-CI") have been investigating an illegal sports gambling business operated by Wayne Nix (the "Nix Gambling Business").

3. I am currently the lead prosecutor on the Nix Gambling Business investigation, and have overseen this investigation since at least 2019.

4. The interviews for Individuals 15, 16, and 17 (in additional to several others) were recorded with audio. The agents have advised me that all three individuals are Caucasian. I have listened to the audio recordings and learned the following:

   a. At the 9:45 minute mark of the interview of Individual 15, the agent read 18 U.S.C. § 1001 to the witness. My paralegal has advised me that the WAV (audio) file was produced to defendant on February 7, 2023, with bates number USAO_NIX_00220189.

   b. At the 5:15 minute mark of the interview of Individual 16, the agent read 18 U.S.C. § 1001 to the witness. My paralegal has advised me that the WAV (audio) file was produced to defendant on February 7, 2023, with bates number USAO_NIX_00220188.

   c. At the 5:00 minute mark of the interview of Individual 17, the agent read 18 U.S.C. § 1001 to the witness. My paralegal has

advised me that the WAV (audio) file was produced to defendant on February 7, 2023, with bates number USAO_NIX_00220187.

5. In 2022, I extended a formal Use Immunity agreement to Individual 11. Paragraph 2 of the immunity agreement advised Individual 11 that his/her statements may be used directly or indirectly against him/her in a prosecution for perjury or making a false statement.

6. Filed separately under seal as Exhibit L are proffer letters for some of the targets of the investigation. The proffer letters contain a warning that false statements may be used against the target in a prosecution for false statements.

7. On January 20, 2023, defense counsel sent the government a letter requesting general discovery for this matter, including proffer agreements for the targets.

8. On January 24, 2023, I sent defense counsel a letter confirming that we possessed proffer agreements for the specific individuals identified in her discovery letter, and advised counsel that I intended to produce the proffer agreements shortly before trial for witnesses we intended to call at trial. Counsel did not object. Further, counsel did not indicate that she needed the proffer agreements for a motion related to selective prosecution.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on March 8, 2023.

AUSA JEFF MITCHELL