```
E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JEFF MITCHELL (Cal. Bar No. 236225)
Assistant United States Attorney
Major Frauds Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture & Recovery Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0698/2426
     Facsimile: (213) 894-6269/0141
     E-mail:    jeff.mitchell@usdoj.gov
                daniel.boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-394-DMG |
|---|---|
| Plaintiff, | NOTICE OF MANUAL FILING |
| v. | |
| YASIEL PUIG VALDES, | |
| Defendant. | |

//

//

//

Please take notice that pursuant to Local Rule 5-4.3 and this Court's Individual Practices in Criminal Cases, Plaintiff, United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California, has manually filed an Application to Seal in support of the Government's Proposed Sur-Reply in Further Opposition to Defendant's Motion to Compel Discovery.

Dated: March 8, 2023                    Respectfully submitted,

                                            E. MARTIN ESTRADA
                                            United States Attorney

                                            MACK E. JENKINS
                                            Assistant United States Attorney
                                            Chief, Criminal Division

                                            _____/s/_____
                                            JEFF MITCHELL
                                            DAN G. BOYLE
                                            Assistant United States Attorney

                                            Attorneys for Plaintiff
                                            UNITED STATES OF AMERICA