UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>YASIEL PUIG VALDES,<br><br>            Defendant. | No. CR 22-394(A)-DMG<br><br>**ORDER RE *EX PARTE* APPLICATION FOR LEAVE TO FILE A SUR-REPLY [91]** |

    The Court, having considered the ex parte application filed by Plaintiff United States of America ("the government") to file a sur-reply to the reply brief and exhibits filed by defendant Yasiel Puig Valdes ("defendant") with respect to Defendant's motion to compel discovery [Doc. ## 59, 66], and good cause appearing therefor,

//

IT IS HEREBY ORDERED that the government's ex parte application is GRANTED. The government may file forthwith a sur-reply, in the form attached by the government to the government's ex parte application.

DATED: March 10, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE