E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JEFF MITCHELL (Cal. Bar No. 236225)
Assistant United States Attorney
Major Frauds Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture & Recovery Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0698/2426
     Facsimile: (213) 894-6269/0141
     E-mail:    jeff.mitchell@usdoj.gov
                daniel.boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-394(A)-DMG |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| YASIEL PUIG VALDES, | |
| Defendant. | **CURRENT TRIAL DATE:** 4-25-23<br>**PROPOSED TRIAL DATE:** 8-08-23 |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Jeff Mitchell, and defendant YASIEL PUIG VALDES ("defendant"), both individually and by and through his counsel of record, Keri Curtis Axel, hereby stipulate as follows:

1. The Information in this case was filed on August 29, 2022, and unsealed on November 14, 2022. Defendant first appeared before a judicial officer of the court in which the charges in this case were pending on November 15, 2022.

2. The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before January 24, 2023.

3. On December 2, 2022, the Court set a trial date of January 10, 2023.

4. The Court has previously continued the trial date in this case from January 10, 2023, to April 25, 2023, and found the interim period to be excluded in computing the time within which the trial must commence, pursuant to the Speedy Trial Act.

5. Defendant is released on his own recognizance pending trial. The parties estimate that the trial in this matter will last at least five days.

6. By this stipulation, defendant moves to continue the trial date to August 8, 2023, and the status conference date to July 19, 2023, at 2:00pm. This is the third request for a continuance.

7. Defendant requests the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

    a. Defendant is charged with a violation of 18 U.S.C. § 1001(a)(2): Making False Statements. The government has produced approximately 380,000 pages of discovery to the defense. This discovery is voluminous, and includes wiretaps, search warrants, bank records, interview reports, and computer forensics, among other items.

b. Due to the nature of the investigation, the unique procedural history in this matter and the voluminous discovery made available to defendant, this case is so unusual and so complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the Speedy Trial Act time limits.

c. In light of the foregoing, counsel for defendant also represents that additional time is necessary to confer with defendant, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions, review the discovery and potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur. Defense counsel represents that failure to grant the continuance would deny her reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. On February 10, 2023, defendant filed a Motion to Compel Discovery Regarding Selective Prosecution. (ECF No. 59.) The motion remains pending before the court, and is scheduled to be heard on April 5, 2023.

e. Defendant believes that failure to grant the continuance will deny him continuity of counsel and adequate representation.

f. The government does not object to the continuance.

g. The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the

part of the attorney for the Government to obtain available witnesses.

8. For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of April 25, 2023, to August 8, 2023, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(ii) because the delay results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) the case is so unusual and so complex, due to the nature of the investigation, the unique procedural history, the possibility of additional charges, and the voluminous discovery, that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (iv) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

9. In addition, the parties agree that the time period of February 10, 2023, to April 5, 2023, inclusive, should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D), because it constitutes a delay resulting from a pretrial motion, from the filing of the motion through the prompt resolution of the motion.

10. Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

Dated: March 27, 2023

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

　　　　　/s/ Jeff Mitchell
JEFF MITCHELL
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

I am Yasiel Puig Valdes' attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than August 8, 2023, is an informed and voluntary one.

KERI CURTIS AXEL　　　　　　　　　　　Date: 4/8/2023
Attorney for Defendant
Yasiel Puig Valdes

I have read this stipulation and have carefully discussed it with my attorney.  This agreement has been read to me in Spanish, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than August 8, 2023.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on August 8, 2023, at 8:30am.

_____  4/3/2023
YASIEL PUIG VALDES           Date
Defendant

**CERTIFICATION OF INTERPRETER**

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant Yasiel Puig Valdes on this date.

_____  4/3/2023
INTERPRETER                  Date