UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Page 1 of 1

| Case No. | CR 22-394(A)-DMG | Date | April 5, 2023 |
|---|---|---|---|

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Kane Tien | Miranda Algorri | Jeff P. Mitchell / Daniel G. Boyle |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| Yasiel Puig Valdes | Waiver | | ✓ | Keri C. Axel | ✓ | | ✓ |
| | | | | Jose R. Nuno | ✓ | | ✓ |

**Proceedings:** **DEFENDANT'S MOTION TO COMPEL DISCOVERY REGARDING SELECTIVE PROSECUTION [59] [66]**

The cause is called and counsel state their appearance. The Court invites counsel to respond to the tentative ruling. Following oral argument, the Court advises counsel that the motion shall be taken under submission and a written order will issue.

0:55