1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 22-394-DMG |
| Plaintiff, | **ORDER CONTINUING HEARING DATE AND BRIEFING SCHEDULE ON GOVERNMENT'S MOTION RE DEFENDANT'S KNOWING BREACH OF PLEA AGREEMENT [116]** |
| v. | |
| YASIEL PUIG VALDES, | |
| Defendant. | |

The Court, having considered Defendant Yasiel Puig's *Ex Parte* Application for an order striking the government's June 1, 2023 Motion for Order re: Defendant's Knowing Breach of Plea Agreement ("Motion") [Doc. # 110], or in the alternative, an order continuing the hearing date and briefing schedule, and finding good cause therefor,

IT IS HEREBY ORDERED THAT:

1. The hearing on the Government's Motion is continued from July 5, 2023 to **July 19, 2023 at 11:00 a.m.** Puig's deadline to oppose the Motion is July 5, 2023; the Government's reply brief deadline is July 12, 2023.

2. Future motions seeking a ruling in advance of a pretrial conference must comply with the Court's standing order in criminal cases, specifically, the requirement that counsel meet and confer to agree upon a briefing schedule in advance of filing the motion. [*See* Doc. # 28 at 2.]

**IT IS SO ORDERED.**

DATED: June 14, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1