# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 22-394-DMG |
| Plaintiff, | **ORDER GRANTING *EX PARTE* APPLICATION TO CONTINUE TRIAL DATE [120]** |
| v. | |
| YASIEL PUIG VALDES, | |
| Defendant. | |

The Court, having considered Defendant Yasiel Puig's *Ex Parte* Application to continue the trial date, and finding good cause therefor,

IT IS HEREBY ORDERED THAT the trial in this case is continued to a date to be mutually agreed upon by the parties. Defendant shall file a written speedy trial Act waiver in conjunction with any stipulation regarding the new trial date. If the parties are unable to agree on a new trial date, they shall appear for a status conference on June 30, 2023 at 11:00 a.m.

DATED: June 26, 2023

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1