

Keri Curtis Axel (Bar No. 186847)
  kaxel@waymakerlaw.com
Jose R. Nuño (Bar No. 312832)
  jnuno@waymakerlaw.com
Emily R. Stierwalt (Bar No. 323927)
  estierwalt@waymakerlaw.com
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (424) 652-7800
Facsimile:  (424) 652-7850

*Attorneys for Defendant*
*Yasiel Puig Valdes*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>YASIEL PUIG VALDES,<br><br>　　　　　Defendant. | Case No. CR 22-394-DMG<br><br>**DECLARATION OF KERI CURTIS AXEL IN SUPPORT OF YASIEL PUIG'S OPPOSITION TO GOVERNMENT'S MOTION FOR ORDER RE ADMISSION OF FACTUAL BASIS** |

## DECLARATION OF KERI CURTIS AXEL

I, Keri Curtis Axel, declare as follows:

1. I am an attorney licensed to practice in the State of California. I am a partner with Waymaker LLP, counsel to Defendant Yasiel Puig Valdes ("Puig") in this action. I make this Declaration in support of Puig's Opposition to the Government's Motion for Order Re: Admission of Factual Basis in the above-captioned matter. I have personal knowledge of the facts set forth herein and if called as a witness I could and would testify competently thereto.

2. When I was retained to represent Puig, I received a copy of a May 9, 2022 letter from the U.S. Attorney's Office stating that they viewed Puig to be the target of a criminal investigation involving false statements to law enforcement officers and obstruction of justice. Attached hereto as Exhibit A is a true and correct copy of the May 9, 2022 letter.

3. On June 27, the government issued a revised plea agreement. AUSA Mitchell initially set a deadline of Friday, July 1, but suspended the deadline, among other reasons, to review financial information submitted by the defense relating to the fine amount.

4. On July 6, 2022, Mitchell emailed me a further revised plea agreement reducing the proposed fine based on information provided to the government related to the proposed fine amount. Attached hereto as Exhibit B is a true and correct copy of the July 6, 2022, email (without attachments) from Mitchell.

5. During the plea negotiations, Puig was playing baseball in Korea for the Kiwoom Heroes, on a schedule that often included 6 games per week. Attached

as Exhibit C is a excerpted copy of Puig's Korean baseball schedule and game results from May 24, 2022 through July 9, 2022 that I obtained from the internet.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 5th day of July, 2023, at Los Angeles, California.

_____
Keri Curtis Axel