# EXHIBIT A



United States Department of Justice

United States Attorney's Office
Central District of California

---

*Jeff Mitchell*
*Phone: (213) 894-0698*
*E-mail: jeff.mitchell@usdoj.gov*

*1100 United States Courthouse*
*312 North Spring Street*
*Los Angeles, California 90012*

May 9, 2022

VIA E-MAIL

Yasiel Puig
c/o Scott Lesowitz
Lesowitz Gebelin LLP
8383 Wilshire Boulevard, Suite 800
Beverly Hills, California 90211

   Re:  **Federal Criminal Investigation**

Dear Mr. Puig:

  This letter is to inform you that you are the target of a federal criminal investigation being conducted by the Department of Homeland Security, the Internal Revenue Service-Criminal Investigations, and the United States Attorney's Office for the Central District of California. The investigation involves false statements to law enforcement officers, in violation of 18 U.S.C. § 1001; and obstruction of justice, in violation 18 U.S.C. § 1503(a).

  If you have any questions or would like to further discuss this matter, please contact us or ask your attorney to contact us by May 25, 2022.

Very truly yours,

*[signature]*

JEFF MITCHELL
Assistant United States Attorney
Major Frauds Section