# EXHIBIT B

| | |
|---|---|
| **From:** | Keri Axel |
| **To:** | Riley Smith |
| **Subject:** | Fw: Factual Basis/Fine |
| **Date:** | Monday, June 26, 2023 10:45:15 AM |
| **Attachments:** | image001.png |
| | Plea Agreement_Puig_v3_second revised_07062022.pdf |
| | Puig Exhibit.pdf |

**From:** Mitchell, Jeff (USACAC) 5 <Jeff.Mitchell@usdoj.gov>
**Sent:** Wednesday, July 6, 2022 3:51 PM
**To:** Keri Axel <kaxel@waymakerlaw.com>
**Cc:** Boyle, Daniel (USACAC) <Daniel.Boyle2@usdoj.gov>
**Subject:** RE: Factual Basis/Fine

Hi Keri. Please find attached a newly revised plea agreement that incorporates your requests from last month and a lower fine amount ($55,000). This plea offer will expire at the close of business on Friday.

**From:** Mitchell, Jeff (USACAC) 5
**Sent:** Monday, June 27, 2022 3:55 PM
**To:** Keri Axel <kaxel@waymakerlaw.com>
**Subject:** RE: Factual Basis/Fine

Hi Keri. Please find attached a revised plea agreement that incorporates most of your requests, including the portion of the factual basis that described Mr. Puig's statements about "wasting his time."

**From:** Keri Axel <kaxel@waymakerlaw.com>
**Sent:** Friday, June 24, 2022 8:45 AM
**To:** Mitchell, Jeff (USACAC) 5 <jmitchell5@usa.doj.gov>
**Subject:** [EXTERNAL] Factual Basis/Fine

Hi Jeff: Per our conversation, here are requested edits to the Factual Basis and Information. Let's discuss after you review.

As to the fine, we request a mid-range Guidelines fine. Even if you apply the guidelines range that would be applicable to 1503, at most the range is $5500-$55,000. We request a mid-point fine of $30,250.

We also need to further discuss cooperation. Let me know when you are available.

Thank you.  Best, Keri

**Keri Curtis Axel**
Partner



Waymaker LLP
o  +1 424.652.7800
m +1 213 314 5284
kaxel@waymakerlaw.com  |  waymakerlaw.com

*******************************************************************
This message was sent from Waymaker LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
*******************************************************************