# EXHIBIT C

MyKBO Stats | Teams ▼ | Schedule | Statistics | Foreign Players | Search for player

# KBO Schedule & Results

← | Kiwoom Heroes ▼ | 05/24/2022 | →

## Tuesday May 24, 2022

Kiwoom Heroes     **6 : 4** Final     LG Twins

## Wednesday May 25, 2022

Kiwoom Heroes     **10 : 5** Final     LG Twins

## Thursday May 26, 2022

Kiwoom Heroes     **12 : 5** Final     LG Twins

## Friday May 27, 2022

Kiwoom Heroes     **8 : 0** Final     Lotte Giants

## Friday May 27, 2022

Kiwoom Heroes     **6 : 3** Final/10     Lotte Giants

## Saturday May 28, 2022

Kiwoom Heroes     **4 : 0** Final     Lotte Giants

MyKBO Stats    Teams ▾    Schedule    Statistics    Foreign Players    Search for player

# KBO Schedule & Results

← | Kiwoom Heroes ▾ | 05/31/2022 | →

## Tuesday May 31, 2022

Samsung Lions    **2 : 3** Final    Kiwoom Heroes

## Wednesday June 1, 2022

Samsung Lions    **4 : 2** Final    Kiwoom Heroes

## Thursday June 2, 2022

Samsung Lions    **5 : 6** Final    Kiwoom Heroes

## Friday June 3, 2022

Kiwoom Heroes    **2 : 14** Final    Hanwha Eagles

## Saturday June 4, 2022

Kiwoom Heroes    **4 : 3** Final/10    Hanwha Eagles

## Sunday June 5, 2022

Kiwoom Heroes    Canceled Rained Out    Hanwha Eagles



# KBO Schedule & Results

← Kiwoom Heroes ▾  06/07/2022 →

### Tuesday June 7, 2022

| KT Wiz  | **0 : 3** Final |  Kiwoom Heroes |

### Wednesday June 8, 2022

| KT Wiz  | **5 : 5** Final/12 |  Kiwoom Heroes |

### Thursday June 9, 2022

| KT Wiz  | **7 : 1** Final |  Kiwoom Heroes |

### Friday June 10, 2022

| Kiwoom Heroes   | **10 : 6** Final |  Kia Tigers |

### Saturday June 11, 2022

| Kiwoom Heroes  | **2 : 5** Final |  Kia Tigers |

### Sunday June 12, 2022

| Kiwoom Heroes   | **10 : 8** Final |  Kia Tigers |

MyKBO Stats    Teams ▼    Schedule    Statistics    Foreign Players    Search for player

# KBO Schedule & Results

### Tuesday June 14, 2022

Doosan Bears    **0 : 2** Final   Kiwoom Heroes



☰  ← Schedule                                                  🏠  ↻  ⋮

←   Kiwoom Heroes ▾   06/14/2022   →

### Thursday June 16, 2022

Doosan Bears    **2 : 6** Final   Kiwoom Heroes

### Friday June 17, 2022

LG Twins   **4 : 2** Final/10   Kiwoom Heroes

### Friday June 17, 2022

LG Twins   **0 : 2** Final   Kiwoom Heroes

### Saturday June 18, 2022

LG Twins   **4 : 2** Final/10   Kiwoom Heroes

# MyKBO Stats | Teams | Schedule | Statistics | Foreign Players | Search for player

# KBO Schedule & Results

Kiwoom Heroes    06/21/2022

### Tuesday June 21, 2022

| Kiwoom Heroes | 4 : 3 Final | Samsung Lions |

### Wednesday June 22, 2022

| Kiwoom Heroes | 6 : 0 Final | Samsung Lions |

### Thursday June 23, 2022

| Kiwoom Heroes | 6 : 1 Final | Samsung Lions |

### Friday June 24, 2022

| Kiwoom Heroes | 1 : 5 Final | Lotte Giants |

### Saturday June 25, 2022

| Kiwoom Heroes | 13 : 5 Final | Lotte Giants |

### Sunday June 26, 2022

| Kiwoom Heroes | 9 : 4 Final | Lotte Giants |



| MyKBO Stats | Teams ▾ | Schedule | Statistics | Foreign Players | Search for player |

# KBO Schedule & Results

### Tuesday July 5, 2022

Kiwoom Heroes     **4 : 3**     Doosan Bears
                  Final



### Thursday July 7, 2022

Kiwoom Heroes     **2 : 4**     Doosan Bears
                  Final

### Friday July 8, 2022

NC Dinos      **2 : 3**     Kiwoom Heroes
                  Final

### Friday July 8, 2022

NC Dinos     **1 : 10**     Kiwoom Heroes
                  Final

### Saturday July 9, 2022

NC Dinos     **0 : 2**     Kiwoom Heroes
                  Final