Keri Curtis Axel (Bar No. 186847)
  kaxel@waymakerlaw.com
Jose R. Nuño (Bar No. 312832)
  jnuno@waymakerlaw.com
Emily R. Stierwalt (Bar No. 323927)
  estierwalt@waymakerlaw.com
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (424) 652-7800
Facsimile:  (424) 652-7850

*Attorneys for Defendant
Yasiel Puig Valdes*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 22-394-DMG |
| Plaintiff, | **DECLARATION OF ANTHONY FERNANDEZ RE GOVERNMENT'S MOTION FOR ORDER RE ADMISSION OF FACTUAL BASIS** |
| v. | |
| YASIEL PUIG VALDES, | |
| Defendant. | |

## DECLARATION OF ANTHONY FERNANDEZ

I, Anthony Fernandez, declare as follows:

1. I am the director of All-Star Sports & Entertainment Group, a business management group for professional athletes. One of my clients is Yasiel Puig. I have personal knowledge of the facts set forth herein and if called as a witness I could and would testify competently thereto.

2. On or about June 6, 2022, acting as an agent/advisor for Puig and as a translator to assist Puig and his attorneys, I participated in a Zoom meeting with Assistant United States Attorney (AUSA) Jeff Michell; AUSA Dan Boyle; HSI Special Agent Jason Canty; and IRS Special Agent Chris Seymour. Also in attendance were attorneys Keri Curtis Axel, and Jose R. Nuño from Waymaker Law on behalf of Puig.

3. At the time of the meeting, Puig played baseball in Korea and did not reside in the United States. He was present via Zoom.

4. During this meeting, AUSA Mitchell explained that the government was prepared to indict Puig on several charges based on an interview Puig had with the government in January 2022. The government accused Puig of making three false statements during the interview, and it indicated that it intended to indict Puig for obstruction of justice as well as making false statements. AUSA Mitchell gave a presentation as to the charges he intended to bring and the evidence that he alleged supported them.

5. At the end of the meeting, AUSA Mitchell said he would wait a few days to indict the case so that Puig could discuss with his attorneys whether to try to negotiate a plea resolution of the case before he was indicted. AUSA Mitchell said that, if he Puig did not agreed to a deal, he would be indicted and the government would get a warrant for his arrest. I do not recall the exact words that he used but I have a clear recollection of the image that it left in my mind. Based on the discussion, I literally pictured Puig being arrested in the middle of a game in Korea

1

and hauled off to jail to be extradited to the United States if he did not make a deal with the government.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21 day of December, 2022, at Miami, Florida.

_____
Anthony Fernandez

2