# **EXHIBIT A**



# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

07/12/2023 12:29 EDT                                                                                      Page 1 of 2

**CASE NUMBER**
█████████

**CASE OPENED**
9/12/2017

**CURRENT CASE TITLE**
Matthew Funke, et. al.

**REPORT TITLE**
█████████ Interview

**REPORTED BY**
Jason Canty
SPECIAL AGENT

**APPROVED BY**
Matthew Stocks
SPECIAL AGENT

**DATE APPROVED**
2/21/2023

**SYNOPSIS**

On September 6, 2017, the United States Attorney's Office, Central District of California, contacted Home and Security Investigations (HSI) Los Angeles regarding the existence of an illegal online sports gambling website, "Sandsandsports.com." At least some staff of the website, including Matthew FUNKE, work in the Los Angeles, CA area to sign up users to the website and to collect debts and pay out winnings to the site's users. As a result, HSI Los Angeles opened an investigation into FUNKE's potential violations of 18 United States Code, Section 1084 (Transmission of Wagering Information).

This report details the interview of ███████████ on 02/15/2023.

---

| **Current Case Title** | **ROI Number** | **Date Approved** |
| --- | --- | --- |
| Matthew Funke, et. al. | ███████████ | 2/21/2023 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

07/12/2023 12:29 EDT                                                                                          Page 2 of 2

## DETAILS OF INVESTIGATION

On September 6, 2017, the United States Attorney's Office, Central District of California, contacted Home and Security Investigations (HSI) Los Angeles regarding the existence of an illegal online sports gambling website, "Sandisandsports.com." At least some staff of the website, including Matthew FUNKE, work in the Los Angeles, CA area to sign up users to the website and to collect debts and pay out winnings to the site's users. As a result, HSI Los Angeles opened an investigation into FUNKE's potential violations of 18 United States Code, Section 1084 (Transmission of Wagering Information).

At approximately 09:45 AM, SA's Canty and Seymour attempted a knock and talk at ███████████████, the residence of ███████████ former hitting Coach of the Dodger's Major League Baseball team from 2013-2015 to speak to ███████ regarding his interactions with Yasiel PUIG. After SA Canty rang the doorbell an unidentified female answered the door. SA Canty informed her, that we would like to speak to ███████. A couple of minutes later, ███████ came to the door. The agents then identified themselves, and informed ███████ that they wanted to speak to him regarding his interactions with Yasiel PUIG. ███████ stated that he did not want to speak with the agents at the moment but stated that he would call SA Seymour back.

At approximately 3:00PM on February 15, 2023, ███████ contact SA Seymour telephonically who in turn contacted SA Canty via telephone to conduct the interview. During the questioning, ███████ stated that he was able to communicate with PUIG using a Spanish translator to convey coaching ideas to PUIG. ███████ stated that he had no reason to believe that PUIG was unable to understand ███████ and that PUIG was able to incorporate the instructions that ███████ was conveying through the translator. The interview was terminated at approximately 3:20pm.

This report provides a sumary of the interview. For further details refer to the audio recording of the interview that will be maintained in the electronic case file.

This investigation continues.

| **Current Case Title** | **ROI Number** | **Date Approved** |
|---|---|---|
| Matthew Funke, et. al. | ███████████ | 2/21/2023 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.