# EXHIBIT B



**DEPARTMENT OF THE TREASURY**
**Internal Revenue Service**
**Criminal Investigation**

**Memorandum of Conversation**

---

| | | | |
|---|---|---|---|
| **Investigation #:** | ███████████ | **Location:** | Telephonic |
| **Investigation Name:** | PUIG, YASIEL | | ███████████ |
| **Date:** | July 7, 2023 | | |
| **Time:** | From approximately 8:27 am to 8:34 am | | |
| **Participants:** | ███████████, Witness | | |
| | Jason Canty, Special Agent, HSI | | |
| | Chris Seymour, Special Agent, IRS-CI | | |

On the above date and time Special Agents with IRS Criminal Investigation Chris Seymour (SA Seymour), and Homeland Security Investigations Special Agent Jason Canty (SA Canty) spoke with ███████████████████, the hitting coach for the Cleveland Guardians.

Rodriguez provided consent to record the phone call and a copy of the recording is attached to this memorandum (███████████████████).

SA Seymour reviewed Title 18 United States Code Section 1001 regarding False Statements with ██████████ and he stated that he understood.  The following information was discussed:

1. ██████████ believed he met YASIEL PUIG in 2018 or 2019.  Although he showed up late, PUIG was a hitter and came in every day to prepare for the games.  ██████████ spoke in Spanish with PUIG and had no problems with talking with PUIG.

2. ██████████ described his job as being available to help PUIG.  ██████████ did not notice PUIG having any learning impediments or problems with understanding.  ██████████ described PUIG as quiet and respectful.  Most of the players were Spanish speakers that year and ██████████ did not notice any problems with PUIG understanding them.

3. During the month and a half or two months PUIG was there ██████████ spent at least 10 minutes every day with PUIG.  In addition, during the games, ██████████ provided a game report discussing what ██████████ knew about the pitcher and about information such as how the pitcher threw the ball and how fast the pitcher threw the ball.  PUIG was quick to understand.

4. ██████████ was not aware of any disciplinary action.  PUIG may not have run to first base one time and the manager handled it, and it never happened again.

5. ███████ – now with the Boston Red Socks was an outfield coach that may have interacted with PUIG when he was there.

6. ███████ confirmed that his answers were honest and truthful to the best of his ability.

SA Seymour and SA Canty thanked ███████████ for his time and the interview was concluded at approximately 8:34 AM.

I prepared this memorandum on July 11, 2023, after refreshing my memory from notes made during and immediately after the interview with ███████████.

*Chris Seymour*

Chris Seymour
Special Agent

Attachments:         Audio File ███████████

███████