# EXHIBIT C

Case 2:22-cr-00394-DMG   Document 135-3   Filed 07/18/23   Page 2 of 41   Page ID #:1313

# MyKBO Stats

Teams ▾    Schedule    Statistics    Foreign Players    | Search for player |    More ▾    ⚙    Accour

## Doosan Bears    **2** : **6**    Kiwoom Heroes

### June 16, 2022 2:30am

---

**June 16, 2022 Game List**

| | | |
|---|---|---|
| Kia Tigers<br>W: Lee Eui-lee<br>SV: Jung Hai-young | **4 : 2**<br>Final | NC Dinos<br>L: Kim Young-kyu |
| Lotte Giants<br>W: Sparkman<br>SV: Choi Jun-yong | **3 : 0**<br>Final | Hanwha Eagles<br>L: Jang Min-je |
| Doosan Bears<br>L: Park Chi-guk | **2 : 6**<br>Final | Kiwoom Heroes<br>W: Kim Jae-woong |
| SSG Landers<br>W: Oh Won-seok | **6 : 0**<br>Final | KT Wiz<br>L: Bae Je-seong |
| Samsung Lions<br>L: Baek Jung-hyun | **1 : 2**<br>Final | LG Twins<br>W: Kelly<br>SV: Go Woo-suk |

---

☰    ← Games                                          ⌂  ↻  ⋮



| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Doosan Bears | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 2 | 4 | 0 | 5 | |
| Kiwoom Heroes | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 4 | X | 6 | 7 | 0 | 8 |

**Video Links** | **Watch Highlights**

W: Kim Jae-woong    L: Park Chi-guk

7/12/23, 12:36 PM
Case 2:22-cr-00394-DMC  Document 135-2  Filed 07/12/23  Page 3 of 41  PageID: 1314
Doosan Bears vs Kiwoom Heroes - mykbostats.com - Seoul Gathered KBO Stats

| Doosan | Pos | BA | AB | R | H | HR | RBI | BB | SO | HBP |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 An Gweon-su #8 | RF | .275 | 3 | 1 | 0 | 0 | 0 | 1 | 0 | 0 |
| 2 Fernández #9 | 1B | .000 | 2 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| ↳ Jo Soo-haeng #51 | PR | .157 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ↳ Kwon Min-seok #7 | 1B | .000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 Kim In-tae #39 | LF | .273 | 3 | 1 | 1 | 0 | 0 | 1 | 0 | 0 |
| 4 Kim Jae-hwan #32 | DH | .244 | 4 | 0 | 2 | 0 | 2 | 0 | 1 | 0 |
| 5 Kang Seung-ho #23 | 2B | .257 | 4 | 0 | 0 | 0 | 0 | 0 | 3 | 0 |
| 6 Park Sei-hyok #10 | C | .215 | 4 | 0 | 1 | 0 | 0 | 0 | 1 | 0 |
| 7 Jung Soo-bin #31 | CF | .274 | 3 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| 8 Kim Jae-ho #52 | 3B | .291 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 An Jae-seok #3 | SS | .173 | 2 | 0 | 0 | 0 | 0 | 0 | 2 | 0 |
| ↳ Park Gye-beom #14 | PH | .234 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ↳ Seo Ye-il #16 | 3B | .222 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| Kiwoom | Pos | BA | AB | R | H | HR | RBI | BB | SO | HBP |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 Kim Woong-bin #1 | DH | .200 | 3 | 0 | 0 | 0 | 1 | 2 | 2 | 0 |
| 2 Song Sung-mun #24 | 3B | .256 | 5 | 1 | 3 | 1 | 3 | 0 | 0 | 0 |
| 3 Lee Jung-hoo #51 | CF | .311 | 5 | 0 | 1 | 0 | 1 | 0 | 1 | 0 |
| 4 Puig #66 | RF | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ↳ Kim Jun-wan #14 | PH | .223 | 0 | 1 | 0 | 0 | 1 | 0 | 0 |
| 5 Kim Hye-seong #3 | 2B | .329 | 2 | 1 | 1 | 0 | 0 | 2 | 0 | 0 |
| 6 Kim Su-hwan #31 | 1B | .152 | 3 | 0 | 0 | 0 | 0 | 0 | 2 | 0 |
| ↳ Jeon Byeong-woo #13 | PH | .125 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 Park Ju-hong #57 | LF | .159 | 3 | 1 | 1 | 0 | 0 | 1 | 1 | 0 |
| 8 Lee Ji-young #56 | C | .258 | 4 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 9 Kim Whee-jip #33 | SS | .253 | 2 | 2 | 1 | 0 | 0 | 2 | 1 | 0 |
| ↳ Sin Jun-woo #5 | SS | .111 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## Pitching

| Doosan | ERA | IP | NP | R | ER | H | HR | SO | BB | HB | GS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gwak Been #47 | 1.80 | 5 | 95 | 1 | 1 | 4 | 0 | 4 | 4 | 0 | 55 |
| Jeong Cheol-won #65 | 0.00 | 1 ⅓ | 22 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | |
| Lee Hyun-seung #48 | 13.50 | 0 ⅔ | 12 | 1 | 1 | 1 | 1 | 2 | 0 | 0 | |
| Park Chi-guk #1 | 54.00 | 0 ⅔ | 25 | 4 | 4 | 1 | 0 | 1 | 3 | 0 | |
| Jang Won-jun #28 | 0.00 | 0 ⅓ | 10 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | |

| Kiwoom | ERA | IP | NP | R | ER | H | HR | SO | BB | HB | GS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Choi Won-tae #20 | 3.60 | 5 | 91 | 2 | 2 | 2 | 0 | 5 | 2 | 1 | 57 |
| Kim Tae-hoon #17 | 0.00 | 1 | 9 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | |

Case 2:22-cr-00394-DMG   Document 135-3   Filed 07/12/23   Page 5 of 41   Page ID #:1316



## MyKBO Stats

Teams ▾    Schedule    Statistics    Foreign Players                    More ▾    ⚙    Accour

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Kim Jae-woong #28 | 0.00 | 1 | 18 | 0 | 0 | 1 | 0 | 0 | 1 | 0 |
| Moon Sung-hyun #21 | 0.00 | 1 | 16 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |

## Plays

| |
|---|
| **1st Inning** |
| **2nd Inning** |
| **3rd Inning** |
| **4th Inning** |
| **5th Inning** |
| **6th Inning** |
| **7th Inning** |
| **8th Inning** |
| **9th Inning** |

| | |
|---|---|
| **Deciding Hit** | none |
| **HR** | Song Sung-mun (#6, 7th inning off Lee Hyun- |

7/12/23, 12:36 PM
Case 2:22-cr-00394-DMG  Document 135-3  Filed 07/12/23  Page 6 of 41  Page ID #:1317
Doosan Bears vs. Kiwoom Heroes - June 16, 2022, 6:30pm at Seoul Gocheok - MyKBO Stats

MyKBO Stats    Teams ▾    Schedule    Statistics    Foreign Players          More ▾    ⚙    Accour

| | |
|---|---|
| **2B** | Kim Jae-hwan (1st inning), Park Sei-hyok (2nd inning) |
| **SB** | Kim Hye-seong (2nd inning) |
| **OOB** | Kim In-tae (6th inning) |
| **GIDP** | Kim Jae-hwan (8th inning) |
| **WP** | Park Chi-guk (8th inning) |
| **Umpires** | Koo Myung-hwan, Moon Dong-gyoon, Lee Ki-joong, Won Hyun-shik |
| **Venue** | Gocheok Sky Dome |
| **Attendance** | 2349 |
| **Duration** | 3:38 |

This site is created for fans, by fans, and is *not* affiliated with the KBO League (KBO 리그) or the Korea Baseball Organization (한국야구위원회). All information presented here should be considered *unofficial*. Player photos and official team logos are the property of their respective teams.

