UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES—GENERAL**

| Case No. | CR 22-394(A)-DMG | Date | July 19, 2023 |
|---|---|---|---|
| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE | Page | 1 of 2 |
| Interpreter | N/A | | |

| Kane Tien | Marea Woolrich | Daniel G. Boyle / Jeff P. Mitchell |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| Yasiel Puig Valdes | ✓ | | ✓ | Keri C. Axel | ✓ | | ✓ |
| | | | | Jose R. Nuno | ✓ | | ✓ |

**Proceedings:** GOVERNMENT'S MOTION FOR ORDER RE: DEFENDANT'S KNOWING BREACH OF PLEA AGREEMENT [110]

    The cause is called and counsel state their appearance. The Defendant waives his right to have a Spanish interpreter present. The Court invites counsel to respond to the tentative ruling. Following oral argument, the Court advises counsel that the motion shall be taken under submission and a written order will issue.

0:13

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES—GENERAL**

| Case No. | CR 22-394(A)-DMG | Date | July 19, 2023 |

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE | Page | 2 of 2 |