UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. CR 22-394-DMG |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] <u>ORDER SETTING BRIEFING SCHEDULE ON MOTION</u>** |
| YASIEL PUIG VALDES, | |
| Defendant. | |

The Court, having considered the August 24, 2023 stipulation filed by Plaintiff United States of America ("the government") and defendant Yasiel Puig Valdes proposing a briefing schedule on the government's Motion for Partial Reconsideration and Clarification (the "Motion"), and good cause appearing therefor,

//

IT IS HEREBY ORDERED that:

- The government's Motion shall be filed no later than August 24, 2023;
- Defendant's opposition to the Motion shall be filed no later than September 20, 2023;
- The government's reply, if any, shall be filed no later than September 27, 2023; and
- If the Court elects to hear argument, the Motion shall be heard on October 11, 2023.

Dated: _____, 2023    _____
                                               THE HONORABLE DOLLY M. GEE
                                               UNITED STATES DISTRICT JUDGE

Presented by:

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

     /s/
_____
DAN G. BOYLE
JEFF MITCHELL
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA