CERTIFICATION OF UNITED STATES ATTORNEY

    I hereby certify that this appeal is not taken for purpose of delay and that the evidence excluded is substantial proof of a fact material in the proceeding.

DATED: November 3, 2023

                                                _____
                                                E. MARTIN ESTRADA
                                                United States Attorney