AMENDED CERTIFICATION OF UNITED STATES ATTORNEY

I hereby certify that the appeal filed on November 1, 2023, at Docket Number 165, is not taken for purpose of delay and that the evidence excluded is substantial proof of a fact material in the proceeding.

DATED: November 7, 2023

_____
E. MARTIN ESTRADA
United States Attorney