# EXHIBIT A

| | |
|---|---|
| **From:** | Mitchell, Jeff (USACAC) 5 |
| **To:** | Keri Axel; Boyle, Daniel (USACAC) |
| **Cc:** | Jose Nuño |
| **Subject:** | RE: Stip re First Trial Date.pdf |
| **Date:** | Monday, December 12, 2022 2:41:21 PM |
| **Attachments:** | image001.png |

Hi Keri.  Thank you for your suggestions.  We have reviewed them, and I have discussed the substantive suggestions with my deputy.  We have no objection to modifying the protective order to allow access to the consultants, agent, and personal attorneys; however, we cannot agree to use the Civil Local Rule 79-5.2.2 for sealed filings.  In addition to being contrary to the district-wide practice, I believe it would create a significant amount of additional work and litigation on both parties, as well as on the Court.  Further, you haven't identified any particular reasons why the standard sealed filing provisions are inadequate here, other than a general philosophical belief that the "public has a right to know."  While we agree with your philosophical perspective, we are greatly concerned with affecting the jury pool with inadmissible evidence due to the significant media attention.  This case should be tried in the court, not in the media.

Also, please keep in mind that much of the discovery that we intend to label as confidential relates to the larger investigation, additional ongoing investigations, wiretaps, PII, famous athletes and actors, and the identification of cooperators.  Even if we were to redact an individual's name, that person's identity can many times be determined by the context of the conversation.  For all of these reasons, we believe the appropriate course of action here is to use the standard version tailored for criminal cases.

Please let us know if you would like us to provide a revised stipulation and protective order along the lines we have agreed to, or if we should file an ex parte application for a protective order, and then give you opportunity to respond.  I understand that you're out of town today, and I am happy to hold off filing the application until you return, within reason.  Please let us know how you wish to proceed.

Thank you.

**From:** Keri Axel <kaxel@waymakerlaw.com>
**Sent:** Monday, December 12, 2022 12:46 AM
**To:** Mitchell, Jeff (USACAC) 5 <jmitchell5@usa.doj.gov>; Boyle, Daniel (USACAC) <DBoyle@usa.doj.gov>
**Cc:** Jose Nuño <jnuno@waymakerlaw.com>
**Subject:** [EXTERNAL] RE: Stip re First Trial Date.pdf

Jeff and Dan:  Thanks for the call on this.  Here are our proposed revisions to the Order.  We thought we'd send this one along first and see if we can reach agreement before making corresponding edits to the stip.  We think the local rule procedure regarding conferring about confidential materials and redacting makes sense and would probably be most palatable to the Central District bench since its already incorporated in Local Rule 79-5.2.2, so we are proposing that in lieu of the SDNY option that

we discussed.  In either event, it's a meet and confer procedure.

Thanks, Keri

**Keri Curtis Axel**
Partner



Waymaker LLP
Direct/Mobile +1 213.314.5284
Firm Main +1 424.652.7800
kaxel@waymakerlaw.com  |  waymakerlaw.com

*********************************************************************
This message was sent from Waymaker LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
*********************************************************************

**From:** Mitchell, Jeff (USACAC) 5 <Jeff.Mitchell@usdoj.gov>
**Sent:** Thursday, December 8, 2022 9:14 AM
**To:** Keri Axel <kaxel@waymakerlaw.com>; Boyle, Daniel (USACAC) <Daniel.Boyle2@usdoj.gov>
**Cc:** Jose Nuño <jnuno@waymakerlaw.com>
**Subject:** RE: Stip re First Trial Date.pdf

Hi Keri.  Unfortunately, we can't send the MS Word versions.  The documents are office templates with a lot of meta data.

**From:** Keri Axel <kaxel@waymakerlaw.com>
**Sent:** Thursday, December 8, 2022 8:15 AM
**To:** Boyle, Daniel (USACAC) <DBoyle@usa.doj.gov>
**Cc:** Jose Nuño <jnuno@waymakerlaw.com>; Mitchell, Jeff (USACAC) 5 <jmitchell5@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Stip re First Trial Date.pdf

Can you send us these documents in Word so we can send tracked comments?

**From:** Boyle, Daniel (USACAC) <Daniel.Boyle2@usdoj.gov>
**Sent:** Friday, December 2, 2022 12:17 PM
**To:** Keri Axel <kaxel@waymakerlaw.com>
**Cc:** Jose Nuño <jnuno@waymakerlaw.com>; Mitchell, Jeff (USACAC) 5 <Jeff.Mitchell@usdoj.gov>
**Subject:** RE: Stip re First Trial Date.pdf

Keri-

Thanks for working with us on the trial stip.

Attached please find a proposed protective order stip as well – as Jeff addressed in prior emails, discovery is pretty voluminous and wide-ranging, and we'd like to start getting stuff over to you as soon as possible, so a protective order should hopefully speed up that process.

Please review and let us know if you have any questions.

Have good weekend,

**Dan G. Boyle | Assistant United States Attorney**
United States Attorney's Office | Central District of California
1400 United States Courthouse | 312 North Spring Street | Los Angeles, California 90012
T: 213.894.2426| F: 213.894.0141 | **daniel.boyle2@usdoj.gov**

---

**From:** Keri Axel <kaxel@waymakerlaw.com>
**Sent:** Thursday, December 1, 2022 4:40 PM
**To:** Mitchell, Jeff (USACAC) 5 <jmitchell5@usa.doj.gov>
**Cc:** Jose Nuño <jnuno@waymakerlaw.com>; Boyle, Daniel (USACAC) <DBoyle@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Stip re First Trial Date.pdf

Thanks, one more little nit.  Defendant was released on his own personal recognizance, rather than on bond.  With that change, you can e-sign for me, or I can sign and return the sig page and you can just fix paragraph 5.  Thank you.  Best, Keri

---

**From:** Mitchell, Jeff (USACAC) 5 <Jeff.Mitchell@usdoj.gov>
**Sent:** Thursday, December 1, 2022 12:51 PM
**To:** Keri Axel <kaxel@waymakerlaw.com>
**Cc:** Jose Nuño <jnuno@waymakerlaw.com>; Boyle, Daniel (USACAC) <Daniel.Boyle2@usdoj.gov>
**Subject:** RE: Stip re First Trial Date.pdf

No problem.  A revised stip is attached.

---

**From:** Keri Axel <kaxel@waymakerlaw.com>
**Sent:** Thursday, December 1, 2022 12:46 PM
**To:** Mitchell, Jeff (USACAC) 5 <jmitchell5@usa.doj.gov>
**Cc:** Jose Nuño <jnuno@waymakerlaw.com>; Boyle, Daniel (USACAC) <DBoyle@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Stip re First Trial Date.pdf

Hi Jeff:  Since he's not waiving time, can we just make this a standard stipulation without the