1
2
3
4
5
6
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

           v.

YASIEL PUIG VALDES,

        Defendant.

No. CR 22-394(A)-DMG

**ORDER VACATING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT**

    The Court has read and considered the Government's <u>Ex Parte</u> Application to Vacate Trial Date And Motion Schedule, filed on December 6, 2023. The Court hereby finds that the Application, as well as the Court's independent examination of the record, demonstrate facts that support vacating the trial date and motion schedule in this matter during the pendency of the present interlocutory appeal, and thus provide good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

    The Court further finds that the delay results from an interlocutory appeal. These findings are based on the facts set forth

1  in the government's Application, which the Court hereby incorporates

2  by reference.

3      THEREFORE, FOR GOOD CAUSE SHOWN:

4      1.   The trial date and all pending pretrial deadlines in this

5  matter are VACATED, pending resolution of the government's

6  interlocutory appeal.

7      2.   The time period of November 1, 2023 through resolution of

8  the government's interlocutory appeal, inclusive, is excluded in

9  computing the time within which the trial must commence, pursuant to

10  18 U.S.C. § 3161 (h)(1)(C).

11      3.   Nothing in this Order shall preclude a finding that other

12  provisions of the Speedy Trial Act dictate that additional time

13  periods are excluded from the period within which trial must

14  commence.  Moreover, the same provisions and/or other provisions of

15  the Speedy Trial Act may in the future authorize the exclusion of

16  additional time periods from the period within which trial must

17  commence.

18      4.   The government shall notify the Court within five days of

19  the resolution of the government's interlocutory appeal.

20      5.   At the conclusion of the appeal, the parties shall meet and

21  confer and request either a status conference or file a stipulation

22  to set a new pretrial conference and trial date.

23

24      IT IS SO ORDERED.

25

26  DATED: December 12, 2023

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

27

28