BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
JUAN M. RODRIGUEZ (Cal. Bar No. 313284)
MICHAEL J. MORSE (Cal. Bar No. 291763)
Public Corruption & Civil Rights Section
Assistant United States Attorney
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0304/7367
     Facsimile: (213) 894-0141
     E-mail:    Juan.Rodriguez@usdoj.gov
                Michael.Morse@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-394(A)-DMG |
|---|---|
| Plaintiff, | NOTICE PURSUANT TO COURT ORDER |
| v. | |
| YASIEL PUIG VALDES, | |
| Defendant. | |

   Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Juan M. Rodriguez and Michael J. Morse, hereby files this Notice Pursuant to the Court's December 12, 2023, Order.  (Dkt. 181.)

//

//

//

NOTICE PURSUANT TO COURT ORDER

On December 12, 2023, the Court vacated the trial date, and all pending pretrial deadlines, pending resolution of the government's interlocutory appeal. (Dkt. 181.)  Further, the Court ordered the government to notify the Court within five days of the resolution of the government's interlocutory appeal. (Id.)  On May 29, 2025, the Ninth Circuit Court of Appeals issued its opinion on the government's interlocutory appeal and affirmed the district court's order. (Dkt. 193.)  Additionally, on July 22, 2025, the Ninth Circuit Court of Appeals issued its formal mandate pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.