UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CR 22-00394-DMG | Date | December 2, 2025 |

Present: The Honorable **DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE**　　Page 1 of 2

Interpreter　N/A

| Derek Davis | Marea Woolrich | Juan Rodriguez<br>Michael J. Morse<br>Laura Ashley Alexander |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| Yasiel Puig Valdes | NOT | | ✓ | Keri Axel | ✓ | | ✓ |
| | | | | Jose Nuno | ✓ | | ✓ |
| | | | | Riley Smith | ✓ | | ✓ |

**Proceedings: Sealed Motion in Limine [205]**

**Motion in Limine to Preclude Jury Nullification Arguments Filed by Plaintiff USA [206]**

**Motion in Limine to Preclude Improper Argument Regarding the Government's Investigation and Charging Decision filed by Plaintiff USA [207]**

**Motion in Limine to Admit Business Records Pursuant to the Self-Authentication Provisions of Federal Rule of Evidence 902(11) Filed by Plaintiff USA [208]**

**Motion in Limine to Exclude Evidence and Argument of Defendant's Purported Reliance on the Advice of Counsel Filed by Plaintiff USA [209]**

**Motion in Limine to Exclude an Entrapment Defense Filed by Plaintiff USA [210]**

**Motion in Limine to Preclude Reference to MLB Rules and Strike Surplusage Filed by Defendant Yasiel Puig Valdes [213]**

**Sealed Motion in Limine [222]**

**Sealed Motion in Limine [225]**

**Sealed Motion in Limine [230]**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES—GENERAL**

| Case No. | CR 22-00394-DMG | Date | December 2, 2025 |

| Present: The Honorable | DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE | Page | 2 of 2 |

    The cause is called and counsel state their appearances. Defendant is not present pursuant to a Waiver of Presence filed on December 5, 2022 [Doc. #30]. The Court invites counsel to respond to the tentative ruling on the motions *in limine*. Following oral argument, the Court advises counsel that the motions are taken under submission and a written order will issue. As stated on the record, for compelling reasons, portions of the transcript are ordered redacted.

<u>1:12</u>