Keri Curtis Axel (Bar No. 186847)
  kaxel@waymakerlaw.com
Jose R. Nuño (Bar No. 312832)
  jnuno@waymakerlaw.com
Viviana Andazola Marquez (Bar No. 354307)
  vandazolamarquez@waymakerlaw.com
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (424) 652-7800
Facsimile:  (424) 652-7850

Brian Klein (Bar No. 258486)
  bklein@cooley.com
Chip Harrison (Bar No. 313028)
  charrison@cooley.com
COOLEY
355 S. Grand Avenue
Suite 900
Los Angeles, CA 90071-1560
Telephone: (213) 561-3250
Facsimile: (213) 561-3244

*Attorneys for Defendant*
*Yasiel Puig Valdes*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YASIEL PUIG VALDES,<br><br>Defendant. | Case No. CR 22-394-DMG<br><br>**NOTICE OF LODGING DEFENSE PROPOSED VERDICT FORM** |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-394(A)-DMG |
|---|---|
| Plaintiff, | <u>DEFENSE PROPOSED VERDICT FORM</u> |
| v. | [Redlined] |
| YASIEL PUIG VALDES, | |
| Defendant. | |

**COUNT ONE**

**Obstruction of Justice**

1.   We, the Jury, unanimously find defendant YASIEL PUIG VALDES (check one):

\_\_\_\_\_    GUILTY

\_\_\_\_\_    NOT GUILTY

of obstruction of justice as charged in Count One of the Indictment.

You should now proceed to Count Two.

1

**COUNT TWO**

**False Statement**

2.   We, the Jury, unanimously find defendant YASIEL PUIG VALDES (check one):

\_\_\_\_\_    GUILTY

\_\_\_\_\_    NOT GUILTY

of making a false statement as charged in Count Two. To return a guilty verdict, each member of the jury must agree as to which of the three statements was false, willful, and material, if any of the Indictment.

(The foreperson should now sign and date this verdict form.)

DATED _____ in Los Angeles, California.

_____
FOREPERSON OF THE JURY