TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
JUAN M. RODRIGUEZ (Cal. Bar No. 313284)
MICHAEL J. MORSE (Cal. Bar No. 291763)
LAURA A. ALEXANDER (Cal. Bar No. 313212)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0304/7367/1019
     Facsimile: (213) 894-0141
     Email:     juan.rodriguez@usdoj.gov
                michael.morse@usdoj.gov
                laura.alexander@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 22-394(A)-DMG |
| Plaintiff, | GOVERNMENT'S EXHIBIT LIST |
| v. | Trial Date:  January 20, 2026 |
| YASIEL PUIG VALDES, | Trial Time:  8:30 a.m. |
| Defendant. | Location:   Courtroom of the Hon. Dolly M. Gee |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California and Assistant United States Attorneys Juan M. Rodriguez, Michael J. Morse, and Laura A. Alexander, hereby files its Pretrial Exhibit List.

     Exhibits marked as "For Identification Only" are exhibits that the government does not presently intend to introduce as evidence in its case in chief.  However, the government reserves the right to use

1 and/or introduce these "For Identification Only" exhibits as

2 necessary to refresh a witness's recollection, to correct any

3 misimpressions created or rebut issues that may be raised by cross

4 examination of its witnesses, to use the exhibit to impeach defendant

5 if he testifies, and/or to use the exhibit in any rebuttal case that

6 the government may present.

7        The government respectfully reserve the right to modify these

8 lists, including adding or removing certain exhibits, prior to and

9 throughout the trial.

10 Dated: January 19, 2026              Respectfully submitted,

11                                      TODD BLANCHE
                                        Deputy Attorney General
12
                                        BILAL A. ESSAYLI
13                                      First Assistant United States
                                        Attorney
14
                                        ALEXANDER B. SCHWAB
15                                      Assistant United States Attorney
                                        Acting Chief, Criminal Division
16

17                                           _/s/_____
                                        JUAN M. RODRIGUEZ
18                                      MICHAEL J. MORSE
                                        LAURA A. ALEXANDER
19                                      Assistant United States Attorneys

20                                      Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA
21

22

23

24

25

26

27

28

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| Phone Records | | | |
| 1 | AT&T Phone Subscriber Information for (818) 599-1311 (Wayne Nix) | | |
| 2 | AT&T Custodian Declaration for (818) 599-1311 (Wayne Nix) Subscriber information and Toll Records, 6/1/2018 – 7/27/2018 | | |
| 3 | Verizon Phone Subscriber Information for (650) 533-4965 (Donny Kadokawa) | | |
| 4 | Verizon Toll Records for (650) 533-4965 (Donny Kadokawa), 11/9/2018 – 3/17/2021 | | |
| 5 | Verizon Custodian Declaration for (650) 533-4965 (Donny Kadokawa) | | |
| 6 | AT&T Phone Subscriber Information for (786) 865-5656 (Defendant) | | |
| 7 | AT&T Toll Records for (786) 865-5656 (Defendant), from 12/01/2018 to 03/15/2022 | | |
| 8 | AT&T Custodian Declaration for (786) 865-5656 | | |
| 9 | Summary Chart: All Calls Between Wayne Nix and Donny Kadokawa | | |
| 10 | Summary Chart: All Calls Between Wayne Nix and Defendant | | |
| 11 | Summary Chart: All Calls Between Donny Kadokawa and Defendant | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 12 | Summary Chart: All Calls Between Donny Kadokawa and 1-800-429-5153 | | |
| 13 | Summary Chart: All Calls Between Donny Kadokawa and Benny Bonilla | | |
| 14 | Intentionally Blank | | |
| 15 | Summary Chart: All Call Between Defendant and Benny Bonilla | | |
| 16 | Summary Chart: Line Graph Re: Defendant's Calls with Wayne Nix, Benny Bonilla, and Donny Kadokawa | | |
| 17 | Michael Orozco Phone Subscriber Information | | |
| **Text Messages** | | | |
| 50 | Cellebrite Report Re: Benjamin Bonilla's Cell Phone | | |
| 51 | Benjamin Bonilla's Cell Phone Content Summary | | |
| 52 | Benny Bonilla, Donny Kadokawa, and Defendant Text Messages | | |
| 53 | Translations of Bonilla, Puig, Kadokawa messages | | |
| 54 | Excerpts of Translations of Bonilla, Puig, Kadokawa messages | | |
| 55 | IMG_1378 | | |
| 56 | Excerpts of Translations of Bonilla, Puig, Kadokawa messages | | |
| 57 | Excerpts of Translations of Bonilla, Puig, Kadokawa messages | | |

