# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | LA CR 22-00394(A)-DMG |
| Date | January 21, 2026 |
| Present: The Honorable | Dolly M. Gee, Chief United States District Judge |
| Interpreter | Anabella Tidona and Jesus Rivera, Spanish interpreters |

| Derek Davis | CourtSmart | Laura Ashley Alexander<br>Juan Rodriguez<br>Michael J. Morse |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant: | Present | Cust. | Bond | Attorneys for Defendant: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Yasiel Puig Valdes | ✓ | | ✓ | Keri Axel | | | ✓ |
| | | | | Jose Nuno | | | ✓ |
| | | | | Viviana Andazola Marquez | | | ✓ |
| | | | | Charles Harrison | | | |
| | | | | Brian Klein | | | ✓ |

\_\_\_\_ Day <u>COURT TRIAL</u>    2nd Day <u>JURY TRIAL</u>    \_\_\_\_ Death Penalty Phase

\_\_\_\_ One day trial;   \_\_\_\_ Begun (1st day);   ✓ Held & continued;   \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.

\_\_\_\_ Opening statements made

✓ Witnesses called, sworn and testified.

✓ Exhibits identified     ✓ Exhibits admitted

✓ Case continued to   January 22, 2026 at 9:00 a.m.   for further trial/further jury deliberation.

\_\_\_\_ Other:

    2    /    59
Initials of Deputy Clerk   DD