```
```

Keri Curtis Axel (Bar No. 186847)
  kaxel@waymakerlaw.com
Jose R. Nuño (Bar No. 312832)
  jnuno@waymakerlaw.com
Viviana Andazola Marquez (Bar No. 354307)
  vandazolamarquez@waymakerlaw.com
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (424) 652-7800
Facsimile: (424) 652-7850

Brian Klein (Bar No. 258486)
  bklein@cooley.com
Chip Harrison (Bar No. 313028)
  charrison@cooley.com
COOLEY
355 S. Grand Avenue
Suite 900
Los Angeles, CA 90071-1560
Telephone: (213) 561-3250
Facsimile: (213) 561-3244

*Attorneys for Defendant*
*Yasiel Puig Valdes*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YASIEL PUIG VALDES,<br><br>Defendant. | Case No. CR 22-394-DMG<br><br>**DECLARATION OF ERIC L. MORRIS IN SUPPORT OF YASIEL PUIG'S MOTION FOR SUBSTITUTED SERVICE ON DANIEL M. HORWITS AND BEVERLY HILLS SPORTS COUNCIL** |

DECLARATION OF ERIC L. MORRIS

# DECLARATION OF ERIC L. MORRIS

I, Eric L. Morris, declare as follows:

1. I am a paralegal at Waymaker LLP ("Waymaker"), counsel to Defendant Yasiel Puig Valdes ("Puig") in this action. I make this Declaration in support Yasiel Puig's Motion for Substituted Service on Daniel M. Horwits ("Horwits") and Beverly Hills Sports Council ("BHSC"). I have personal knowledge of the facts set forth herein unless and if called as a witness I could and would testify competently thereto.

2. Based upon public records, it appears that BHSC moved from 1666 20th Street, Suite 200, Santa Monica, CA 90404, the address listed on its last filed Statement of Information, and that space is now unoccupied; therefore we attempted service at the address on BHSC's website, 2450 Colorado Avenue, #100E, Santa Monica, CA 90404. This was unsuccessful.

3. The defense also attempted to serve Horwits at his home in Texas. That also was unsuccessful.

4. All of the attempts to serve trial subpoenas on Horwits, BHSC, Margaret Lee, and Alinna Elysia were executed by Waymaker's vendor First Legal. Steve Kelly at First Legal emailed me on January 26, 2026 to confirm all of their attempts of service of the trial subpoenas, a copy of which email is attached as **Exhibit A**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 26th day of January 2026 at Los Angeles, California.

_____
Eric L. Morris

# EXHIBIT A

| | |
|---|---|
| **From:** | Steve Kelly |
| **To:** | Eric Morris; LA Process |
| **Cc:** | Keri Axel; Viviana Andazola Marquez |
| **Subject:** | RE: USA v. Puig, Additional Trial Subpoena in Texas 17627936 |
| **Date:** | Monday, January 26, 2026 3:04:31 PM |

Afternoon, Eric,

As of today, the below list of attempts is correct.

Thank you



 

**Steve Kelly** | First Legal Coordinator
skelly@firstlegal.com | Cell: 213.249.7876

**First Legal**
Office: 213.213.7056
www.FirstLegal.com

### File Thru Trial™

**Court & Process** | **Depositions** | **eDiscovery** | **Records** | **Digital** | **Investigations**

Private Investigator Licenses: CA PI: 24171 AZ PI: 1551710 NV PI-PS: 1452

This email (including any attachments) contains confidential information intended solely for the use of named addressee, and is protected by law. If you are not the intended recipient, you should delete it immediately and are hereby notified that disclosure, copying, distribution, or reuse of this message or any information contained therein by any other person is strictly prohibited

---

**From:** Eric Morris <emorris@waymakerlaw.com>
**Sent:** Monday, January 26, 2026 2:30 PM
**To:** Steve Kelly <skelly@firstlegal.com>; LA Process <losangelesprocess@firstlegal.com>
**Cc:** Keri Axel <kaxel@waymakerlaw.com>; Viviana Andazola Marquez <vandazolamarquez@waymakerlaw.com>
**Subject:** RE: USA v. Puig, Additional Trial Subpoena in Texas 17627936

Hi Steve and Dalila,

We are filing a motion for substituted service of this trial subpoena for Beverly Hills Sports Council ("BHSC") and I need to include specifics of the number of attempts at service for each location.

Based on emails I've received from you, I believe that below is a complete list of service attempts on this entity and its representatives. Please confirm/amend the summary below:

1. Custodian of Records
   Beverly Hills Sports Council
   2450 Colorado Avenue, #100e
   Santa Monica, CA 90404

   1 attempt on January 16, 2026. It's a shared/virtual office space. Receptionist is not affiliated with BHSC and not authorized to accept service. She reported BHSC is a virtual client and never come into that office.

2. Margaret Lee, Custodian of Records.

   1 attempt of service on January 21, 2026 at 531 Main Street, #309, El Segundo, CA 90245 on January 21, 2026. Address is a P.O. Box, unable to serve.

   750 Sheldon Street, El Segundo, CA 90245:       4 attempts (January 22, 23, 24, 25). Knocked on door. No answer and no cars in driveway.

3. Alinna Elysia, Custodian of Records:

   2 attempts of service on January 21 and January 22, 2026 at 13754 Mango Drive, #118, Del Mar, CA 92014. Gated apartment complex with no call box. Unable to gain access.

4. Daniel Horwits, 613 Saint James Place, Coppell, Texas, 75019:       1 attempt on January 21, no answer.

   1 attempt on January 23. Son answered and said his father was not home.

Thanks,
Eric

### Eric Morris
Senior Paralegal

### Waymaker LLP
Direct: (424) 335-2401  |  Reception: (424) 652-7800
515 S. Flower Street, Suite 3500  |  Los Angeles, CA 90071

---

**From:** Steve Kelly <skelly@firstlegal.com>
**Sent:** Monday, January 26, 2026 9:34 AM
**To:** Eric Morris <emorris@waymakerlaw.com>; LA Process <losangelesprocess@firstlegal.com>
**Cc:** Viviana Andazola Marquez <vandazolamarquez@waymakerlaw.com>
**Subject:** RE: USA v. Puig, Additional Trial Subpoena in Texas 17627936

Hello,

I will e-mail them and see what they can do

### Thank you

### Dalila Soto
### Respectfully assisting Steve Kelly



**Steve Kelly**  |  First Legal Coordinator
skelly@firstlegal.com  |  Cell: 213.249.7876

**First Legal**
Office: 213.213.7056
www.FirstLegal.com

### File Thru Trial™

**Court & Process**  |  **Depositions**  |  **eDiscovery**  |  **Records**  |  **Digital**  |  **Investigations**

Private Investigator Licenses: CA PI: 24171 AZ PI: 1551710 NV PI-PS: 1452