Keri Curtis Axel (Bar No. 186847)
  kaxel@waymakerlaw.com
Jose R. Nuño (Bar No. 312832)
  jnuno@waymakerlaw.com
Viviana Andazola Marquez (Bar No. 354307)
  vandazolamarquez@waymakerlaw.com
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (424) 652-7800
Facsimile:  (424) 652-7850

Brian Klein (Bar No. 258486)
  bklein@cooley.com
Chip Harrison (Bar No. 313028)
  charrison@cooley.com
COOLEY
355 S. Grand Avenue
Suite 900
Los Angeles, CA 90071-1560
Telephone: (213) 561-3250
Facsimile: (213) 561-3244

*Attorneys for Defendant*
*Yasiel Puig Valdes*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> YASIEL PUIG VALDES, <br><br> Defendant. | Case No. CR 22-394-DMG <br><br> **DECLARATION OF JOSE R. NUÑO IN FURTHER SUPPORT OF YASIEL PUIG'S MOTION FOR SUBSTITUTE SERVICE ON DANIEL M. HORWITS AND BEVERLY HILLS SPORTS COUNCIL** |

# DECLARATION OF JOSE R. NUÑO

I, Jose R. Nuño, declare as follows:

1. I am a partner at Waymaker LLP ("Waymaker"), counsel to Defendant Yasiel Puig Valdes ("Puig") in this action. I make this Declaration in further support of Puig's Motion for Substitute Service on Daniel M. Horwits ("Horwits") and Beverly Hills Sports Council ("Motion" (Dkt. 331)). I have personal knowledge of the facts set forth herein unless and if called as a witness I could and would testify competently thereto.

2. After numerous diligent attempts at personal service of a trial subpoena on Horwits and Beverly Hills Sports Council, the defense has been unable to do so. Accordingly, and pursuant to this Court's order for a declaration showing that electronic service is reasonably likely to ensure actual receipt by Horwits, the defense submits the below:

3. The defense proposes to serve the trial subpoena on Horwits (both on his own behalf and as a representative of BHSC) to the email addresses at dhorwits@bhcsglobal.com and dannyh@bhscouncil.com; and via text at (818) 519-4955:

   a. The email at dhorwits@bhcsglobal.com was used by Mr. Horwits when Mr. Puig was a client of BHCS and as recently as October 2022 as reflected in documents subpoenaed and produced by the government.

   b. BHCS maintains an active social media presence including on LinkedIn. As recently as three months ago, BHCS posted a job listing on its LinkedIn profile directing interested applicants to send their materials to an email address of josh@bhscouncil.com. (*See* Exhibit A.) Accordingly, to the extent that BHCS changed its domain name from bhcsglobal.com to bhscouncil.com, the defense also proposes emailing the subpoenas to Mr. Horwits

using a similar domain name. Notably, according to a Westlaw Public Records search, Mr. Horwits' email address came back as dannyh@bhscouncil.com.

c. Mr. Horwits and Mr. Puig exchanged numerous text messages during and after the period that Mr. Puig was a client of BHCS. Horwits/BHCS used the phone number of (818) 519-4955 for these communications. The last communication that Mr. Puig had with this number was in the summer of 2022. The government also subpoenaed business records for this telephone number.

d. Ms. Lisette Carnet, Puig's current agent, has worked with Mr. Horwits and is herself a sports agent now with her own business. She has informed counsel that sports agents do not change their personal telephone numbers because it is critically important that they maintain contacts with current and former players, general managers, owners of professional sports clubs, members of the media, etc.

4. The defense respectfully submits that the above methods are reasonably likely to ensure actual receipt of the subpoena by Horwits.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of January 2026 at Los Angeles, California.

_____
Jose R. Nuño