UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | LA CR 22-00394(A)-DMG | Date | January 30, 2026 |
| Present: The Honorable | Dolly M. Gee, Chief United States District Judge | | |
| Interpreter | Jesus Rivera and Dolores Aguirre, Spanish interpreters | | |

| Derek Davis | CourtSmart | Laura Ashley Alexander<br>Juan Rodriguez<br>Michael J. Morse |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant: | Present | Cust. | Bond | Attorneys for Defendant: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Yasiel Puig Valdes | ✓ | | ✓ | Keri Axel | | | ✓ |
| | | | | Jose Nuno | | | ✓ |
| | | | | Viviana Andazola Marquez | | | ✓ |
| | | | | Charles Harrison | | | |
| | | | | Brian Klein | | | ✓ |

___ Day COURT TRIAL    9th Day JURY TRIAL    ___ Death Penalty Phase

___ One day trial;   ___ Begun (1ˢᵗ day);   ✓ Held & continued;   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made _____

✓ Witnesses called, sworn and testified.

✓ Exhibits identified    ✓ Exhibits admitted

✓ Government rests    ___ Defense rests

✓ Case continued to    February 3, 2026 at 8:30 a.m.    for further trial/further jury deliberation.

✓ Other: The Court makes oral ruling granting Defendant's Motion for Substitute Service on Danny Horwits and Beverly Hills Sports Council. A written order will follow. The Court issues oral ruling granting in part and denying in part Government's Motion to Exclude Testimony of Suarez and Abella. After Government rests, Defense makes an oral Motion for Judgment of Acquittal pursuant to Federal Rule of Criminal Procedure 29(a). The Court and counsel confer on the motion. The Court defers ruling on the Rule 29(a) motion.

                                                                7          02
                                        Initials of Deputy Clerk   DD