UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YASIEL PUIG VALDES,<br><br>Defendant. | Case No. CR 22-394-DMG<br><br>**ORDER RE DEFENDANT'S MOTION FOR SUBSTITUTE SERVICE ON DANNY HORWITS AND BEVERLY HILLS SPORTS COUNCIL [331] AND GOVERNMENT'S TRIAL BRIEF SEEKING ADMISSION OF AGENT'S HANDWRITTEN INTERVIEW NOTES [354]** |

ORDER

       The Court previously ruled that it would allow Defendant Yasiel Puig to effect service of trial subpoenas on Danny Horwits as an agent of Beverly Hills Sports Council, Inc. ("BHSC") and personally by substitute means if counsel provided a sworn declaration indicating that service via the proposed email address was reasonably likely to ensure actual receipt by Horwits. [Doc. # #349.] Counsel has filed a declaration [Doc. # 355] that provides good cause to allow substitute service on Danny Horwits as set forth in the Court's prior order on the following email addresses: dhorwits@bhcsglobal.com and dannyh@bhscouncil.com. In addition, the declaration provided good cause for service of the subpoenas on the phone number (818) 519-4955. *See, e.g.*, *Doe v. Princeton Univ.*, 349 F.R.D. 92, 101 (D.N.J. 2025) (authorizing alternative service by text message).

       Separately, the Government moved for admission of Special Agent Jason Canty's handwritten interview notes pursuant to Federal Rule of Evidence 801(d)(1)(B). The Court admits the notes on the basis that they constitute Canty's prior consistent statement, admissible to rebut the inference raised by the defense that Canty colluded with other agents and the U.S. attorneys to embellish the report and his testimony. *See, e.g.*, *United States v. Purcell*, 967 F.3d 159, 196 (2d Cir. 2020); *United States v. Ambartsumyan*, 58 F. App'x 263, 265 (9th Cir. 2003).

       IT IS SO ORDERED.

DATED: January 30, 2026

                                                                               DOLLY M. GEE
                                                                      Chief United States District Judge