Case 2:22-cr-00394-DMG   Document 377   Filed 02/03/26   Page 1 of 2   Page ID #:5918

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 22-394-DMG |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY CONTEMPT SANCTIONS SHOULD NOT ISSUE AS TO DANIEL HORWITS** |
| v. | |
| YASIEL PUIG VALDES, | |
| Defendant. | |

ORDER

1   For good cause shown on the oral motion of Defendant Yasiel Puig Valdes and Puig's proof of service of trial subpoenas on Daniel Horwits [Doc. # 374], as well as the Court's Order re Defendant's Motion for Substitute Service [Doc. # 361], the Court hereby **ORDERS** Daniel Horwits to **SHOW CAUSE** why he should not be held in contempt of court for failure to comply with the trial subpoenas directing his appearance in this action personally and as an agent of Beverly Hills Sports Council, Inc.

   Therefore, not later than **February 4, 2026** at 8:30 a.m., Horwits shall show cause why he should not be held in contempt of court for his failure to comply with the trial subpoenas in this action. Alternatively, this order to show cause will be discharged if at this date and time, he appears in Courtroom 8C of the First Street Courthouse in the Central District of California at that same date and time to testify pursuant to the trial subpoenas in this action. Copies of this Order shall be served on Horwits at the information in the proof of service at Doc. # 361 and on his counsel.

   IT IS SO ORDERED.

DATED: February 3, 2026

_____
DOLLY M. GEE
Chief United States District Judge