## LIST OF EXHIBITS AND WITNESSES

| Case Number | LA CR 22-00394(A)-DMG | Title | United States of America v. Yasiel Puig Valdes |
|---|---|---|---|
| Judge | DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE | | |
| Dates of Trial or Hearing | January 20, 2026 - February 6, 2026 | | |
| Court Reporters or Tape No. | CourtSmart | | |
| Deputy Clerks | Derek Davis | | |

**FILED**
CLERK, U.S. DISTRICT COURT
Feb 6, 2026
CENTRAL DISTRICT OF CALIFORNIA
BY: DD DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Juan Rodriguez, AUSA | Keri Axel, retd |
| Michael J. Morse, AUSA | Jose Nuno, retd |
| Laura Ashley Alexander, AUSA | Viviana Andazola Marquez, retd |
| | Charles Harrison, retd |
| | Brian Klein, retd |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| | | | | | | SEE ATTACHED EXHIBIT AND WITNESS LISTS | |
| | | | | | | | |

**UNITED STATES v. YASIEL PUIG VALDES**
**CR 22-394(A)-DMG**

**GOVERNMENT'S WITNESS LIST**

| No. | Witness | Date(s) of Testimony |
|---|---|---|
| 1. | Jason Canty | 1/29/2026, 1/30/2026 |
| 2. | Christopher Seymour | 1/27/2026, 1/28/2026, 1/29/2026 |
| 3. | Jose Lopez | 1/27/2026 |
| 4. | Donny Kadokawa | 1/20/2026, 1/21/2026, 1/22/2026, 1/23/2026 |
| 5. | Benny Bonilla | 1/26/2026, 1/27/2026 |
| 6. | Dan Soto | 1/23/2026 |
| 7. | Esther Hermida | 1/30/2026 |
| 8. | Julio Morillo | 1/26/2026 |
| 9. | Jesus Quiñonez | 1/26/2026 |
| 10. | Marquest Meeks | 1/23/2026, 1/26/2026 |
| 11. | Cesar Murillas | 1/27/2026 |
| 12. | David Parker | |
| 13. | Nshan Tashchyan | |
| 14. | Jennifer Chatman | 1/23/2026 |
| | Rebuttal Witnesses | |
| 15. | Dr. Marcel Pontón | 2/3/2026 |

