1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 22-394-DMG |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANT YASIEL PUIG'S *EX PARTE* APPLICATION FOR AN ORDER PERMITTING INTERNATIONAL TRAVEL [411]** |
| v. | |
| YASIEL PUIG VALDES, | |
| Defendant. | |

ORDER

The Court has read and considered Defendant Yasiel Puig's *Ex Parte* Application ("EPA") for an order permitting Puig to travel internationally [Doc. # 411] and the Government's opposition thereto [Doc. # 413].[1]

Omitted from Mr. Puig's counsel's declaration or moving papers is a timeline of when Puig booked his travel or informed his counsel of his plans. With respect to the timing of the EPA, the Court observes that there was sufficient time to preschedule the doctor's appointment that is part of the basis for the requested approval. In the future, Mr. Puig will avoid waiting until so close to the date of his requested travel to seek permission for that travel, or his requests will be denied. *Ex parte* applications are meant to be reserved for true emergencies and not urgencies caused by an utter lack of diligence.

The Court found that Mr. Puig is not a flight risk, after the verdict was rendered. [Doc. # 408 at 28.] The Court separately supplements its ruling regarding international travel as follows. [*See* Doc. # 386.] The Pretrial Services Office shall assign a Pretrial Services Officer to Puig forthwith upon receipt of this Order and shall notify Puig and his counsel of the officer's contact information.

Mr. Puig's counsel shall provide the Court with an itinerary for his travel upon receipt of this Order (*i.e.*, his flights, where he will be located, when, and other pertinent details) and shall provide his assigned officer with the itinerary upon receipt of that officer's contact information. Within 12 hours of his return to the United States, Puig shall check in with the assigned officer.

For any future international travel, Puig shall comply with the Court's prior order to seek approval from the Court through his pretrial services officer and shall

---

[1] The Government's opposition was not filed within the 24-hour time period to do so, but given Puig's lack of diligence, the Court has considered the Government's arguments on their merits. The Court declines to strike Puig's application for failure to meet and confer, given counsel's efforts to discuss the matter with Government counsel, although Puig should not have delayed bringing the application so long that he effectively left no time for an adequate meet and confer process.

similarly provide his officer with the itinerary in advance and check in within 12 hours after his return.

The Court **GRANTS** the request for international travel, subject to these conditions. Mr. Puig may travel internationally to Cancún, Quintana Roo, and to Merida, Yucatan, in Mexico from February 20, 2026 to March 3, 2026 and shall abide by the noted conditions for future international travel and requests to travel.

**IT IS SO ORDERED.**

Dated: February 19, 2026

_____
DOLLY M. GEE
Chief United States District Judge

**cc: USPPO**