# EXHIBIT A

Intentionally omitted; being filed under seal