# EXHIBIT B

**Jose Nuño**

---

| | |
|---|---|
| **From:** | Keri Axel |
| **Sent:** | Tuesday, February 3, 2026 1:17 PM |
| **To:** | Ellyn Garofalo; Benjamin Levine; Jose Nuño |
| **Cc:** | Viviana Andazola Marquez; Bryan Freedman |
| **Subject:** | RE: Trial Subpoenas - U.S. v. Yasiel Puig, CDCA Criminal Case No. 22-394-DMG |

The court is issuing an OSC that Horowits be here at 8:30 am tomorrow.

**Keri Curtis Axel**
Partner, Waymaker LLP
Direct: ███████████

---

**From:** Ellyn Garofalo <egarofalo@lftcllp.com>
**Sent:** Tuesday, February 3, 2026 12:50 PM
**To:** Keri Axel <kaxel@waymakerlaw.com>; Benjamin Levine <blevine@grsm.com>; Jose Nuño
<jnuno@waymakerlaw.com>
**Cc:** Viviana Andazola Marquez <vandazolamarquez@waymakerlaw.com>; Bryan Freedman <bfreedman@lftcllp.com>
**Subject:** RE: Trial Subpoenas - U.S. v. Yasiel Puig, CDCA Criminal Case No. 22-394-DMG

Please call me.  I'm in the office but my cell is fine.  Both are below.


Ellyn S. Garofalo
Liner Freedman Taitelman + Cooley, LLP
1801 Century Park West, 5th Floor
Los Angeles, California  90067
Direct:  (310) 201-4912
Cell: ███████████


*Please note that LFTC's domain name has changed from FTLLP.com to LFTCLLP.com.  Emails sent from this domain are not spam.*


The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Keri Axel <kaxel@waymakerlaw.com>
**Sent:** Tuesday, February 3, 2026 12:46 PM
**To:** Benjamin Levine <blevine@grsm.com>; Jose Nuño <jnuno@waymakerlaw.com>

**Cc:** Viviana Andazola Marquez <vandazolamarquez@waymakerlaw.com>; Bryan Freedman <bfreedman@lftcllp.com>;
Ellyn Garofalo <egarofalo@lftcllp.com>
**Subject:** RE: Trial Subpoenas - U.S. v. Yasiel Puig, CDCA Criminal Case No. 22-394-DMG

I understand that Ms. Garofolo raised an issue regarding paragraph 6, which was a leftover from the
stipulation.

Is Mr. Horowits signing this right now?  If not, we anticipate the Court will hold him and BHSC in
contempt over lunch.  Given that BHSC has potential custodians in the LA area, we really do not
understand why there is not a representative in Court now.

**Keri Curtis Axel**
Partner, Waymaker LLP
Direct: ████████████

---

**From:** Keri Axel
**Sent:** Tuesday, February 3, 2026 11:31 AM
**To:** 'Benjamin Levine' <blevine@grsm.com>; Jose Nuño <jnuno@waymakerlaw.com>
**Cc:** Viviana Andazola Marquez <vandazolamarquez@waymakerlaw.com>; 'Bryan Freedman' <bfreedman@lftcllp.com>;
'Ellyn Garofalo' <egarofalo@lftcllp.com>
**Subject:** RE: Trial Subpoenas - U.S. v. Yasiel Puig, CDCA Criminal Case No. 22-394-DMG
**Importance:** High

Counsel:  Please advise about the declaration and your custodian of records appearance.

**Keri Curtis Axel**
Partner, Waymaker LLP
Direct: ████████████

---

**From:** Keri Axel
**Sent:** Tuesday, February 3, 2026 10:48 AM
**To:** 'Benjamin Levine' <blevine@grsm.com>; Jose Nuño <jnuno@waymakerlaw.com>
**Cc:** Viviana Andazola Marquez <vandazolamarquez@waymakerlaw.com>; Bryan Freedman <bfreedman@lftcllp.com>;
Ellyn Garofalo <egarofalo@lftcllp.com>
**Subject:** RE: Trial Subpoenas - U.S. v. Yasiel Puig, CDCA Criminal Case No. 22-394-DMG

Thanks.  I would also suggest that per the below they send Margaret Le to the court right now to avoid
BHSC also being held in contempt.

