# EXHIBIT C

## All flights

Prices include required taxes + fees for 1 adult. Optional charges and bag fees may apply. Passenger assistance info.

Sorted by departure time

| Airline | Time | Duration | Stops | Route | Emissions | Bags | Price |
|---|---|---|---|---|---|---|---|
| Spirit | 5:45 AM – 7:15 AM | 3 hr 30 min | Nonstop | DFW–LAX | 143 kg CO2e / -29% emissions | 0 0 | $145 |
| American | 6:00 AM – 7:30 AM | 3 hr 30 min | Nonstop | DFW–LAX | 185 kg CO2e / -8% emissions | 1 0 | $424 |
| Delta | 6:40 AM – 8:16 AM | 3 hr 36 min | Nonstop | DFW–LAX | 222 kg CO2e / +10% emissions | 1 0 | $434 |
| American | 7:00 AM – 8:37 AM | 3 hr 37 min | Nonstop | DFW–LAX | 185 kg CO2e / -8% emissions | 1 0 | $424 |
| American | 8:30 AM – 10:12 AM | 3 hr 42 min | Nonstop | DFW–LAX | 144 kg CO2e / -29% emissions | 1 0 | $535 |
| Southwest | 9:00 AM – 10:35 AM | 3 hr 35 min | Nonstop | DAL–LAX | 174 kg CO2e / -14% emissions | 1 0 | $277 |
| American | 9:40 AM – 11:12 AM | 3 hr 32 min | Nonstop | DFW–LAX | 146 kg CO2e / -28% emissions | 1 0 | $424 |
| American | 11:12 AM – 12:44 PM | 3 hr 32 min | Nonstop | DFW–LAX | 185 kg CO2e / -8% emissions | 1 0 | $560 |
| American | 12:06 PM – 1:35 PM | 3 hr 29 min | Nonstop | DFW–LAX | 185 kg CO2e / -8% emissions | 1 0 | $424 |

| | | | | | | |
|---|---|---|---|---|---|---|
| American | 1:18 PM – 2:47 PM | 3 hr 29 min DFW–LAX | Nonstop | 185 kg CO2e -8% emissions | 1 0 | $424 |
| Southwest | 1:25 PM – 3:00 PM | 3 hr 35 min DAL–LAX | Nonstop | 153 kg CO2e -24% emissions | 1 0 | $220 |
| American | 2:26 PM – 3:55 PM | 3 hr 29 min DFW–LAX | Nonstop | 185 kg CO2e -8% emissions | 1 0 | $424 |
| Delta | 4:00 PM – 5:30 PM | 3 hr 30 min DFW–LAX | Nonstop | 222 kg CO2e +10% emissions | 1 0 | $434 |
| American | 4:45 PM – 6:14 PM | 3 hr 29 min DFW–LAX | Nonstop | 185 kg CO2e -8% emissions | 1 0 | $424 |
| American | 5:35 PM – 7:05 PM | 3 hr 30 min DFW–LAX | Nonstop | 170 kg CO2e -16% emissions | 1 0 | $424 |
| American | 7:14 PM – 8:50 PM | 3 hr 36 min DFW–LAX | Nonstop | 185 kg CO2e -8% emissions | 1 0 | $424 |
| Southwest | 7:55 PM – 9:25 PM | 3 hr 30 min DAL–LAX | Nonstop | 153 kg CO2e -24% emissions | 1 0 | $305 |
| Spirit | 9:07 PM – 10:40 PM | 3 hr 33 min DFW–LAX | Nonstop | 143 kg CO2e -29% emissions | 0 0 | $145 |
| American | 9:11 PM – 10:47 PM | 3 hr 36 min DFW–LAX | Nonstop | 185 kg CO2e -8% emissions | 1 0 | $424 |