# EXHIBIT D

| | |
|---|---|
| **From:** | Keri Axel |
| **To:** | Ellyn Garofalo |
| **Cc:** | Klein, Brian |
| **Subject:** | Danny Horowits |
| **Date:** | Tuesday, February 3, 2026 5:49:00 PM |

Ellyn: The court has declined to admit the declaration, and to send the following message: "There will be serious consequences if he doesn't appear." "The Court will be displeased by his failure to appear, and he will be held in contempt."

I'll call you shortly. Best, Keri

**Keri Curtis Axel**
Partner, Waymaker LLP
Direct: ██████████

---

**From:** Ellyn Garofalo <egarofalo@lftcllp.com>
**Sent:** Tuesday, February 3, 2026 4:43 PM
**To:** Keri Axel <kaxel@waymakerlaw.com>
**Subject:** FW: Executed

Here is the signed declaration. Unless I hear that it is unnecessary, we intend to file a response to the OSC by 8:30 a.m.