# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YASIEL PUIG VALDES,<br><br>Defendant. | Case No. CR 22-394-DMG<br><br>**ORDER DENYING *EX PARTE* APPLICATION TO SEAL DOCUMENTS** |

ORDER

As good cause[1] has not been shown,

IT IS HEREBY ORDERED that Yasiel Puig Valdes' ("Puig") *Ex Parte* Application to File Under Seal is DENIED.  The fact that documents were designated confidential by the Government is not sufficient to justify sealing them and curtailing the public's right of access.  Based upon the Court's independent examination, reasons for sealing the documents are not self-evident from their contents.

The Clerk shall destroy the chambers electronic copy of the document titled "Declaration of Viviana Andazola Marquez in support of *Ex Parte* Application for Sealing" and the accompanying materials.

DATED:  March 9, 2026

DOLLY M. GEE
Chief United States District Judge

---

[1] The materials in question do not relate to the substantive issue of whether Puig is guilty of the charges in the indictment, but relate to tangential issues regarding a third party's potential criminal contempt.  As such, the Court applies the "good cause" rather than the "compelling reasons" standard.  *See United States v. Sleugh*, 896 F.3d 1007, 1014 (9th Cir. 2018) (discussing Ctr. *for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir 2016*))*.  Under either standard, the Court would deny the sealing application.

1
ORDER