# <u>Exhibit A</u>

Q.  Do you remember a text message where -- or a voicemail where Mr. Puig said that he told them nothing about Donny?

A.  Yes.

Q.  Okay.  Can you describe that message.

A.  He sent a message that said, "Bro, I -- tell him" -- he said, "I told them I know Donny through baseball, and tell him to tell them whatever he wants."

Q.  Okay.

Do you recall him saying that he told them, the IRS, nothing about Donny Kadokawa?

A.  I think he said, "I told them about -- I know him from baseball."

Q.  Okay.

But it's more than just baseball; correct?

A.  Yes.

Q.  Okay.

So you understood that Mr. Puig was not being truthful with the IRS?

A.  That would be my understanding.

Q.  Did you have any other conversations with Mr. Puig about him not being truthful with the IRS during the interview?

A.  No.

Q.  When was the last time you spoke to Mr. Puig?

A.  I have not -- since the day that you guys took my

USAO_NIX_2023_00059391
CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

phone.  So I don't know the date.  The day that they came and took my phone.  I messaged him and I said, "Bro, they took my phone.  What is going on?"

And he said, "Why would they do that?"

And that's been my last conversation I've ever had with the guy.

Q.  And he hasn't sent you any messages or anything?

A.  Not that I know of.  I haven't had my phone.  I haven't -- I haven't even hooked up that phone, and I've been using another phone since --

Q.  And have he tried to contact you on the other phone?

A.  No.  I -- I mean, I personally will -- I thought -- I thought was a friend.  I don't even -- I consider him somebody that used me for batting practice and is gone.  Like I haven't heard from him since.

MR. MITCHELL:  Understood.  All right.  I have a few questions I want to ask you about Mr. Kadokawa and PPP loans, but before I do, I'm going to open it up to the grand jury.

Do any member of the grand jury have any questions for Mr. Bonilla on the exhibits or topics that we had previously gone over?

I see no hands.

I have a few minutes left of my time here, so I want to kind of go through Exhibit No. 14 here.

BY MR. MITCHELL:

USAO_NIX_2023_00059392
CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER