# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 22-394-DMG |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| YASIEL PUIG VALDES, | |
| Defendant. | |

## [PROPOSED] ORDER

Having considered Defendant Yasiel Puig's *Ex Parte* Application to Continue Sentencing, the Court finds good cause for a continuance.

IT IS HEREBY ORDERED THAT the sentencing hearing is continued from June 30, at 3:00 p.m. to July 28, at 3:00 p.m.

IT IS SO ORDERED.

DATED: _____     _____

HON. DOLLY M. GEE

[PROPOSED] ORDER