UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>                  v.<br><br>YASIEL PUIG VALDES,<br><br>             Defendant. | No. CR 22-394-DMG<br><br>**ORDER RE CONTINUANCE OF SENTENCING HEARING [460]** |

    Having considered Defendant Yasiel Puig's *Ex Parte* Application to Continue Sentencing and the Government's Opposition thereto, the Court finds good cause for a continuance.

    IT IS HEREBY ORDERED THAT the sentencing hearing is continued from June 30, 2026 at 3:00 p.m. to July 28, 2026 at 3:00 p.m.


June 26, 2026
   DATE
                                                    DOLLY M. GEE
                               Chief United States District Judge