TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
JUAN M. RODRIGUEZ (Cal. Bar No. 313284)
MICHAEL J. MORSE (Cal. Bar No. 291763)
LAURA A. ALEXANDER (Cal. Bar No. 313212)
Public Corruption & Civil Rights Section
Assistant United States Attorney
1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0304/7367/1019
Facsimile: (213) 894-0141
E-mail: Juan.Rodriguez@usdoj.gov
Michael.Morse@usdoj.gov
Laura.Alexander@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YASIEL PUIG VALDES,<br><br>Defendant. | No. CR 22-394(A)-DMG<br><br>STIPULATION FOR ORDER REQUIRING DEFENDANT TO PRODUCE HIS TORONTO MAPLE LEAFS BASEBALL CONTRACT |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California and Assistant United States Attorneys Juan M. Rodriguez, Michael J. Morse, and Laura A. Alexander, and defendant YASIEL PUIG VALDES ("defendant"), both individually and by and through his counsel of record, Keri Curtis Axel, hereby stipulate as follows:

1. On February 6, 2026, defendant was convicted of Obstruction of Justice and False Statements. (Dkt. 403.)

2. On July 24, 2026, the Court vacated defendant's sentencing hearing and deferred setting a new sentencing hearing until the Court ruled on defendant's Motion for Acquittal. (Dkt. 463.)

3. The parties have filed sentencing memoranda. Based on the parties' sentencing memoranda and the arguments set forth therein, the parties agree that defendant's baseball contract with the Toronto Maple Leafs (the "Baseball Contract") is relevant to the defendant's sentencing.

4. Defense counsel informed the government that, absent a court order, defendant is unable to produce the Baseball Contract because of its confidentiality provision. Accordingly, the parties stipulate that this Court should order disclosure of the Baseball Contract and impose the following conditions:

a. The Baseball Contract shall be designated "Attorneys Eyes Only," that is, only attorneys for the parties should have access to the Baseball Contract and have knowledge of its contents;

b. The government shall file the Baseball Contract under seal; and

//

//

//

c. The parties shall not publicly disclose the contract, including the financial compensation terms, either orally or in writing.

IT IS SO STIPULATED.

Dated: September 1, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division

*/s/*
JUAN M. RODRIGUEZ
MICHAEL J. MORSE
LAURA A. ALEXANDER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

KERI CURTIS AXEL
Attorney for Defendant
YASIEL PUIG VALDES