Apple, the Apple logo, and iPhone are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc. Android, Google Play, and the Google Play logo are trademarks of Google Inc. Weather data provided by ⬜Weather.

MyKBO Stats v2 — Build 513 (2023-06-29)

Powered by Elixir and the Phoenix Framework.

MyKBO Stats    Teams ▾    Schedule    Statistics    Foreign Players    [ Search for player ]    More ▾    ⚙    Accour

# LG Twins    **4 : 2**    Kiwoom Heroes

## June 17, 2022 2:30am

### June 17, 2022 Game List

| | | |
|---|---|---|
| Hanwha Eagles | **1 : 1** Final/12 | NC Dinos |
| KT Wiz W: Ko Young-pyo SV: Kim Jae-yoon | **4 : 2** Final | Doosan Bears L: Choi Seung-yong |
| LG Twins W: Kim Jin-sung SV: Go Woo-suk | **4 : 2** Final/10 | Kiwoom Heroes L: Ha Yeong-min |
| SSG Landers W: Font | **6 : 2** Final | Lotte Giants L: Park Se-woong |
| Samsung Lions L: Won Tae-in | **3 : 5** Final | Kia Tigers W: Yang Hyeon-jong SV: Jung Hai-young |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | R | H | E | B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LG Twins | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 3 | 4 | 12 | 0 | 3 |
| Kiwoom Heroes | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 9 | 3 | 5 |

| Video Links | Watch Highlights |
|---|---|

W: Kim Jin-sung    SV: Go Woo-suk    L: Ha Yeong-min

MyKBO Stats  Teams ▾  Schedule  Statistics  Foreign Players  More ▾  Accour

| LG | | Pos | BA | AB | R | H | HR | RBI | BB | SO | HBP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1** Hong Chang-ki #51 | | RF | .330 | 5 | 0 | 1 | 0 | 0 | 0 | 1 | 0 |
| **2** Park Hae-min #17 | | CF | .288 | 4 | 2 | 1 | 0 | 0 | 1 | 0 | 0 |
| **3** Kim Hyeon-su #22 | | LF | .296 | 5 | 1 | 3 | 1 | 4 | 0 | 1 | 0 |
| **4** Chae Eun-seong #55 | | 1B | .290 | 4 | 0 | 1 | 0 | 0 | 0 | 1 | 1 |
| ↳ Kim Min-sung #16 | | 3B | .288 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **5** Oh Ji-hwan #10 | | SS | .259 | 5 | 0 | 1 | 0 | 0 | 0 | 1 | 0 |
| **6** Moon Sung-ju #8 | | DH | .314 | 4 | 0 | 2 | 0 | 0 | 0 | 0 | 0 |
| ↳ Lee Chun-woong #32 | | PH | .750 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **7** Moon Bo-gyeong #35 | | 3B | .284 | 3 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| **8** Son Ho-young #50 | | 2B | .308 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ↳ Lee Sang-ho #2 | | PH | .167 | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| **9** Hur Do-hwan #30 | | C | .167 | 3 | 0 | 1 | 0 | 0 | 0 | 1 | 0 |
| ↳ Song Chan-eui #66 | | PR | .059 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ↳ Yoo Kang-nam #27 | | C | .237 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |

| Kiwoom | | Pos | BA | AB | R | H | HR | RBI | BB | SO | HBP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1** Kim Jun-wan #14 | | RF | .218 | 3 | 1 | 0 | 0 | 0 | 2 | 0 | 0 |
| **2** Song Sung-mun #24 | | 3B | .250 | 5 | 0 | 2 | 0 | 1 | 0 | 0 | 0 |
| **3** Lee Jung-hoo #51 | | CF | .317 | 5 | 0 | 3 | 0 | 0 | 0 | 0 | 0 |

7/12/23, 12:32 PM    LG Twins vs. Kiwoom Heroes - June 17, 2022 | Box Score | MyKBO Stats

Case 2:22-cr-00394-DMG   Document 135-3   Filed 07/13/23   Page 9 of 41   Page ID #:1320

MyKBO Stats    Teams ▾    Schedule    Statistics    Foreign Players      More ▾    ⚙    Accoun

|   |   |  | AVG | AB | R | H | 2B | 3B | HR | RBI | BB | SO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ↳ Jeon Byeong-woo #13 | 1B | .120 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 5 Kim Woong-bin #1 | DH | .192 | 5 | 0 | 0 | 0 | 1 | 0 | 1 | 0 |
| 6 Park Ju-hong #57 | LF | .159 | 3 | 0 | 1 | 0 | 0 | 0 | 1 | 0 |
| ↳ Park Jun-tae #23 | PR | .200 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| 7 Lee Ji-young #56 | C | .263 | 4 | 0 | 1 | 0 | 0 | 0 | 1 | 0 |
| ↳ Kim Jae-hyun #32 | C | .333 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 8 Kim Ju-hyung #6 | 2B | .152 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ↳ Kim Hye-seong #3 | PH | .327 | 1 | 0 | 0 | 0 | 0 | 2 | 0 | 0 |
| 9 Kim Whee-jip #33 | SS | .251 | 4 | 1 | 1 | 0 | 0 | 0 | 2 | 0 |

## Pitching

| LG | ERA | IP | NP | R | ER | H | HR | SO | BB | HB | GS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kim Yun-sik #57 | 1.42 | 6 ⅓ | 90 | 1 | 1 | 5 | 0 | 3 | 1 | 0 | 62 |
| Yi Jung-yong #31 | 0.00 | 0 ⅔ | 10 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | |
| Jin Hae-soo #21 | 0.00 | 1 | 13 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | |
| Kim Dae-yu #69 | 0.00 | 0 ⅓ | 10 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | |
| Kim Jin-sung #42 | 0.00 | 0 ⅔ | 10 | 0 | 0 | 0 | 0 | 2 | 1 | 0 | |
| Go Woo-suk #19 | 9.00 | 1 | 31 | 1 | 1 | 2 | 0 | 2 | 1 | 1 | |
| **Kiwoom** | ERA | IP | NP | R | ER | H | HR | SO | BB | HB | GS |

7/12/23, 12:32 PM
MyKBO Stats
Teams
Schedule
Statistics
Foreign Players
More
Accour

Case 2:22-cr-00394-DMG Document 135-3 Filed 07/12/23 Page 10 of 41 Page ID #:1321

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Lee Seung-ho #47 | 0.00 | 1 | 12 | 0 | 0 | 0 | 0 | 0 | 0 |
| Kim Tae-hoon #17 | 0.00 | 1 | 9 | 0 | 0 | 2 | 0 | 0 | 0 |
| Kim Jae-woong #28 | 0.00 | 1 | 13 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Moon Sung-hyun #21 | 0.00 | 1 | 11 | 0 | 0 | 1 | 0 | 0 | 0 |
| Ha Yeong-min #50 | 40.50 | 0 ⅔ | 25 | 3 | 3 | 4 | 1 | 0 | 0 | 0 |
| Lee Myeong-jong #97 | 0.00 | 0 ⅓ | 1 | 0 | 0 | 0 | 0 | 0 | 0 |

## Plays

| 1st Inning |
|---|
| 2nd Inning |
| 3rd Inning |
| 4th Inning |
| 5th Inning |
| 6th Inning |
| 7th Inning |
| 8th Inning |
| 9th Inning |

Case 2:22-cr-00394-DMG   Document 135-3   Filed 07/12/23   Page 11 of 41   Page ID #:1322