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| 58 | Excerpts of Translations of Bonilla, Puig, Kadokawa messages | | |
| 59 | Excerpts of Translations of Bonilla, Puig, Kadokawa messages | | |
| 60 | Excerpts of Translations of Bonilla, Puig, Kadokawa messages | | |
| 61 | Excerpts of Translations of Bonilla, Puig, Kadokawa messages | | |
| 62 | Excerpts of Translations of Bonilla, Puig, Kadokawa messages | | |
| 63 | IMG_4551 | | |
| 64 | Excerpts of Translations of Bonilla, Puig, Kadokawa messages | | |
| 65 | Excerpts of Translations of Bonilla, Puig, Kadokawa messages | | |
| 66 | Excerpts of Translations of Bonilla, Puig, Kadokawa messages | | |
| 67 | Excerpts of Translations of Bonilla, Puig, Kadokawa messages | | |
| 68 | Excerpts of Translations of Bonilla, Puig, Kadokawa messages | | |
| 69 | March 29, 2019 Audio Message from Defendant | | |
| 70 | Excerpts of Translations of Bonilla, Puig, Kadokawa messages | | |
| 71 | Excerpts of Translations of Bonilla, Puig, Kadokawa messages | | |

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| 72 | Image sent by Yasiel Puig on June 30, 2019 at 10:28:36 p.m. | | |
| 73 | Image sent by Yasiel Puig on June 30, 2019 at 10:37:02 p.m. | | |
| 74 | Image sent by Yasiel Puig on June 30, 2019 at 10:52:14 p.m. | | |
| 75 | Image sent by Yasiel Puig on July 3, 2019 at 3:29:41 p.m. | | |
| 76 | Image sent by Yasiel Puig on July 3, 2019 at 4:03:45 p.m. | | |
| 77 | Image sent by Yasiel Puig on August 15, 2019 at 10:04:46 p.m. and Donnie Kadokawa on August 15, 2019 at 10:25:59 p.m. | | |
| 78 | Image sent by Yasiel Puig on August 20, 2019 at 1:39:08 p.m. | | |
| 79 | Image sent by Yasiel Puig on August 22, 2019 at 7:51:13 p.m. | | |
| 80 | Benny Bonilla and Defendant Text Messages | | |
| 81 | Translations of Benny Bonilla and Defendant Text Messages | | |
| 82 | Excerpts of Benny Bonilla and Defendant Text Messages | | |
| 83 | Excerpts of Benny Bonilla and Defendant Text Messages | | |
| 84 | Excerpts of Translations of Benny Bonilla and Defendant Text Messages | | |