16. Scott Lesowitz — 2/3/2026
17. SA Tania Zayas Hernandez — 1/27/2026
18. SA Giovanni Donies — 1/27/2026

**Defense Witnesses**

1. Esther Hermida — 1/30/2026
2. Paola Saurez — 1/30/2026
3. Steven Gevelin — 2/3/2026
4. Rolando Palma — 2/3/2026

1

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| Phone Records | | | |
| 1 | AT&T Phone Subscriber Information for (818) 599-1311 (Wayne Nix) | 1/28/2026 | 1/28/2026 |
| 2 | AT&T Custodian Declaration for (818) 599-1311 (Wayne Nix) Subscriber information and Toll Records, 6/1/2018 – 7/27/2018 | | |
| 3 | Verizon Phone Subscriber Information for (650) 533-4965 (Donny Kadokawa) | | |
| 4 | Verizon Toll Records for (650) 533-4965 (Donny Kadokawa), 11/9/2018 – 3/17/2021 | | |
| 5 | Verizon Custodian Declaration for (650) 533-4965 (Donny Kadokawa) | | |
| 6 | AT&T Phone Subscriber Information for (786) 865-5656 (Defendant) | 1/28/2026 | 1/28/2026 |
| 7 | AT&T Toll Records for (786) 865-5656 (Defendant), from 12/01/2018 to 03/15/2022 | 1/28/2026 | 1/28/2026 |
| 8 | AT&T Custodian Declaration for (786) 865-5656 | | |
| 9 | Summary Chart: All Calls Between Wayne Nix and Donny Kadokawa | | |
| 10 | Summary Chart: All Calls Between Wayne Nix and Defendant | 1/28/2026 | 1/28/2026 |
| 11 | Summary Chart: All Calls Between Donny Kadokawa and Defendant | 1/29/2026 | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 12 | Summary Chart: All Calls Between Donny Kadokawa and 1-800-429-5153 | | |
| 13 | Summary Chart: All Calls Between Donny Kadokawa and Benny Bonilla | | |
| 14 | Intentionally Blank | | |
| 15 | Summary Chart: All Call Between Defendant and Benny Bonilla | | |
| 16 | Summary Chart: Line Graph Re: Defendant's Calls with Wayne Nix, Benny Bonilla, and Donny Kadokawa | | |
| 17 | Michael Orozco Phone Subscriber Information | | |
| **Text Messages** | | | |
| 50 | Cellebrite Report Re: Benjamin Bonilla's Cell Phone | | |
| 51 | Benjamin Bonilla's Cell Phone Content Summary | | |
| 52 | Benny Bonilla, Donny Kadokawa, and Defendant Text Messages | | |
| 53 | Translations of Bonilla, Puig, Kadokawa messages | 1/27/2026 | |
| 54 | Excerpts of Translations of Bonilla, Puig, Kadokawa messages | 1/21/2026 | 1/21/2026 |
| 55 | IMG_1378 | 1/21/2026 | 1/21/2026 |
| 56 | Excerpts of Translations of Bonilla, Puig, Kadokawa messages | 1/21/2026 | 1/21/2026 |
| 57 | Excerpts of Translations of Bonilla, Puig, Kadokawa messages | 1/21/2026 | 1/21/2026 |