**Keri Curtis Axel**
Partner, Waymaker LLP
Direct: ████████████

---

**From:** Benjamin Levine <blevine@grsm.com>
**Sent:** Tuesday, February 3, 2026 10:30 AM
**To:** Keri Axel <kaxel@waymakerlaw.com>; Jose Nuño <jnuno@waymakerlaw.com>
**Cc:** Viviana Andazola Marquez <vandazolamarquez@waymakerlaw.com>; Bryan Freedman <bfreedman@lftcllp.com>;

Ellyn Garofalo <egarofalo@lftcllp.com>
**Subject:** Re: Trial Subpoenas - U.S. v. Yasiel Puig, CDCA Criminal Case No. 22-394-DMG

Hi Keri:

I am out of pocket for a bit.  I am adding Mr. Horwits' California counsel Bryan Freedman and Ellyn Garofalo.

I have sent them the declaration for their review.

Thanks,

Ben

---

**From:** Keri Axel <kaxel@waymakerlaw.com>
**Sent:** Tuesday, February 3, 2026 1:17 PM
**To:** Benjamin Levine <blevine@grsm.com>; Jose Nuño <jnuno@waymakerlaw.com>
**Cc:** Viviana Andazola Marquez <vandazolamarquez@waymakerlaw.com>
**Subject:** RE: Trial Subpoenas - U.S. v. Yasiel Puig, CDCA Criminal Case No. 22-394-DMG

Attached is a draft declaration.  In accommodation to your request, I have reworked and eliminated some language.

If you would like to speak, I should be available in about 30 minutes, more or less.

Best, Keri

**Keri Curtis Axel**
Partner, Waymaker LLP
Direct: ██████████

---

**From:** Keri Axel
**Sent:** Tuesday, February 3, 2026 9:47 AM
**To:** 'Benjamin Levine' <blevine@grsm.com>; Jose Nuño <jnuno@waymakerlaw.com>
**Cc:** Viviana Andazola Marquez <vandazolamarquez@waymakerlaw.com>
**Subject:** RE: Trial Subpoenas - U.S. v. Yasiel Puig, CDCA Criminal Case No. 22-394-DMG

We will take a look, but we think these are the facts that should come in and would should Mr. Horwits testify.  I will send the draft declaration within 30 minutes

FYI the court will be issuing a contempt order this morning.  Mr. Horwits should plan to get on a plane.  In the short term, you should send Margaret Le down to be the BHSC records custodian.

Best, Keri

**Keri Curtis Axel**

Partner, Waymaker LLP
Direct: ██████████

---

**From:** Benjamin Levine <blevine@grsm.com>
**Sent:** Tuesday, February 3, 2026 8:11 AM
**To:** Keri Axel <kaxel@waymakerlaw.com>; Jose Nuño <jnuno@waymakerlaw.com>
**Cc:** Viviana Andazola Marquez <vandazolamarquez@waymakerlaw.com>
**Subject:** RE: Trial Subpoenas - U.S. v. Yasiel Puig, CDCA Criminal Case No. 22-394-DMG

Please send a declaration stating the dates of the text messages for authentication purposes.  I don't think we need all the other color.  We will review as soon as we receive it.

---

**From:** Keri Axel <kaxel@waymakerlaw.com>
**Sent:** Tuesday, February 3, 2026 10:56 AM
**To:** Benjamin Levine <blevine@grsm.com>; Jose Nuño <jnuno@waymakerlaw.com>
**Cc:** Viviana Andazola Marquez <vandazolamarquez@waymakerlaw.com>
**Subject:** RE: Trial Subpoenas - U.S. v. Yasiel Puig, CDCA Criminal Case No. 22-394-DMG

We are on the way to court.  We will do that as soon as we can, or you can convert the stipulation.  It would be the same text in the form of a declaration.