MyKBO Stats    Teams ▾    Schedule    Statistics    Foreign Players                More ▾    ⚙    Accour 

| | |
|---|---|
| **Deciding Hit** | Kim Hyun-soo (10th inning, 1 out, runners on 1,3, RF wall HR) |
| **HR** | Kim Hyun-soo (#13, 10th inning off Ha Yeong-min, 3 run) |
| **2B** | Park Ju-hong (7th inning), Park Jun-tae (9th inning) |
| **E** | Lee Ji-young (3rd, 5th inning), Song Sung-mun (9th inning) |
| **SB** | Park Hae-min (3rd, 5th inning) |
| **CS** | Chae Eun-seong (8th inning), Lee Sang-ho (9th inning) |
| **OOB** | Moon Sung-ju (9th inning) |
| **GIDP** | Kim Ju-hyung (3rd inning), Hong Chang-ki (7th inning) |
| **PB** | Lee Ji-young (9th inning) |
| **Umpires** | Yoon Sang-won, Kim Ik-su, Lee Min-ho, Chun Il-soo |
| **Venue** | Gocheok Sky Dome |

Case 2:22-cr-00394-DMG   Document 135-3   Filed 07/12/23   Page 12 of 41   Page ID #:1323



## MyKBO Stats

Teams ▾     Schedule     Statistics     Foreign Players     [ Search for player ]     More ▾     ⚙     Accoun

# LG Twins     **0 : 2**     Kiwoom Heroes

## June 17, 2022 10:00pm

---

**June 18, 2022 Game List**

| | | |
|---|---|---|
| LG Twins<br>L: Im Chan-kyu | **0 : 2**<br>Final | Kiwoom Heroes<br>W: Han Hyun-hee<br>SV: Lee Seung-ho |
| Hanwha Eagles<br>L: Kim Jong-soo | **2 : 3**<br>Final | NC Dinos<br>W: Kim Si-hoon |
| KT Wiz<br>L: Despaigne | **0 : 5**<br>Final | Doosan Bears<br>W: Stock |
| SSG Landers<br>W: Kim Kwang-hyun | **10 : 5**<br>Final | Lotte Giants<br>L: Lee In-bok |
| Samsung Lions<br>W: Buchanan | **6 : 2**<br>Final | Kia Tigers<br>L: Han Seung-hyuk |

---

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | R | H | E | B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LG Twins | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 3 |
| Kiwoom Heroes | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | X | 2 | 9 | 1 | 1 |

**Video Links** | Watch Highlights

W: Han Hyun-hee     SV: Lee Seung-ho     L: Im Chan-kyu

Case 2:22-cr-00394-DMG Document 135-3 Filed 07/12/23 Page 13 of 41 Page ID #:1324



MyKBO Stats    Teams ▾    Schedule    Statistics    Foreign Players              More ▾    ⚙    Accour

| LG | | Pos | BA | AB | R | H | HR | RBI | BB | SO | HBP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1** Hong Chang-ki #51 | | RF | .328 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **2** Park Hae-min #17 | | CF | .286 | 3 | 0 | 0 | 0 | 0 | 1 | 1 | 0 |
| **3** Kim Hyeon-su #22 | | LF | .290 | 4 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| **4** Chae Eun-seong #55 | | 1B | .290 | 4 | 0 | 1 | 0 | 0 | 0 | 1 | 0 |
| **5** Oh Ji-hwan #10 | | SS | .261 | 3 | 0 | 1 | 0 | 0 | 1 | 1 | 0 |
| **6** Moon Sung-ju #8 | | DH | .312 | 3 | 0 | 1 | 0 | 0 | 1 | 0 | 0 |
| **7** Moon Bo-gyeong #35 | | 3B | .290 | 4 | 0 | 2 | 0 | 0 | 0 | 1 | 0 |
| **8** Yoo Kang-nam #27 | | C | .230 | 4 | 0 | 0 | 0 | 0 | 0 | 2 | 0 |
| **9** Son Ho-young #50 | | 2B | .308 | 2 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| ↳ Song Chan-eui #66 | | PH | .056 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| **Kiwoom** | | Pos | BA | AB | R | H | HR | RBI | BB | SO | HBP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1** Kim Jun-wan #14 | | RF | .226 | 3 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| **2** Song Sung-mun #24 | | 3B | .239 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **3** Lee Jung-hoo #51 | | CF | .319 | 3 | 0 | 3 | 0 | 1 | 1 | 0 | 0 |
| **4** Kim Hye-seong #3 | | 2B | .330 | 4 | 0 | 2 | 0 | 0 | 0 | 2 | 0 |
| **5** Park Ju-hong #57 | | LF | .136 | 3 | 0 | 0 | 0 | 0 | 0 | 2 | 0 |
| ↳ Park Jun-tae #23 | | RF | .133 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| **6** Kim Jae-hyun #32 | | C | .250 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Case 2:22-cr-00394-DMG   Document 135-3   Filed 07/12/23   Page 14 of 41   Page ID #:1325

MyKBO Stats    Teams ⏷    Schedule    Statistics    Foreign Players         More ⏷    ⚙    Accour

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 Kim Woong-bin #1 | DH | .220 | 3 | 1 | 1 | 1 | 0 | 1 | 0 | |
| ⌊ Kim Su-hwan #31 | PH | .159 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 8 Jeon Byeong-woo #13 | 1B | .148 | 3 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| 9 Kim Whee-jip #33 | SS | .253 | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |

## Pitching

| LG | ERA | IP | NP | R | ER | H | HR | SO | BB | HB | GS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Im Chan-kyu #1 | 3.60 | 5 | 80 | 2 | 2 | 8 | 1 | 4 | 0 | 0 | 47 |
| Choi Dong-hwan #13 | 0.00 | 1 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Choi Sung-hoon #56 | 0.00 | 1 | 16 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | |
| Kim Dae-yu #69 | 0.00 | 1 | 11 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | |

| Kiwoom | ERA | IP | NP | R | ER | H | HR | SO | BB | HB | GS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Han Hyun-hee #63 | 0.00 | 6 | 98 | 0 | 0 | 5 | 0 | 3 | 1 | 0 | 64 |
| Lee Young-jun #64 | 0.00 | 1 | 13 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | |
| Lee Myeong-jong #97 | 0.00 | 1 | 16 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | |
| Lee Seung-ho #47 | 0.00 | 1 | 23 | 0 | 0 | 0 | 0 | 3 | 1 | 0 | |

Case 2:22-cr-00394-DMG   Document 135-3   Filed 07/12/23   Page 15 of 41   Page ID #:1326



MyKBO Stats      Teams  ▾      Schedule      Statistics      Foreign Players                              More  ▾      ⚙      Accoun

| 1st Inning |
|---|
| 2nd Inning |
| 3rd Inning |
| 4th Inning |
| 5th Inning |
| 6th Inning |
| 7th Inning |
| 8th Inning |
| 9th Inning |

| | |
|---|---|
| **Deciding Hit** | Lee Jung-hoo (1st inning, 1 out, runner on 3rd, CF-RF gap single) |
| **HR** | Kim Woong-bin (#1, 2nd inning off Im Chan-kyu, 1 run) |
| **3B** | Kim Jun-wan (1st inning) |
| **2B** | Kim Hyun-soo (1st inning), Moon Sung-ju (4th inning) |

7/12/23, 12:31 PM
LG Twins vs. Kiwoom Heroes - June 18, 2022 12:02 pm KST, Seoul-Gocheok | MyKBO Stats

Case 2:22-cr-00394-DMG   Document 135-3   Filed 07/12/23   Page 16 of 41   Page ID #:1327

| | |
|---:|:---|
| **SB** | Oh Ji-hwan (2nd inning) |
| **OOB** | Oh Ji-hwan (4th inning) |
| **GIDP** | Yoo Kang-nam (5th inning) |
| **WP** | Lee Myeong-jong (8th inning) |
| **Umpires** | Lee Min-ho, Chun Il-soo, Kim Ik-su, Song Soo-geun |
| **Venue** | Gocheok Sky Dome |
| **Attendance** | 8705 |
| **Duration** | 2:53 |

This site is created for fans, by fans, and is *not* affiliated with the KBO League (KBO 리그) or the Korea Baseball Organization (한국야구위원회). All information presented here should be considered *unofficial*. Player photos and official team logos are the property of their respective teams.