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| 85 | Excerpts of Translations of Benny Bonilla and Defendant Text Messages | | |
| 86 | Excerpts of Translations of Benny Bonilla and Defendant Text Messages | | |
| 87 | Excerpts of Translations of Benny Bonilla and Defendant Text Messages | | |
| 88 | Excerpts of Translations of Benny Bonilla and Defendant Text Messages | | |
| 89 | Excerpts of Translations of Benny Bonilla and Defendant Text Messages | | |
| 90 | Excerpts of Translations of Benny Bonilla and Defendant Text Messages | | |
| 91 | Excerpts of Translations of Benny Bonilla and Defendant Text Messages | | |
| 92 | Excerpts of Benny Bonilla and Defendant Text Messages | | |
| 93 | Excerpts of Benny Bonilla and Defendant Text Messages | | |
| 94 | Excerpts of Benny Bonilla and Defendant Text Messages | | |
| 95 | Excerpts of Benny Bonilla and Defendant Text Messages | | |
| 96 | Excerpts of Benny Bonilla and Defendant Text Messages | | |
| 97 | Benny Bonilla and Defendant WhatsApp Messages | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 98 | Translations of Benny Bonilla and Defendant WhatsApp Messages | | |
| 99 | Excerpts of Translations of Benny Bonilla and Defendant WhatsApp Messages | | |
| 100 | Excerpts of Translations of Benny Bonilla and Defendant WhatsApp Messages | | |
| 101 | Excerpts of Translations of Benny Bonilla and Defendant WhatsApp Messages | | |
| 102 | Excerpts of Translations of Benny Bonilla and Defendant WhatsApp Messages | | |
| 103 | March 10, 2022 Audio Message from Benny Bonilla to Defendant | | |
| 104 | March 10, 2022 Audio Message from Benny Bonilla to Defendant | | |
| 105 | March 10, 2022 Audio Message from Benny Bonilla to Defendant | | |
| 106 | March 14, 2022 Audio Message from Defendant to Benny Bonilla | | |
| 107 | Translator Certifications | | |
| 108 | Cellebrite Report Re: Wayne Nix's Cell Phone | | |
| 109 | Wayne Nix and Donny Kadokawa Text Messages | | |
| 110 | Excerpts of Wayne Nix and Donny Kadokawa Text Messages | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 111 | Image Sent By Donny Kadokawa on June 30, 2019 at 22:52 UTC Fullsizerender.jpeg | | |
| 112 | Image Sent By Donny Kadokawa on July 3, 2019 at 15:56 UTC IMG_1585.jpg | | |
| 113 | Image Sent By Donny Kadokawa on July 3, 2019 at 19:07 UTC IMG_1586.jpg | | |
| 114 | Excerpts of Wayne Nix and Donny Kadokawa Text Messages | | |
| 115 | Excerpts of Wayne Nix and Donny Kadokawa Text Messages | | |
| 116 | IMG_7819 | | |
| 117 | Yasiel Kookoo Puig.vcf | | |
| 118 | IMG_2518 | | |
| 119 | Image-1.jpg | | |
| 120 | Image-1.jpg | | |
| 121 | IMG_8576 | | |
| 122 | IMG_8577 | | |
| 123 | IMG_8578 | | |
| 124 | Excerpts of Wayne Nix and Donny Kadokawa Text Messages | | |
| 125 | Excerpts of Wayne Nix and Donny Kadokawa Text Messages | | |
| 126 | Excerpts of Wayne Nix and Donny Kadokawa Text Messages | | |
| 127 | Wayne Nix and Defendant Text Messages | | |

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| 128 | Image Sent By Defendant on September 7, 2019 at 21:33 UTC | | |
| 129 | Image Sent By Defendant on September 7, 2019 at 21:33 UTC | | |
| 130 | Image Sent By Defendant on September 21, 2019 at 20:53 UTC | | |
| 131 | Image Sent By Defendant on September 21, 2019 at 20:53 UTC | | |
| 132 | Image Sent By Defendant on September 21, 2019 at 14:08 UTC | | |
| 133 | Image Sent By Defendant on September 21, 2019 at 14:24 UTC | | |
| 134 | Image Sent By Defendant on September 21, 2019 at 15:33 UTC | | |
| 135 | Image Sent By Defendant on September 28, 2019 at 19:31 UTC | | |
| 136 | Wayne Nix, Donny Kadokawa, and Defendant Text Messages | | |
| 137 | Excerpts of Wayne Nix, Donny Kadokawa, and Defendant Text Messages | | |
| 138 | Christen Seymour and Donny Kadokawa Text Messages | | |
| 139 | Donny Kadokawa Subject Letter | | |
| 140 | March 29, 2019 Audio Message from Defendant (With Transcript) | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 141 | March 10, 2022 Audio Message from Benny Bonilla to Defendant (With Transcript) | | |
| 142 | March 10, 2022 Audio Message from Benny Bonilla to Defendant (With Transcript) | | |
| 143 | March 10, 2022 Audio Message from Benny Bonilla to Defendant (With Transcript) | | |
| 144 | March 14, 2022 Audio Message from Defendant to Benny Bonilla (With Transcript) | | |
| 145 | Image Sent By Donny Kadokawa on June 30, 2019 at 22:52 UTC Fullsizerender.jpeg | | |
| **Sand Island Sports Records** | | | |
| 150 | SIS Spreadsheet | | |
| 151 | Sports Betting Activity Summary Chart | | |
| 152 | Gambling Debt Growth Summary Chart | | |
| 153 | Transaction History Summary Chart | | |
| 154 | Chart Re: Bets Placed at MLB Ball Parks | | |
| **MLB Records** | | | |
| 160 | MLB Rule 21 (2019) | | |
| 161 | MLB Rule 21 Certification and Attendee List for Dodgers (2017) | | |
| 162 | MLB Rule 21 Certification and Attendee List for Dodgers (2018) | | |