2

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 58 | Excerpts of Translations of Bonilla, Puig, Kadokawa messages | 1/21/2026 | 1/21/2026 |
| 59 | Excerpts of Translations of Bonilla, Puig, Kadokawa messages | 1/21/2026 | 1/21/2026 |
| 60 | Excerpts of Translations of Bonilla, Puig, Kadokawa messages | 1/21/2026 | 1/21/2026 |
| 61 | Excerpts of Translations of Bonilla, Puig, Kadokawa messages | 1/21/2026 | 1/21/2026 |
| 62 | Excerpts of Translations of Bonilla, Puig, Kadokawa messages | 1/21/2026 | 1/21/2026 |
| 63 | IMG_4551 | 1/21/2026 | 1/21/2026 |
| 64 | Excerpts of Translations of Bonilla, Puig, Kadokawa messages | 1/21/2026 | 1/21/2026 |
| 65 | Excerpts of Translations of Bonilla, Puig, Kadokawa messages | 1/21/2026 | 1/21/2026 |
| 66 | Excerpts of Translations of Bonilla, Puig, Kadokawa messages | 1/21/2026 | 1/21/2026 |
| 67 | Excerpts of Translations of Bonilla, Puig, Kadokawa messages | 1/21/2026 | 1/21/2026 |
| 68 | Excerpts of Translations of Bonilla, Puig, Kadokawa messages | 1/21/2026 | 1/21/2026 |
| 69 | March 29, 2019 Audio Message from Defendant | 1/21/2026 | 1/21/2026 |
| 70 | Excerpts of Translations of Bonilla, Puig, Kadokawa messages | 1/21/2026 | 1/21/2026 |
| 71 | Excerpts of Translations of Bonilla, Puig, Kadokawa messages | 1/21/2026 | 1/21/2026 |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 72 | Image sent by Yasiel Puig on June 30, 2019 at 10:28:36 p.m. | 1/21/2026 | 1/21/2026 |
| 73 | Image sent by Yasiel Puig on June 30, 2019 at 10:37:02 p.m. | 1/21/2026 | 1/21/2026 |
| 74 | Image sent by Yasiel Puig on June 30, 2019 at 10:52:14 p.m. | 1/21/2026 | 1/21/2026 |
| 75 | Image sent by Yasiel Puig on July 3, 2019 at 3:29:41 p.m. | 1/21/2026 | 1/21/2026 |
| 76 | Image sent by Yasiel Puig on July 3, 2019 at 4:03:45 p.m. | 1/21/2026 | 1/21/2026 |
| 77 | Image sent by Yasiel Puig on August 15, 2019 at 10:04:46 p.m. and Donnie Kadokawa on August 15, 2019 at 10:25:59 p.m. | 1/21/2026 | 1/21/2026 |
| 78 | Image sent by Yasiel Puig on August 20, 2019 at 1:39:08 p.m. | 1/21/2026 | 1/21/2026 |
| 79 | Image sent by Yasiel Puig on August 22, 2019 at 7:51:13 p.m. | 1/21/2026 | 1/21/2026 |
| 80 | Benny Bonilla and Defendant Text Messages | | |
| 81 | Translations of Benny Bonilla and Defendant Text Messages | 1/27/2026 | 1/27/2026 pgs 213-218 |
| 82 | Excerpts of Benny Bonilla and Defendant Text Messages | 1/26/2026 | 1/26/2026 |
| 83 | Excerpts of Benny Bonilla and Defendant Text Messages | 1/26/2026 | 1/26/2026 |
| 84 | Excerpts of Translations of Benny Bonilla and Defendant Text Messages | 1/26/2026 | 1/26/2026 |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 85 | Excerpts of Translations of Benny Bonilla and Defendant Text Messages | 1/26/2026 | 1/26/2026 |
| 86 | Excerpts of Translations of Benny Bonilla and Defendant Text Messages | 1/26/2026 | 1/26/2026 |
| 87 | Excerpts of Translations of Benny Bonilla and Defendant Text Messages | 1/26/2026 | 1/26/2026 |
| 88 | Excerpts of Translations of Benny Bonilla and Defendant Text Messages | 1/26/2026 | 1/26/2026 |
| 89 | Excerpts of Translations of Benny Bonilla and Defendant Text Messages | 1/26/2026 | 1/26/2026 |
| 90 | Excerpts of Translations of Benny Bonilla and Defendant Text Messages | 1/26/2026 | 1/26/2026 |
| 91 | Excerpts of Translations of Benny Bonilla and Defendant Text Messages | 1/26/2026 | 1/26/2026 |
| 92 | Excerpts of Benny Bonilla and Defendant Text Messages | 1/26/2026 | 1/26/2026 |
| 93 | Excerpts of Benny Bonilla and Defendant Text Messages | 1/26/2026 | 1/26/2026 |
| 94 | Excerpts of Benny Bonilla and Defendant Text Messages | 1/26/2026 | 1/26/2026 |
| 95 | Excerpts of Benny Bonilla and Defendant Text Messages | 1/26/2026 | 1/26/2026 |
| 96 | Excerpts of Benny Bonilla and Defendant Text Messages | 1/26/2026 | 1/26/2026 |
| 97 | Benny Bonilla and Defendant WhatsApp Messages | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 98 | Translations of Benny Bonilla and Defendant WhatsApp Messages | | |
| 99 | Excerpts of Translations of Benny Bonilla and Defendant WhatsApp Messages | | |
| 100 | Excerpts of Translations of Benny Bonilla and Defendant WhatsApp Messages | 1/26/2026 | 1/26/2026 |
| 101 | Excerpts of Translations of Benny Bonilla and Defendant WhatsApp Messages | 1/26/2026 | 1/26/2026 |
| 102 | Excerpts of Translations of Benny Bonilla and Defendant WhatsApp Messages | 1/26/2026 | 1/26/2026 |
| 103 | March 10, 2022 Audio Message from Benny Bonilla to Defendant | 1/26/2026 | 1/26/2026 |
| 104 | March 10, 2022 Audio Message from Benny Bonilla to Defendant | 1/26/2026 | 1/26/2026 |
| 105 | March 10, 2022 Audio Message from Benny Bonilla to Defendant | 1/26/2026 | 1/26/2026 |
| 106 | March 14, 2022 Audio Message from Defendant to Benny Bonilla | 1/26/2026 | 1/26/2026 |
| 107 | Translator Certifications | | |
| 108 | Cellebrite Report Re: Wayne Nix's Cell Phone | 1/29/2026 108A 1/29/2026 | |
| 109 | Wayne Nix and Donny Kadokawa Text Messages | 1/22/2026 | 1/22/2026 (pgs 25, 32-34,51 only) |
| 110 | Excerpts of Wayne Nix and Donny Kadokawa Text Messages | 1/21/2026 | 1/21/2026 |