**Keri Curtis Axel**
Partner, Waymaker LLP
Direct: ██████████

---

**From:** Benjamin Levine <blevine@grsm.com>
**Sent:** Tuesday, February 3, 2026 7:28 AM
**To:** Keri Axel <kaxel@waymakerlaw.com>; Jose Nuño <jnuno@waymakerlaw.com>
**Cc:** Viviana Andazola Marquez <vandazolamarquez@waymakerlaw.com>
**Subject:** Re: Trial Subpoenas - U.S. v. Yasiel Puig, CDCA Criminal Case No. 22-394-DMG

Are you sending me a proposed declaration ?

---

**From:** Keri Axel <kaxel@waymakerlaw.com>
**Sent:** Tuesday, February 3, 2026 10:16:07 AM
**To:** Benjamin Levine <blevine@grsm.com>; Jose Nuño <jnuno@waymakerlaw.com>
**Cc:** Viviana Andazola Marquez <vandazolamarquez@waymakerlaw.com>
**Subject:** RE: Trial Subpoenas - U.S. v. Yasiel Puig, CDCA Criminal Case No. 22-394-DMG

Number last night was work direct but does reach my cell and computer, etc.

My cell is ██████████.  That may have more consistent reception, so that's fine.  We start at 8:30 but I can step out if need be as I don't have a witness this am.

**Keri Curtis Axel**
Partner, Waymaker LLP
Direct: ██████████

4

**From:** Benjamin Levine <blevine@grsm.com>
**Sent:** Tuesday, February 3, 2026 7:14 AM
**To:** Keri Axel <kaxel@waymakerlaw.com>; Jose Nuño <jnuno@waymakerlaw.com>
**Cc:** Viviana Andazola Marquez <vandazolamarquez@waymakerlaw.com>
**Subject:** RE: Trial Subpoenas - U.S. v. Yasiel Puig, CDCA Criminal Case No. 22-394-DMG

I have a call at 10:30 my time.  What is your cell?  Can try you after (or is it the number I used last night?)

---

**From:** Keri Axel <kaxel@waymakerlaw.com>
**Sent:** Tuesday, February 3, 2026 9:50 AM
**To:** Benjamin Levine <blevine@grsm.com>; Jose Nuño <jnuno@waymakerlaw.com>
**Cc:** Viviana Andazola Marquez <vandazolamarquez@waymakerlaw.com>
**Subject:** Re: Trial Subpoenas - U.S. v. Yasiel Puig, CDCA Criminal Case No. 22-394-DMG

yes that's correct.  I can talk in the car at 7:30

Get Outlook for iOS

---

**From:** Benjamin Levine <blevine@grsm.com>
**Sent:** Tuesday, February 3, 2026 5:59:18 AM
**To:** Jose Nuño <jnuno@waymakerlaw.com>; Keri Axel <kaxel@waymakerlaw.com>
**Cc:** Viviana Andazola Marquez <vandazolamarquez@waymakerlaw.com>
**Subject:** RE: Trial Subpoenas - U.S. v. Yasiel Puig, CDCA Criminal Case No. 22-394-DMG

Hi Jose:

We will review and revert back shortly.  Keri and me discussed a Zoom this morning to review the text messages.  I assume based on the attached there is no need for that meeting.  Let me know if that is correct?

Thanks,

Ben

**BENJAMIN A. LEVINE**
Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE LAW FIRM™**
**D:** 212.453.0710
**E:** blevine@grsm.com  |  grsm.com
1 Battery Park Plaza, 28th Floor, New York, NY 10004
vCard

5

**From:** Jose Nuño <jnuno@waymakerlaw.com>
**Sent:** Tuesday, February 3, 2026 2:37 AM
**To:** Benjamin Levine <blevine@grsm.com>; Keri Axel <kaxel@waymakerlaw.com>
**Cc:** Viviana Andazola Marquez <vandazolamarquez@waymakerlaw.com>
**Subject:** RE: Trial Subpoenas - U.S. v. Yasiel Puig, CDCA Criminal Case No. 22-394-DMG

Mr. Levine,

Please see attached, a short draft stipulation re the testimony of Daniel Horwits that, if agreed to by the government, may obviate the need for Mr. Horwits to testify in person this week. The stipulation references 3 exhibits (+ three translations) that are attached. Let us know if you are amenable to the stipulation or would like to discuss.