Apple, the Apple logo, and iPhone are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc. Android, Google Play, and the Google Play logo are trademarks of Google Inc. Weather data provided by ⛅Weather.

MyKBO Stats v2 — Build 513 (2023-06-29)

Powered by Elixir and the Phoenix Framework.

Privacy Policy / Terms of Service

Case 2:22-cr-00394-DMG Document 135-3 Filed 07/12/23 Page 17 of 41 Page ID #:1328

MyKBO Stats    Teams ▾    Schedule    Statistics    Foreign Players    〔 Search for player 〕    More ▾    ⚙    Accoun 

# LG Twins    **4** : **2**    Kiwoom Heroes

## June 18, 2022 10:00pm

| | June 19, 2022 Game List | |
|---|---|---|
| **LG Twins**<br>W: Jin Hae-soo<br>SV: Go Woo-suk | **4** : **2**<br>Final/10 | **Kiwoom Heroes**<br>L: Kim Tae-hoon |
| **Hanwha Eagles**<br>L: Kim Jae-young | **3** : **6**<br>Final | **NC Dinos**<br>W: Ryou Jin-oug<br>SV: Lee Yong-chan |
| **KT Wiz**<br>W: So Hyeong-jun | **7** : **1**<br>Final | **Doosan Bears**<br>L: Choi Won-joon |
| **SSG Landers**<br>L: Kim Taek-hyeong | **4** : **7**<br>Final | **Lotte Giants**<br>W: Kim Do-gyu<br>SV: Choi Jun-yong |
| W: Suarez | Final | L: Williams |

☰    ← Games    🏠  ⟳  ⋮ 

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | R | H | E | B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LG Twins | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 3 | 4 | 7 | 0 | 2 |
| Kiwoom Heroes | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 6 | 0 | 0 |

W: Jin Hae-soo    SV: Go Woo-suk    L: Kim Tae-hoon

| **Video Links** | Watch Highlights |
|---|---|

| LG | | Pos | BA | AB | R | H | HR | RBI | BB | SO | HBP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1** Hong Chang-ki #51 | | RF | .327 | 5 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| **2** Park Hae-min #17 | | CF | .288 | 4 | 0 | 1 | 0 | 1 | 1 | 0 | 0 |
| **3** Kim Hyeon-su #22 | | DH | .289 | 5 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |
| **4** Chae Eun-seong #55 | | 1B | .294 | 4 | 1 | 2 | 1 | 2 | 0 | 1 | 0 |
| ↳ Hur Do-hwan #30 | | C | .133 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **5** Oh Ji-hwan #10 | | SS | .255 | 5 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| **6** Moon Sung-ju #8 | | LF | .310 | 4 | 0 | 1 | 0 | 0 | 0 | 1 | 0 |
| **7** Song Chan-eui #66 | | 2B | .050 | 3 | 0 | 0 | 0 | 0 | 0 | 2 | 0 |
| ↳ Lee Sang-ho #2 | | PH | .170 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| **8** Yoo Kang-nam #27 | | C | .236 | 2 | 0 | 1 | 0 | 0 | 1 | 0 | 0 |
| ↳ Son Ho-young #50 | | PR | .364 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| ↳ Moon Bo-gyeong #35 | | 1B | .287 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **9** Kim Min-sung #16 | | 3B | .283 | 3 | 1 | 0 | 0 | 0 | 0 | 2 | 0 |

| Kiwoom | | Pos | BA | AB | R | H | HR | RBI | BB | SO | HBP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1** Kim Jun-wan #14 | | LF | .224 | 4 | 0 | 1 | 0 | 0 | 0 | 2 | 0 |
| **2** Park Jun-tae #23 | | RF | .111 | 4 | 0 | 0 | 0 | 0 | 0 | 2 | 0 |
| **3** Lee Jung-hoo #51 | | CF | .312 | 4 | 1 | 1 | 1 | 1 | 0 | 1 | 0 |
| **4** Kim Hye-seong #3 | | 2B | .324 | 4 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |

MyKBO Stats    Teams ▾    Schedule    Statistics    Foreign Players                    More ▾    ⚙    Accour

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **6** Kim Whee-jip #33 | SS | .251 | 4 | 0 | 1 | 0 | 0 | 0 | 3 | 0 |
| **7** Kim Woong-bin #1 | DH | .216 | 4 | 0 | 1 | 0 | 0 | 0 | 2 | 0 |
| **8** Jeon Byeong-woo #13 | 1B | .179 | 4 | 1 | 2 | 1 | 1 | 0 | 0 | 0 |
| **9** Lee Ji-young #56 | C | .259 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ↳ Park Ju-hong #57 | PH | .143 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |

---

## Pitching

| LG | ERA | IP | NP | R | ER | H | HR | SO | BB | HB | GS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Plutko #45 | 1.29 | 7 | 89 | 1 | 1 | 4 | 1 | 9 | 0 | 0 | 74 |
| Yi Jung-yong #31 | 0.00 | 1 | 24 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | |
| Jin Hae-soo #21 | 0.00 | 1 | 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Go Woo-suk #19 | 9.00 | 1 | 18 | 1 | 1 | 1 | 1 | 3 | 0 | 0 | |

| Kiwoom | ERA | IP | NP | R | ER | H | HR | SO | BB | HB | GS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jokisch #43 | 1.29 | 7 | 95 | 1 | 1 | 4 | 1 | 7 | 0 | 0 | 72 |
| Kim Jae-woong #28 | 0.00 | 1 | 15 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | |
| Moon Sung-hyun #21 | 0.00 | 1 | 14 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | |
| Kim Tae-hoon #17 | 40.50 | 0 ⅔ | 26 | 3 | 3 | 2 | 0 | 1 | 1 | 0 | |
| Yang Hyun #39 | 0.00 | 0 ⅓ | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |

Case 2:22-cr-00394-DMG Document 135-3 Filed 07/12/23 Page 20 of 41 Page ID #:1331



MyKBO Stats    Teams ▾    Schedule    Statistics    Foreign Players                              More ▾    ⚙    Accour

| 1st Inning |
| :-: |
| 2nd Inning |
| 3rd Inning |
| 4th Inning |
| 5th Inning |
| 6th Inning |
| 7th Inning |
| 8th Inning |
| 9th Inning |
| 10th Inning |

| | |
| :-- | :-- |
| **Deciding Hit** | Park Hae-min (10th inning, 1 out, bases loaded walk) |
| **HR** | Lee Jung-hoo (#11, 4th inning off Plutko, 1 run), Chae Eun-seong (#4, 7th inning off Jokisch, 1 run), Jeon Byeong-woo (#5, 10th inning off Go Woo-suk, 1 run) |

Case 2:22-cr-00394-DMG   Document 135-3   Filed 07/12/23   Page 21 of 41   Page ID #:1332

MyKBO Stats     Teams ▾     Schedule     Statistics     Foreign Players          More ▾     ⚙     Accour

| | |
|---|---|
| **WP** | Yi Jung-yong (8th inning) |
| **Umpires** | Kim Ik-su, Song Soo-geun, Chun Il-soo, Yoon Sang-won |
| **Venue** | Gocheok Sky Dome |
| **Attendance** | 7849 |
| **Duration** | 3:09 |

This site is created for fans, by fans, and is *not* affiliated with the KBO League (KBO 리그) or the Korea Baseball Organization (한국야구위원회). All information presented here should be considered *unofficial*. Player photos and official team logos are the property of their respective teams.