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| 163 | MLB Rule 21 Certification and Attendee List for Reds (2019) | | |
| 164 | MLB Statistics for Defendant | | |
| 165 | MLB Video – June 25, 2019 | | |
| 166 | MLB Video – June 26, 2019 | | |
| 167 | MLB Video – August 28, 2019 | | |
| 168 | MLB Video – September 24, 2019 | | |
| 169 | MLB Video – September 27, 2019 | | |
| 170 | MLB Custodian Declaration | | |
| 171 | MLB Custodian Declaration | | |
| 172 | Defendant's 2019 MLB Contract | | |
| 173 | Beverly Hills Sports Council Custodian Declaration | | |
| 174 | MLB Rule 21 Summary (2017) | | |
| 175 | MLB Rule 21 Summary (2018) | | |
| 176 | MLB Rule 21 Summary (2019) | | |
| 177 | MLB Game Data (2019) | | |
| 178 | MLB Club TriCodes | | |
| 179 | MLB 2017 In-Stadium WiFi Assignments | | |
| 180 | MLB 2017 IP Address Assignments | | |
| 181 | MLB 2021 TCPWave IP Records | | |
| 182 | MLB Custodian Declaration | | |
| 183 | MLB Custodian Declaration | | |
| 184 | MLB Custodian Declaration | | |
| **Bank of America Records** | | | |

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| 200 | Defendant's Bank of America Statements, Account  x7909 (2019) | | |
| 201 | Defendant's Bank of America June 2019 Statement, Account x7909 | | |
| 202 | Defendant's Cashier's Checks to Joseph Schottenstein | | |
| 203 | Defendant's Cashier's Checks to Joseph Schottenstein (Credit Copy) | | |
| 204 | Bank of America Signature Card Form for Account x7909 | | |
| 205 | Bank of America Custodian Declaration | | |
| 206 | Bank of America Custodian Declaration | | |
| 207 | Defendant's Checks to Casinos | | |
| 208 | Defendant's Checks to Casinos | | |
| 209 | Defendant's June 11-12, 2019 Checks to Jack's Casino | | |
| **SunTrust Bank Records** | | | |
| 250 | Defendant's SunTrust Bank May 2019 Statement | | |
| 251 | Defendant's SunTrust Bank August 2019 Statement | | |
| 252 | Defendant's May 14, 2019 Wire to Benny Bonilla | | |
| 253 | Defendant's August 20, 2019 to Nubuyz | | |
| 254 | Defendant's September 6, 2019 Wire to Equipment Connection | | |
| 255 | Defendant's September 16, 2019 Wire to Equipment Connection | | |