6

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 111 | Image Sent By Donny Kadokawa on June 30, 2019 at 22:52 UTC Fullsizerender.jpeg | 1/21/2026 | 1/21/2026 |
| 112 | Image Sent By Donny Kadokawa on July 3, 2019 at 15:56 UTC IMG_1585.jpg | 1/21/2026 | 1/21/2026 |
| 113 | Image Sent By Donny Kadokawa on July 3, 2019 at 19:07 UTC IMG_1586.jpg | 1/21/2026 | 1/21/2026 |
| 114 | Excerpts of Wayne Nix and Donny Kadokawa Text Messages | 1/21/2026 | 1/21/2026 |
| 115 | Excerpts of Wayne Nix and Donny Kadokawa Text Messages | 1/21/2026 | 1/21/2026 |
| 116 | IMG_7819 | 1/21/2026 | 1/21/2026 |
| 117 | Yasiel Kookoo Puig.vcf | 1/21/2026 | 1/21/2026 |
| 118 | IMG_2518 | 1/21/2026 | 1/21/2026 |
| 119 | Image-1.jpg | 1/21/2026 | 1/21/2026 |
| 120 | Image-1.jpg | 1/21/2026 | 1/21/2026 |
| 121 | IMG_8576 | 1/21/2026 | 1/21/2026 |
| 122 | IMG_8577 | 1/21/2026 | 1/21/2026 |
| 123 | IMG_8578 | 1/21/2026 | 1/21/2026 |
| 124 | Excerpts of Wayne Nix and Donny Kadokawa Text Messages | 1/21/2026 | 1/21/2026 |
| 125 | Excerpts of Wayne Nix and Donny Kadokawa Text Messages | 1/21/2026 | 1/21/2026 |
| 126 | Excerpts of Wayne Nix and Donny Kadokawa Text Messages | 1/21/2026 | 1/21/2026 |
| 127 | Wayne Nix and Defendant Text Messages | 1/28/2026 | 1/28/2026 |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 128 | Image Sent By Defendant on September 7, 2019 at 21:33 UTC | 1/23/2026 | 1/23/2026 |
| 129 | Image Sent By Defendant on September 7, 2019 at 21:33 UTC | 1/23/2026 | 1/23/2026 |
| 130 | Image Sent By Defendant on September 21, 2019 at 20:53 UTC | 1/28/2026 | 1/28/2026 |
| 131 | Image Sent By Defendant on September 21, 2019 at 20:53 UTC | 1/23/2026 | 1/23/2026 |
| 132 | Image Sent By Defendant on September 21, 2019 at 14:08 UTC | 1/28/2026 | 1/28/2026 |
| 133 | Image Sent By Defendant on September 21, 2019 at 14:24 UTC | | |
| 134 | Image Sent By Defendant on September 21, 2019 at 15:33 UTC | 1/28/2026 | 1/28/2026 |
| 135 | Image Sent By Defendant on September 28, 2019 at 19:31 UTC | | |
| 136 | Wayne Nix, Donny Kadokawa, and Defendant Text Messages | | |
| 137 | Excerpts of Wayne Nix, Donny Kadokawa, and Defendant Text Messages | 1/22/2026 | 1/22/2026 |
| 138 | Christen Seymour and Donny Kadokawa Text Messages | 1/22/2026 | 1/22/2026 |
| 139 | Donny Kadokawa Subject Letter | 1/22/2026 | 1/22/2026 |
| 140 | March 29, 2019 Audio Message from Defendant (With Transcript) | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 141 | March 10, 2022 Audio Message from Benny Bonilla to Defendant (With Transcript) | | |
| 142 | March 10, 2022 Audio Message from Benny Bonilla to Defendant (With Transcript) | | |
| 143 | March 10, 2022 Audio Message from Benny Bonilla to Defendant (With Transcript) | | |
| 144 | March 14, 2022 Audio Message from Defendant to Benny Bonilla (With Transcript) | 1/26/2026 | |