Thank you,

**Jose Nuño**
Partner, Waymaker LLP
Direct: (424) 652-7807


**From:** Benjamin Levine <blevine@grsm.com>
**Sent:** Monday, February 2, 2026 3:50 PM
**To:** Keri Axel <kaxel@waymakerlaw.com>; Jose Nuño <jnuno@waymakerlaw.com>
**Cc:** Viviana Andazola Marquez <vandazolamarquez@waymakerlaw.com>
**Subject:** Re: Trial Subpoenas - U.S. v. Yasiel Puig, CDCA Criminal Case No. 22-394-DMG

Hi Keri:

What is the best # to reach you at and your availability?

Thanks

Ben


**From:** Keri Axel <kaxel@waymakerlaw.com>
**Sent:** Sunday, February 1, 2026 3:44:00 PM
**To:** Jose Nuño <jnuno@waymakerlaw.com>; Benjamin Levine <blevine@grsm.com>
**Cc:** Viviana Andazola Marquez <vandazolamarquez@waymakerlaw.com>
**Subject:** RE: Trial Subpoenas - U.S. v. Yasiel Puig, CDCA Criminal Case No. 22-394-DMG

Mr. Levine:  We appreciate that it is the weekend, but Mr. Horowits has now been served pursuant to the Court's order permitting substituted service.  He is due in court in Los Angeles with the subpoenaed documents in hand by Tuesday, so we assume you'd like to speak soon.  Please let us know what works for you.

Best, Keri

**Keri Curtis Axel**
Partner

**Waymaker LLP**
Direct: ▮▮▮▮▮▮▮    |    Reception: (424) 652-7800
515 S. Flower Street, Suite 3500   |   Los Angeles, CA 90071
kaxel@waymakerlaw.com   |   waymakerlaw.com   |   Bio

This message was sent from Waymaker LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information
may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank yo

**From:** Jose Nuño <jnuno@waymakerlaw.com>
**Sent:** Saturday, January 31, 2026 3:58 PM
**To:** Benjamin Levine <blevine@grsm.com>
**Cc:** Keri Axel <kaxel@waymakerlaw.com>; Viviana Andazola Marquez <vandazolamarquez@waymakerlaw.com>
**Subject:** FW: Trial Subpoenas - U.S. v. Yasiel Puig, CDCA Criminal Case No. 22-394-DMG

Mr. Levine,

Please see the attached trial subpoenas which have been served on your client via electronic service pursuant to Court
order. The email to your client with the subpoenas is below. Please confirm receipt on your end and contact us as soon
as possible if you or your client would like to discuss.

Thank you,

**Jose Nuño**
Partner, Waymaker LLP
Direct: (424) 652-7807

**From:** Jose Nuño
**Sent:** Saturday, January 31, 2026 3:55 PM
**To:** 'dannyh@bhscouncil.com' <dannyh@bhscouncil.com>; 'dhorwits@bhscglobal.com' <dhorwits@bhscglobal.com>
**Cc:** Keri Axel <kaxel@waymakerlaw.com>; Viviana Andazola Marquez <vandazolamarquez@waymakerlaw.com>
**Subject:** Trial Subpoenas - U.S. v. Yasiel Puig, CDCA Criminal Case No. 22-394-DMG

Dear Mr. Horwits,

My law firm represents Yasiel Puig in the above-referenced action. Pursuant to Court order, the attached trial subpoenas
are being served on you via electronic service. One subpoena is directed at you in your personal capacity, and the other
subpoena is directed at you as authorized representative of Beverly Hills Sports Council. Please have your attorney
contact us as soon as possible should you have any questions.

Thank you,

**Jose R. Nuño**
Partner

**Waymaker LLP**
Direct: (424) 652-7807   |   Reception: (424) 652-7800
515 S. Flower Street, Suite 3500   |   Los Angeles, CA 90071
jnuno@waymakerlaw.com   |   waymakerlaw.com   |   Bio

This message was sent from Waymaker LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
www.grsm.com

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
www.grsm.com

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
www.grsm.com

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
[www.grsm.com](http://www.grsm.com)

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
[www.grsm.com](http://www.grsm.com)

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
[www.grsm.com](http://www.grsm.com)