Apple, the Apple logo, and iPhone are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc. Android, Google Play, and the Google Play logo are trademarks of Google Inc. Weather data provided by ⛅Weather.

MyKBO Stats v2 — Build 513 (2023-06-29)

Powered by Elixir and the Phoenix Framework.

Privacy Policy / Terms of Service




Case 2:22-cr-00394-DMG  Document 135-3  Filed 07/12/23  Page 22 of 41  Page ID #:1333 

MyKBO Stats    Teams ▾    Schedule    Statistics    Foreign Players    ( Search for player )    More ▾    ⚙    Accour

# Kiwoom Heroes        **4 : 3**        Samsung Lions

## June 21, 2022 2:30am

### June 21, 2022 Game List

| Hanwha Eagles | **4 : 10** | LG Twins |
| L: Ramirez | Final | W: Lee Min-ho |
| Lotte Giants | **5 : 6** | Kia Tigers |
| L: Barnes | Final | W: Im Gi-yeong |
|  |  | SV: Jung Hai-young |
| NC Dinos | **1 : 8** | KT Wiz |
| L: Lee Jae-hak | Final | W: Um Sang-back |
| Doosan Bears | **16 : 2** | SSG Landers |
| W: Lee Young-ha | Final | L: Lee Geun-wook |
| Kiwoom Heroes |  |  |

☰    ←  Games                                          🏠  🔄   ⋮

|  | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | R | H | E | B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kiwoom Heroes | 0 | 0 | 0 | 2 | 0 | 1 | 1 | 0 | 0 | 4 | 11 | 0 | 6 |
| Samsung Lions | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 13 | 0 | 2 |

W: Lee Myeong-jong     SV: Moon Sung-hyun     L: Lee Seung-hyun

Video Links    Watch Highlights


## MyKBO Stats

Teams ▾    Schedule    Statistics    Foreign Players

More ▾    ⚙    Accour

| Kiwoom | Pos | BA | AB | R | H | HR | RBI | BB | SO | HBP |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 Kim Jun-wan #14 | LF | .215 | 5 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| 2 Song Sung-mun #24 | 3B | .244 | 5 | 0 | 1 | 0 | 1 | 0 | 1 | 0 |
| 3 Lee Jung-hoo #51 | CF | .316 | 3 | 0 | 2 | 0 | 0 | 2 | 0 | 0 |
| 4 Kim Hye-seong #3 | 2B | .330 | 4 | 0 | 2 | 0 | 0 | 1 | 0 | 0 |
| 5 Kim Woong-bin #1 | DH | .192 | 5 | 0 | 0 | 0 | 0 | 0 | 3 | 0 |
| 6 Kim Su-hwan #31 | 1B | .170 | 4 | 1 | 1 | 0 | 0 | 0 | 2 | 0 |
| ↳ Jeon Byeong-woo #13 | 1B | .120 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 Lee Ji-young #56 | C | .268 | 4 | 1 | 2 | 0 | 1 | 1 | 0 | 0 |
| 8 Park Jun-tae #23 | RF | .176 | 3 | 1 | 1 | 0 | 0 | 2 | 2 | 0 |
| 9 Kim Whee-jip #33 | SS | .256 | 4 | 1 | 2 | 0 | 1 | 0 | 0 | 0 |

| Samsung | Pos | BA | AB | R | H | HR | RBI | BB | SO | HBP |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 Kim Hyeon-joon #41 | CF | .314 | 5 | 1 | 2 | 0 | 0 | 0 | 0 | 0 |
| 2 Oh Sun-jin #3 | 3B | .244 | 4 | 1 | 2 | 0 | 0 | 1 | 0 | 0 |
| ↳ Kim Hun-gon #34 | PR | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 Pirela #63 | LF | .278 | 5 | 0 | 1 | 0 | 1 | 0 | 1 | 0 |
| 4 Oh Jae-il #44 | 1B | .185 | 3 | 1 | 1 | 0 | 0 | 1 | 0 | 0 |
| 5 Kang Min-ho #47 | DH | .306 | 4 | 0 | 1 | 0 | 0 | 0 | 1 | 0 |
| 6 Kim Jae-seong #48 | C | .259 | 4 | 0 | 3 | 0 | 1 | 0 | 0 | 0 |
| ↳ Choi Young-jin #32 | PR | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

MyKBO Stats    Teams ▾    Schedule    Statistics    Foreign Players                          More ▾    ⚙    Accour

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ɪ, Park Seung-kyu #65 | RF | .000 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 Lee Hae-seung #67 | SS | .375 | 4 | 0 | 2 | 0 | 0 | 0 | 0 | 0 |
| 9 An Ju-hyeong #14 | 2B | .244 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ɪ, Kim Tae-gun #42 | PH | .262 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## Pitching

| Kiwoom | ERA | IP | NP | R | ER | H | HR | SO | BB | HB | GS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Eppler #8 | 9.00 | 3 | 65 | 3 | 3 | 9 | 0 | 2 | 0 | 0 | 31 |
| Yang Hyun #39 | 0.00 | 2 | 30 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | |
| Lee Myeong-jong #97 | 0.00 | 2 | 28 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | |
| Kim Jae-woong #28 | 0.00 | 1 | 20 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | |
| Moon Sung-hyun #21 | 0.00 | 1 | 17 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | |

Case 2:22-cr-00394-DMG   Document 135-3   Filed 07/12/23   Page 25 of 41   Page ID #:1336

MyKBO Stats    Teams ▾    Schedule    Statistics    Foreign Players                    More ▾    ⚙    Accour

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Heo Yun-dong #49 | 0.00 | 3 | 07 | 2 | 2 | 3 | 0 | 3 | 4 | 0 48 |
| Woo Kyu-min #2 | 0.00 | 0 | 10 | 1 | 1 | 2 | 0 | 0 | 1 | 0 |
| Jang Pill-joon #26 | 0.00 | 1 | 14 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| Lee Seung-hyun #20 | 9.00 | 1 | 18 | 1 | 1 | 2 | 0 | 2 | 0 | 0 |
| Lee Seung-hyun #54 | 0.00 | 1 | 19 | 0 | 0 | 2 | 0 | 2 | 0 | 0 |
| Choi Chung-yeon #51 | 0.00 | 1 | 15 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |

## Plays

| 1st Inning |
|---|
| 2nd Inning |
| 3rd Inning |
| 4th Inning |
| 5th Inning |
| 6th Inning |
| 7th Inning |
| 8th Inning |
| 9th Inning |

Case 2:22-cr-00394-DMG Document 135-3 Filed 07/12/23 Page 26 of 41 Page ID #:1337

| | |
|---|---|
| **2B** | Kim Whee-jip (4th inning), Lee Ji-young (6th inning), Kim Su-hwan (7th inning) |
| **CS** | Kim Hyun-jun (2nd inning) |
| **OOB** | Park Jun-tae (6th inning), Kim Hun-gon (9th inning) |
| **GIDP** | Kim Tae-gun (8th inning) |
| **WP** | Kim Jae-woong (8th inning) |
| **Umpires** | Park Joong-chul, Kwon Young-chul, Lee Gye-sung, Na Gwang-nam |
| **Venue** | Daegu Samsung Lions Park |
| **Attendance** | 5936 |
| **Duration** | 3:27 |

This site is created for fans, by fans, and is *not* affiliated with the KBO League (KBO 리그) or the Korea Baseball Organization (한국야구위원회). All information presented here should be considered *unofficial*. Player photos and official team logos are the property of their respective teams.