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| 256 | Defendant's October 1, 2019 Wire to John L. Stirn | | |
| 257 | Defendant's August 12, 2019 Wire to John L. Stirn | | |
| 258 | Defendant's July 3, 2019 Wire to Studio Palace LLC | | |
| 259 | SunTrust Bank Custodian Declaration | | |
| **Wire and Recorded Calls** | | | |
| 300 | Donny Kadokawa Wire Call 1404 to SIS – June 13, 2019 | | |
| 301 | Donny Kadokawa Wire Call 1404 to SIS – June 13, 2019, with Transcript | | |
| 302 | Donny Kadokawa Wire Call 1405 to SIS – June 13, 2019 | | |
| 303 | Donny Kadokawa Wire Call 1405 to SIS – June 13, 2019, With Transcript | | |
| 304 | Donny Kadokawa Recorded Call to Benny Bonilla, March 10, 2022 | | |
| 305 | Donny Kadokawa Recorded Call to Benny Bonilla, March 10, 2022, Clip 1 | | |
| 306 | Donny Kadokawa Recorded Call to Benny Bonilla, March 10, 2022, Clip 2 | | |
| 307 | Donny Kadokawa Recorded Call to Benny Bonilla, March 10, 2022, Clip 3 | | |
| 308 | Donny Kadokawa Recorded Call to Benny Bonilla, March 10, 2022, Clip 4 | | |
| 309 | Donny Kadokawa Recorded Call to Benny Bonilla, March 10, 2022 | | |
| 310 | Donny Kadokawa Recorded Call to Benny Bonilla, March 10, 2022, Clip 1 | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 311 | Donny Kadokawa Recorded Call to Benny Bonilla, March 10, 2022, Clip 2 | | |
| 312 | Donny Kadokawa Recorded Call to Benny Bonilla, March 10, 2022, Clip 3 | | |
| 313 | Donny Kadokawa Recorded Call to Benny Bonilla, March 10, 2022, Clip 4 | | |
| 314 | Donny Kadokawa Recorded Call to Benny Bonilla, March 15, 2022 | | |
| 315 | Donny Kadokawa Recorded Call to Benny Bonilla, March 15, 2022, Clip 1 | | |
| 316 | Donny Kadokawa Recorded Call to Benny Bonilla, March 15, 2022, Clip 2 | | |
| 317 | Donny Kadokawa Recorded Call to Benny Bonilla, March 18, 2022 | | |
| 318 | Donny Kadokawa Recorded Call to Benny Bonilla, March 18, 2022, Clip 1 | | |
| 319 | Donny Kadokawa Recorded Call to Benny Bonilla, March 18, 2022, Clip 2 | | |
| 320 | Donny Kadokawa Recorded Call to Benny Bonilla, March 18, 2022, Clip 3 | | |
| 321 | Donny Kadokawa Recorded Call to Benny Bonilla, March 31, 2022 | | |
| 322 | Donny Kadokawa Recorded Call to Benny Bonilla, March 31, 2022, Clip 1 | | |
| 323 | Donny Kadokawa Recorded Call to Benny Bonilla, March 31, 2022, Clip 2 | | |
| 324 | Donny Kadokawa Recorded Call to Benny Bonilla, March 31, 2022, Clip 3 | | |
| **USCIS Records** | | | |

13

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| 400 | Defendant's A-File – Part I | | |
| 401 | Defendant's A-File – Part II | | |
| 402 | Defendant's A-File Certifications | | |
| 403 | Attestation of Interview | | |
| 404 | Attestation of Naturalization | | |
| 405 | Eligibility Questions | | |
| 406 | N-400 | | |
| 407 | Naturalization Test | | |
| 408 | Oath | | |
| **Videos/Photographs** | | | |
| 450 | Photograph of Defendant and Donny Kadokawa | | |
| 451 | Photograph of Defendant and Donny Kadokawa | | |
| 452 | Intentionally Blank | | |
| 453 | Intentionally Blank | | |
| 454 | Intentionally Blank | | |
| 455 | Intentionally Blank | | |
| 456 | Intentionally Blank | | |
| 457 | Intentionally Blank | | |
| 458 | Intentionally Blank | | |
| 459 | Photo of Wayne Nix, Edon Kagasoff, and Michael Orozco | | |
| 460 | Photo of Wayne Nix and Michael Orozco | | |
| 461 | Photo of Defendant | | |
| 462 | Photo of Donny Kadokawa | | |
| 463 | Photo of Michael Orozco | | |
| 464 | Photo of Wayne Nix | | |
| 465 | Photo of Benny Bonilla | | |

14

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 466 | Photo of Defendant and Donny Kadokawa | | |
| 467 | Photo of Defendant and Benny Bonilla | | |
| Reports | | | |
| 501 | HSI Report from Defendant's January 2022 Interview | | |
| 502 | HSI Notes from Defendant's January 2022 Interview | | |
| 503 | HSI Exhibits from Defendant's January 2022 Interview | | |
| 504 | 18 U.S.C. § 1001 | | |
| 505 | Report re: Early Investigative Activity | | |
| 506 | Dr. Ponton's Report | | |
| 507 | Dr. Ponton's Supplemental Report | | |
| 508 | Dr. Suarez's Disclosure | | |
| 509 | Dr. Suarez's Expert Materials Disclosure | | |
| 510 | Declaration of Paola Suarez | | |
| 511 | HSI Exhibits from Defendant's January 2022 Interview - Excerpts | | |