| 145 | Image Sent By Donny Kadokawa on June 30, 2019 at 22:52 UTC Fullsizerender.jpeg | 1/22/2026 | 1/22/2026 |
| **Sand Island Sports Records** | | | |
| 150 | SIS Spreadsheet | 1/23/2026 | 1/23/2026 |
| 151 | Sports Betting Activity Summary Chart | | |
| 152 | Gambling Debt Growth Summary Chart | 1/28/2026 | 1/28/2026 |
| 153 | Transaction History Summary Chart | 1/28/2026 | 1/28/2026 |
| 154 | Chart Re: Bets Placed at MLB Ball Parks | 1/28/2026 | 1/28/2026 |
| **MLB Records** | | | |
| 160 | MLB Rule 21 (2019) | 1/23/2026 | 1/23/2026 |
| 161 | MLB Rule 21 Certification and Attendee List for Dodgers (2017) | 1/23/2026 | 1/23/2026 |
| 162 | MLB Rule 21 Certification and Attendee List for Dodgers (2018) | 1/23/2026 | 1/23/2026 |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 163 | MLB Rule 21 Certification and Attendee List for Reds (2019) | 1/23/2026 | 1/23/2026 |
| 164 | MLB Statistics for Defendant | 1/28/2026 | 1/28/2026 |
| 165 | MLB Video – June 25, 2019 | 1/28/2026 | 1/28/2026 |
| 166 | MLB Video – June 26, 2019 | | |
| 167 | MLB Video – August 28, 2019 | | |
| 168 | MLB Video – September 24, 2019 | | |
| 169 | MLB Video – September 27, 2019 | | |
| 170 | MLB Custodian Declaration | | |
| 171 | MLB Custodian Declaration | | |
| 172 | Defendant's 2019 MLB Contract | | |
| 173 | Beverly Hills Sports Council Custodian Declaration | | |
| 174 | MLB Rule 21 Summary (2017) | 1/23/2026 | 1/23/2026 |
| 175 | MLB Rule 21 Summary (2018) | 1/23/2026 | 1/23/2026 |
| 176 | MLB Rule 21 Summary (2019) | 1/23/2026 | 1/23/2026 |
| 177 | MLB Game Data (2019) | 1/28/2026 | 1/28/2026 |
| 178 | MLB Club TriCodes | 1/27/2026 | 1/27/2026 |
| 179 | MLB 2017 In-Stadium WiFi Assignments | 1/27/2026 | 1/27/2026 |
| 180 | MLB 2017 IP Address Assignments | 1/27/2026 | 1/27/2026 |
| 181 | MLB 2021 TCPWave IP Records | 1/27/2026 | 1/27/2026 |
| 182 | MLB Custodian Declaration | | |
| 183 | MLB Custodian Declaration | | |
| 184 | MLB Custodian Declaration | | |
| **Bank of America Records** | | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 200 | Defendant's Bank of America Statements, Account x7909 (2019) | 1/23/2026 | 1/23/2026 |
| 201 | Defendant's Bank of America June 2019 Statement, Account x7909 | 1/23/2026 | 1/23/2026 |
| 202 | Defendant's Cashier's Checks to Joseph Schottenstein | 1/23/2026 | 1/23/2026 |
| 203 | Defendant's Cashier's Checks to Joseph Schottenstein (Credit Copy) | 1/23/2026 | 1/23/2026 |
| 204 | Bank of America Signature Card Form for Account x7909 | 1/23/2026 | 1/23/2026 |
| 205 | Bank of America Custodian Declaration | | |
| 206 | Bank of America Custodian Declaration | | |
| 207 | Defendant's Checks to Casinos | | |
| 208 | Defendant's Checks to Casinos | | |
| 209 | Defendant's June 11-12, 2019 Checks to Jack's Casino | 1/23/2026 | 1/23/2026 |