Apple, the Apple logo, and iPhone are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc. Android, Google Play, and the Google Play logo are trademarks of Google Inc. Weather data provided by ☐Weather.

Case 2:22-cr-00394-DMG   Document 135-3   Filed 07/12/23   Page 27 of 41   Page ID #:1338

MyKBO Stats    Teams ▾    Schedule    Statistics    Foreign Players    [ Search for player ]    More ▾    ⚙    Accour

# Kiwoom Heroes      **6** : **0**      Samsung Lions

## June 22, 2022 2:30am

### June 22, 2022 Game List

| | | |
|---|---|---|
| Hanwha Eagles<br>L: Yun Dae-kyung | **5 : 6**<br>Final | LG Twins<br>W: Kelly<br>SV: Go Woo-suk |
| Lotte Giants<br>W: Choi Jun-yong | **7 : 5**<br>Final/10 | Kia Tigers<br>L: Jung Hai-young |
| NC Dinos<br>W: Koo Chang-mo | **11 : 0**<br>Final | KT Wiz<br>L: Bae Je-seong |
| Doosan Bears<br>L: Hong Geon-hui | **5 : 6**<br>Final/10 | SSG Landers<br>W: Seo Dong-min |
| Kiwoom Heroes | **6 : 0** | Samsung Lions |

☰    ← Games                                                          ⌂    ↻    ⋮

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | R | H | E | B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kiwoom Heroes | 2 | 0 | 0 | 0 | 0 | 0 | 3 | 1 | 0 | 6 | 13 | 1 | 5 |
| Samsung Lions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 0 | 3 |

**Video Links** | Watch Highlights

W: Choi Won-tae    L: Baek Jung-hyun

Case 2:22-cr-00394-DMG   Document 135-3   Filed 07/12/23   Page 28 of 41   Page ID #:1339

MyKBO Stats    Teams ▾    Schedule    Statistics    Foreign Players       More ▾      Accoun

| Kiwoom | | Pos | BA | AB | R | H | HR | RBI | BB | SO | HBP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Kim Jun-wan #14 | | RF | .233 | 3 | 1 | 2 | 0 | 1 | 2 | 0 | 0 |
| 2 Song Sung-mun #24 | | 3B | .244 | 5 | 1 | 1 | 0 | 0 | 0 | 1 | 0 |
| 3 Lee Jung-hoo #51 | | CF | .317 | 5 | 1 | 3 | 1 | 3 | 0 | 0 | 0 |
| 4 Kim Hye-seong #3 | | 2B | .328 | 3 | 0 | 1 | 0 | 0 | 1 | 1 | 0 |
| ↳ Park Jun-tae #23 | | RF | .133 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 Lee Yong-kyu #19 | | LF | .261 | 4 | 0 | 2 | 0 | 0 | 0 | 0 | 0 |
| ↳ Sin Jun-woo #5 | | 2B | .105 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 Kim Su-hwan #31 | | 1B | .152 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ↳ Jeon Byeong-woo #13 | | 1B | .125 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| 7 Lee Ji-young #56 | | C | .263 | 4 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| ↳ Kim Jae-hyun #32 | | C | .500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 Kim Woong-bin #1 | | DH | .220 | 3 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| 9 Kim Whee-jip #33 | | SS | .257 | 3 | 1 | 2 | 1 | 2 | 1 | 0 | 0 |

| Samsung | | Pos | BA | AB | R | H | HR | RBI | BB | SO | HBP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Kim Hyeon-joon #41 | | CF | .310 | 4 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| ↳ Park Seung-kyu #65 | | CF | .000 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 2 Oh Sun-jin #3 | | 3B | .233 | 4 | 0 | 1 | 0 | 0 | 0 | 1 | 0 |
| ↳ Kim Ho-jae #8 | | 3B | .185 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

MyKBO Stats    Teams ▾    Schedule    Statistics    Foreign Players              More ▾    ⚙    Accour

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ⌙ Song Jun-suk #52 | LF | .250 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 Oh Jae-il #44 | 1B | .179 | 4 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| ⌙ Choi Young-jin #32 | 1B | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 Kim Jae-seong #48 | DH | .214 | 2 | 0 | 0 | 0 | 0 | 2 | 1 | 0 |
| 6 Kim Tae-gun #42 | C | .277 | 4 | 0 | 3 | 0 | 0 | 0 | 0 | 0 |
| 7 An Ju-hyeong #14 | 2B | .262 | 4 | 0 | 1 | 0 | 0 | 0 | 1 | 0 |
| 8 Lee Hae-seung #67 | SS | .250 | 4 | 0 | 1 | 0 | 0 | 0 | 2 | 0 |
| 9 Kim Hun-gon #34 | RF | .000 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

## Pitching

| Kiwoom | ERA | IP | NP | R | ER | H | HR | SO | BB | HB | GS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Choi Won-tae #20 | 0.00 | 5 | 86 | 0 | 0 | 3 | 0 | 5 | 2 | 1 | 63 |
| Kim Tae-hoon #17 | 0.00 | 1 | 15 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | |
| Lee Seung-ho #47 | 0.00 | 1 | 13 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | |
| Kim Seon-gi #49 | 0.00 | 2 | 17 | 0 | 0 | 1 | 0 | 2 | 0 | 0 | |

| Samsung | ERA | IP | NP | R | ER | H | HR | SO | BB | HB | GS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Baek Jung-hyun #29 | 5.68 | 6 ⅓ | 96 | 4 | 4 | 11 | 2 | 0 | 1 | 0 | 35 |
| Lee Sang-min #59 | 13.50 | 0 ⅔ | 19 | 1 | 1 | 1 | 0 | 2 | 1 | 0 | |
| Park Jung-jun #66 | 9.00 | 1 | 27 | 1 | 1 | 1 | 0 | 0 | 2 | 1 | |

Case 2:22-cr-00394-DMG   Document 135-3   Filed 07/12/23   Page 30 of 41   Page ID #:1341

MyKBO Stats    Teams ▾    Schedule    Statistics    Foreign Players      More ▾      Accour

# Plays

| 1st Inning |
| --- |
| 2nd Inning |
| 3rd Inning |
| 4th Inning |
| 5th Inning |
| 6th Inning |
| 7th Inning |
| 8th Inning |
| 9th Inning |

| | |
| --- | --- |
| **Deciding Hit** | Lee Jung-hoo (1st inning, 1 out, runner on 2nd, RF wall HR) |
| **HR** | Lee Jung-hoo (#12, 1st inning off Baek Jung-hyun, 2 run), Kim Whee-jip (#1, 7th inning off Baek Jung-hyun, 2 run) |

Case 2:22-cr-00394-DMG   Document 135-3   Filed 07/12/23   Page 31 of 41   Page ID #:1342

| | |
|---|---|
| | bin (8th inning) |
| **E** | Kim Whee-jip (3rd inning) |
| **SB** | Kim Hyun-jun (5th inning) |
| **CS** | Kim Hye-seong (1st inning) |
| **OOB** | Kim Jun-wan (1st inning), Lee Jung-hoo (3rd inning), Lee Yong-kyu (6th inning), Kim Tae-gun (8th inning) |
| **Umpires** | Lee Gye-sung, Na Gwang-nam, Kwon Young-chul, Jung Jong-su |
| **Venue** | Daegu Samsung Lions Park |
| **Attendance** | 6500 |
| **Duration** | 3:06 |

This site is created for fans, by fans, and is *not* affiliated with the KBO League (KBO 리그) or the Korea Baseball Organization (한국야구위원회). All information presented here should be considered *unofficial*. Player photos and official team logos are the property of their respective teams.