| 210 | Defendant's Bank Statement May 2019 | 1/26/2026 | 1/26/2026 |
| **SunTrust Bank Records** | | | |
| 250 | Defendant's SunTrust Bank May 2019 Statement | | |
| 251 | Defendant's SunTrust Bank August 2019 Statement | | |
| 252 | Defendant's May 14, 2019 Wire to Benny Bonilla | 1/23/2026 | 1/23/2026 |
| 253 | Defendant's August 20, 2019 to Nubuyz | 1/23/2026 | 1/23/2026 |
| 254 | Defendant's September 6, 2019 Wire to Equipment Connection | 1/28/2026 | 1/28/2026 |
| 255 | Defendant's September 16, 2019 Wire to Equipment Connection | 1/28/2026 | 1/28/2026 |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 256 | Defendant's October 1, 2019 Wire to John L. Stirn | 1/28/2026 | 1/28/2026 |
| 257 | Defendant's August 12, 2019 Wire to John L. Stirn | 1/28/2026 | 1/28/2026 |
| 258 | Defendant's July 3, 2019 Wire to Studio Palace LLC | 1/28/2026 | 1/28/2026 |
| 259 | SunTrust Bank Custodian Declaration | | |
| **Wire and Recorded Calls** | | | |
| 300 | Donny Kadokawa Wire Call 1404 to SIS – June 13, 2019 | 1/21/2026 | 1/21/2026 |
| 301 | Donny Kadokawa Wire Call 1404 to SIS – June 13, 2019, with Transcript | | |
| 302 | Donny Kadokawa Wire Call 1405 to SIS – June 13, 2019 | | |
| 303 | Donny Kadokawa Wire Call 1405 to SIS – June 13, 2019, With Transcript | | |
| 304 | Donny Kadokawa Recorded Call to Benny Bonilla, March 10, 2022 | 304 A 1/27/2026<br>304 1/28/2026 | 1/27/2026<br>1/28/2026 |
| 305 | Donny Kadokawa Recorded Call to Benny Bonilla, March 10, 2022, Clip 1 | | |
| 306 | Donny Kadokawa Recorded Call to Benny Bonilla, March 10, 2022, Clip 2 | 1/22/2026 | 1/22/2026 |
| 307 | Donny Kadokawa Recorded Call to Benny Bonilla, March 10, 2022, Clip 3 | | |
| 308 | Donny Kadokawa Recorded Call to Benny Bonilla, March 10, 2022, Clip 4 | | |
| 309 | Donny Kadokawa Recorded Call to Benny Bonilla, March 10, 2022 | | |
| 310 | Donny Kadokawa Recorded Call to Benny Bonilla, March 10, 2022, Clip 1 | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 311 | Donny Kadokawa Recorded Call to Benny Bonilla, March 10, 2022, Clip 2 | | |
| 312 | Donny Kadokawa Recorded Call to Benny Bonilla, March 10, 2022, Clip 3 | | |
| 313 | Donny Kadokawa Recorded Call to Benny Bonilla, March 10, 2022, Clip 4 | | |
| 314 | Donny Kadokawa Recorded Call to Benny Bonilla, March 15, 2022 | | |
| 315 | Donny Kadokawa Recorded Call to Benny Bonilla, March 15, 2022, Clip 1 | | |
| 316 | Donny Kadokawa Recorded Call to Benny Bonilla, March 15, 2022, Clip 2 | 1/26/2026 | 1/26/2026 |
| 317 | Donny Kadokawa Recorded Call to Benny Bonilla, March 18, 2022 | 1/26/2026 | |
| 318 | Donny Kadokawa Recorded Call to Benny Bonilla, March 18, 2022, Clip 1 | | |
| 319 | Donny Kadokawa Recorded Call to Benny Bonilla, March 18, 2022, Clip 2 | 1/26/2026 | 1/26/2026 |
| 320 | Donny Kadokawa Recorded Call to Benny Bonilla, March 18, 2022, Clip 3 | | |