Apple, the Apple logo, and iPhone are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc. Android, Google Play, and the Google Play logo are trademarks of Google Inc. Weather data provided by ☐Weather.

MyKBO Stats v2 — Build 513 (2023-06-29)

Case 2:22-cr-00394-DMG Document 135-3 Filed 07/12/23 Page 32 of 41 Page ID #:1343

MyKBO Stats    Teams ▾    Schedule    Statistics    Foreign Players    🔍 Search for player    More ▾    ⚙    Accour



# Kiwoom Heroes    **6 : 1**    Samsung Lions

## June 23, 2022 2:30am

### June 23, 2022 Game List

| | | |
|---|---|---|
| Hanwha Eagles | Canceled<br>Rained Out | LG Twins |
| Lotte Giants<br>L: Na Gyun-an | **4 : 7**<br>Final | Kia Tigers<br>W: Kim Jae-yeol<br>SV: Jeon Sang-hyun |
| NC Dinos | Canceled<br>Rained Out | KT Wiz |
| Doosan Bears | Canceled<br>Rained Out | SSG Landers |
| Kiwoom Heroes<br>W: An Woo-jin | **6 : 1**<br>Final | Samsung Lions<br>L: Won Tae-in |

1  2  3  4  5  6  7  8  9    R  H  E  B

☰    ← Games

🏠  🔄  ⋮



Samsung Lions

W: An Woo-jin    L: Won Tae-in

7/12/23, 12:34 PM
Case 2:22-cr-00394-DMG   Document 135-3   Filed 07/11/23   Page 33 of 41   Page ID #:1344
Kiwoom Heroes at Samsung Lions | June 23, 2022 6:30 PM at Daegu | MyKBO Stats

MyKBO Stats    Teams ▾    Schedule    Statistics    Foreign Players                        More ▾    ⚙    Accour 

| Kiwoom | | Pos | BA | AB | R | H | HR | RBI | BB | SO | HBP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1** Kim Jun-wan #14 | | RF | .224 | 4 | 1 | 1 | 0 | 1 | 1 | 0 | 0 |
| **2** Kim Whee-jip #33 | | SS | .252 | 3 | 0 | 1 | 0 | 0 | 1 | 1 | 1 |
| **3** Lee Jung-hoo #51 | | CF | .314 | 5 | 0 | 2 | 0 | 2 | 0 | 0 | 0 |
| **4** Kim Hye-seong #3 | | 2B | .326 | 5 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| **5** Song Sung-mun #24 | | DH | .245 | 4 | 1 | 1 | 0 | 0 | 0 | 1 | 0 |
| **6** Kim Su-hwan #31 | | 1B | .156 | 2 | 0 | 0 | 0 | 0 | 0 | 2 | 0 |
| ↳ Jeon Byeong-woo #13 | | 1B | .120 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **7** Lee Ji-young #56 | | C | .265 | 3 | 1 | 1 | 0 | 0 | 1 | 0 | 0 |
| **8** Lee Byung-gyu #9 | | LF | .250 | 3 | 1 | 1 | 0 | 3 | 0 | 1 | 0 |
| ↳ Sin Jun-woo #5 | | SS | .105 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **9** Lee Jae-hong #4 | | 3B | .500 | 2 | 0 | 1 | 0 | 0 | 0 | 1 | 0 |
| ↳ Lee Yong-kyu #19 | | PH | .250 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| ↳ Park Jun-tae #23 | | RF | .143 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |

| Samsung | | Pos | BA | AB | R | H | HR | RBI | BB | SO | HBP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1** Kim Hyeon-joon #41 | | CF | .316 | 4 | 0 | 2 | 0 | 1 | 0 | 0 | 0 |
| **2** Oh Sun-jin #3 | | 3B | .227 | 2 | 0 | 0 | 0 | 0 | 1 | 1 | 0 |
| ↳ Kim Jae-seong #48 | | PH | .236 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| ↳ An Ju-hyeong #14 | | PR | .263 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

7/12/23, 12:34 PM
Kiwoom Heroes vs. Samsung Lions June 23, 2023 06:30 at Daegu | MyKBO Stats
Case 2:22-cr-00394-DMG   Document 135-3   Filed 07/12/23   Page 34 of 41   Page ID #:1345

MyKBO Stats    Teams ▾    Schedule    Statistics    Foreign Players                    More ▾    ⚙    Accour

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 On Jae-il #44 | 1B | .180 | 3 | 0 | 0 | 0 | 0 | 1 | 2 | 0 |
| ι, Park Seung-kyu #65 | PR | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 Kang Min-ho #47 | C | .306 | 4 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| 6 Kim Tae-gun #42 | DH | .257 | 4 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 7 Song Jun-suk #52 | RF | .273 | 3 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| 8 Lee Hae-seung #67 | SS | .143 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 Kim Ho-jae #8 | 2B | .193 | 3 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |

## Pitching

| Kiwoom | ERA | IP | NP | R | ER | H | HR | SO | BB | HB | GS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| An Woo-jin #41 | 1.23 | 7 ⅓ | 100 | 1 | 1 | 5 | 0 | 4 | 1 | 0 | 68 |
| Kim Jae-woong #28 | 0.00 | 0 ⅔ | 9 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | |
| Kim Tae-hoon #17 | 0.00 | 1 | 10 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | |

| Samsung | ERA | IP | NP | R | ER | H | HR | SO | BB | HB | GS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Won Tae-in #18 | 7.50 | 6 | 95 | 5 | 5 | 8 | 0 | 5 | 3 | 1 | 37 |
| Lee Seung-hyun #54 | 0.00 | 1 | 10 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | |
| Park Jung-jun #66 | 0.00 | 1 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Choi Chung-yeon #51 | 9.00 | 1 | 19 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | |

Case 2:22-cr-00394-DMG   Document 135-3   Filed 07/12/23   Page 35 of 41   Page ID #:1346

MyKBO Stats    Teams ▾    Schedule    Statistics    Foreign Players      More ▾   ⚙   Accour 

| 1st Inning |
| --- |
| 2nd Inning |
| 3rd Inning |
| 4th Inning |
| 5th Inning |
| 6th Inning |
| 7th Inning |
| 8th Inning |
| 9th Inning |

| | |
| --- | --- |
| **Deciding Hit** | Lee Jung-hoo (1st inning, no out, runners on 1,2, RF single) |
| **3B** | Lee Byung-kyu (6th inning) |
| **E** | Kim Su-hwan (3rd inning), Oh Sun-jin (4th inning) |
| **OOB** | Kim Whee-jip (1st inning) |

Case 2:22-cr-00394-DMG   Document 135-3   Filed 07/12/23   Page 36 of 41   Page ID #:1347

# MyKBO Stats

Teams ▾   Schedule   Statistics   Foreign Players                    More ▾   ⚙   Accour

| | |
|---|---|
| **GIDP** | Song Jun-suk (2nd inning), Lee Jung-hoo (3rd inning), Pirela (8th inning), Kim Tae-gun (9th inning), Kim Whee-jip (9th inning) |
| **Umpires** | Kwon Young-chul, Jung Jong-su, Na Gwang-nam, Park Joong-chul |
| **Venue** | Daegu Samsung Lions Park |
| **Attendance** | 4959 |
| **Duration** | 2:36 |

This site is created for fans, by fans, and is *not* affiliated with the KBO League (KBO 리그) or the Korea Baseball Organization (한국야구위원회). All information presented here should be considered *unofficial*. Player photos and official team logos are the property of their respective teams.

Apple, the Apple logo, and iPhone are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc. Android, Google Play, and the Google Play logo are trademarks of Google Inc. Weather data provided by ⛅Weather.