| 321 | Donny Kadokawa Recorded Call to Benny Bonilla, March 31, 2022 | | |
| 322 | Donny Kadokawa Recorded Call to Benny Bonilla, March 31, 2022, Clip 1 | | |
| 323 | Donny Kadokawa Recorded Call to Benny Bonilla, March 31, 2022, Clip 2 | | |
| 324 | Donny Kadokawa Recorded Call to Benny Bonilla, March 31, 2022, Clip 3 | 1/22/2026 | 1/22/2026 |
| **USCIS Records** | | | |
| 325 | Donny Kadokawa Recorded call to Benny Bonilla | 1/26/2026 | 1/26/2026 |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 400 | Defendant's A-File – Part I | | |
| 401 | Defendant's A-File – Part II | | |
| 402 | Defendant's A-File Certifications | | |
| 403 | Attestation of Interview | 1/27/2026 | 1/27/2026 |
| 404 | Attestation of Naturalization | 1/27/2026 | 1/27/2026 |
| 405 | Eligibility Questions | 1/27/2026 | 1/27/2026 |
| 406 | N-400 | | |
| 407 | Naturalization Test | 1/27/2026 | 1/27/2026 |
| 408 | Oath | 1/27/2026 | 1/27/2026 |
| **Videos/Photographs** | | | |
| 450 | Photograph of Defendant and Donny Kadokawa | 1/21/2026 | 1/21/2026 |
| 451 | Photograph of Defendant and Donny Kadokawa | 1/21/2026 | 1/21/2026 |
| 452 | Intentionally Blank | | |
| 453 | Intentionally Blank | | |
| 454 | Intentionally Blank | | |
| 455 | Intentionally Blank | | |
| 456 | Intentionally Blank | | |
| 457 | Intentionally Blank | | |
| 458 | Intentionally Blank | | |
| 459 | Photo of Wayne Nix, Edon Kagasoff, and Michael Orozco | | |
| 460 | Photo of Wayne Nix and Michael Orozco | | |
| 461 | Photo of Defendant | | |
| 462 | Photo of Donny Kadokawa | | |
| 463 | Photo of Michael Orozco | | |
| 464 | Photo of Wayne Nix | | |
| 465 | Photo of Benny Bonilla | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 466 | Photo of Defendant and Donny Kadokawa | 1/22/2026 | 1/22/2026 |
| 467 | Photo of Defendant and Benny Bonilla | 1/22/2026 | 1/22/2026 |
| **Reports** | | | |
| 501 | HSI Report from Defendant's January 2022 Interview | | |
| 502 | HSI Notes from Defendant's January 2022 Interview | 1/30/2026 | 1/30/2026 |
| 503 | HSI Exhibits from Defendant's January 2022 Interview | 1/28/2026 | 1/28/2026 |
| 504 | 18 U.S.C. § 1001 | | |
| 505 | Report re: Early Investigative Activity | | |
| 506 | Dr. Ponton's Report | | |
| 507 | Dr. Ponton's Supplemental Report | | |
| 508 | Dr. Suarez's Disclosure | | |
| 509 | Dr. Suarez's Expert Materials Disclosure | | |
| 510 | Declaration of Paola Suarez | | |
| 511 | HSI Exhibits from Defendant's January 2022 Interview - Excerpts | 1/23/2026 | 1/23/2026 |

| | | | |
|---|---|---|---|
| 610 | | 1/27/2026 | |
| 500 | Demonstrative re charges | 1/27/2026 | |
| 513 | Neuropsychiatric interview form | 1/27/2026 | 1/27/2026 pgs 20 - 24 |
| 707 | Print out of rules of professional conduct for CA attorneys | 2/3/2026 | |
| 705 | | 2/3/2026 | |
| 700 | Mitchell email | 2/3/2026 | |

15