MyKBO Stats v2 — Build 513 (2023-06-29)

Powered by Elixir and the Phoenix Framework.

Privacy Policy / Terms of Service




Case 2:22-cr-00394-DMG   Document 135-3   Filed 07/12/23   Page 37 of 41   Page ID #:1348

Teams ▼     Schedule     Statistics     Foreign Players      Search for player          More ▼     ⚙     Accour

# Kiwoom Heroes     **1** : **5**     Lotte Giants

## June 24, 2022 2:30am



### June 24, 2022 Game List

| | | |
|---|---|---|
| Kia Tigers<br>W: Kim Jeong-bin<br>SV: Jang Hyun-sik | **4 : 3**<br>Final | Doosan Bears<br>L: Jeong Cheol-won |
| LG Twins<br>L: Jung Woo-young | **6 : 9**<br>Final | KT Wiz<br>W: Ju Kwon<br>SV: Kim Jae-yoon |
| NC Dinos<br>L: Rucinski | **2 : 14**<br>Final | SSG Landers<br>W: Font |
| Samsung Lions<br>L: Buchanan | **0 : 3**<br>Final | Hanwha Eagles<br>W: Jang Min-je<br>SV: Jang Si-hwan |

≡     ← Games                                                    ⌂  ⟳  ⋮

| | | |
|---|---|---|
| L: Han Hyun-hee | Final | W: Lee In-bok<br>SV: Kim Won-jung |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | R | H | E | B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kiwoom Heroes | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 8 | 0 | 4 |
| Lotte Giants | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | X | 5 | 11 | 1 | 5 |

| Video Links | Watch Highlights |
|---|---|

W: Lee In-bok     SV: Kim Won-jung     L: Han Hyun-hee

| Kiwoom | | Pos | BA | AB | R | H | HR | RBI | BB | SO | HBP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Kim Jun-wan #14 | | RF | .222 | 5 | 0 | 1 | 0 | 0 | 0 | 2 | 0 |
| 2 Lee Yong-kyu #19 | | LF | .239 | 4 | 0 | 0 | 0 | 0 | 0 | 2 | 0 |
| ↳ Kim Whee-jip #33 | | SS | .250 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| 3 Lee Jung-hoo #51 | | CF | .316 | 3 | 0 | 2 | 0 | 0 | 1 | 0 | 0 |
| 4 Kim Hye-seong #3 | | 2B | .325 | 3 | 1 | 0 | 0 | 0 | 1 | 0 | 0 |
| 5 Song Sung-mun #24 | | 3B | .247 | 3 | 0 | 1 | 0 | 1 | 1 | 0 | 0 |
| 6 Kim Woong-bin #1 | | DH | .235 | 4 | 0 | 2 | 0 | 0 | 0 | 1 | 0 |
| 7 Kim Jae-hyun #32 | | C | .400 | 3 | 0 | 2 | 0 | 0 | 0 | 1 | 0 |
| ↳ Kim Su-hwan #31 | | PH | .163 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| ↳ Lee Ji-young #56 | | C | .263 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 Jeon Byeong-woo #13 | | 1B | .143 | 4 | 0 | 1 | 0 | 0 | 0 | 1 | 0 |
| 9 Sin Jun-woo #5 | | SS | .100 | 2 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| ↳ Lee Byung-gyu #9 | | PH | .211 | 2 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |

| Lotte | | Pos | BA | AB | R | H | HR | RBI | BB | SO | HBP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 An Chi-hong #13 | | 1B | .286 | 4 | 2 | 2 | 0 | 1 | 1 | 0 | 0 |
| 2 Hwang Seong-bin #40 | | CF | .239 | 2 | 1 | 1 | 0 | 1 | 0 | 0 | 0 |
| ↳ Lee Dae-ho #10 | | PH | | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| ↳ Shin Yoon-hoo #3 | | PR | .056 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 Jeon Jun-woo #8 | LF | .276 | 3 | 1 | 1 | 0 | 1 | 1 | 0 | 0 |
| 5 Lee Ho-yeon #4 | 3B | .315 | 4 | 0 | 3 | 0 | 1 | 0 | 0 | 0 |
| 6 Peters #26 | RF | .000 | 3 | 0 | 0 | 0 | 0 | 1 | 2 | 0 |
| 7 An Joong-yeol #1 | C | .167 | 3 | 1 | 1 | 0 | 0 | 1 | 0 | 0 |
| ↳ Kim Min-soo #63 | PR | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ↳ Jeong Bo-keun #42 | C | .280 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 Park Seung-wook #53 | SS | .272 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 Bae Seong-geun #2 | 2B | .500 | 4 | 0 | 2 | 0 | 0 | 0 | 1 | 0 |

## Pitching

| Kiwoom | ERA | IP | NP | R | ER | H | HR | SO | BB | HB | GS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Han Hyun-hee #63 | 9.00 | 5 | 86 | 5 | 5 | 9 | 0 | 3 | 1 | 0 | 31 |
| Kim Seon-gi #49 | 0.00 | 1 | 19 | 0 | 0 | 1 | 0 | 0 | 2 | 0 | |
| Lee Young-jun #64 | 0.00 | 1 | 19 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | |
| Park Seung-joo #42 | 0.00 | 1 | 16 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | |

| Lotte | ERA | IP | NP | R | ER | H | HR | SO | BB | HB | GS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lee In-bok #35 | 1.50 | 6 | 99 | 1 | 1 | 6 | 0 | 4 | 2 | 0 | 58 |
| Na Gyun-an #43 | 0.00 | 1 | 19 | 0 | 0 | 1 | 0 | 2 | 0 | 0 | |
| Koo Seung-min #22 | 0.00 | 0 ⅔ | 22 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | |

Case 2:22-cr-00394-DMG Document 135-3 Filed 07/12/23 Page 40 of 41 Page ID #:1351

---

## Plays

| 1st Inning |
| --- |
| 2nd Inning |
| 3rd Inning |
| 4th Inning |
| 5th Inning |
| 6th Inning |
| 7th Inning |
| 8th Inning |
| 9th Inning |

| | |
| --- | --- |
| **Deciding Hit** | Jeon Jun-woo (1st inning, 2 out, runner on 3rd, LF-CF gap single) |
| **2B** | Lee Ho-yeon (1st, 3rd inning), An Chi-hong (2nd inning), Kim Jae-hyun (2nd inning), Kim Jun-wan (5th inning), Lee Jung-hoo (8th inning) |

MyKBO Stats    Teams ⌄    Schedule    Statistics    Foreign Players    More ⌄    ⚙    Accour

| | |
|---|---|
| **SB** | Hwang Seong-bin (2nd inning), Lee Ho-yeon (5th inning), Kim Hye-seong (6th, 8th inning) |
| **GIDP** | Kim Jae-hyun (4th inning), Han Dong-hui (6th inning), Lee Ho-yeon (7th inning), An Chi-hong (8th inning) |
| **Umpires** | Koo Myung-hwan, Moon Dong-gyoon, Lee Young-jae, Choi Young-joo |
| **Venue** | Sajik Baseball Stadium |
| **Attendance** | 3769 |
| **Duration** | 3:10 |

---

This site is created for fans, by fans, and is *not* affiliated with the KBO League (KBO 리그) or the Korea Baseball Organization (한국야구위원회). All information presented here should be considered *unofficial*. Player photos and official team logos are the property of their respective teams.

Apple, the Apple logo, and iPhone are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc. Android, Google Play, and the Google Play logo are trademarks of Google Inc. Weather data provided by ☐Weather.

MyKBO Stats v2 — Build 513 (2023-06-29)

Powered by Elixir and the Phoenix Framework.

Privacy Policy / Terms of Service