TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
JUAN M. RODRIGUEZ (Cal. Bar No. 313284)
MICHAEL J. MORSE (Cal. Bar No. 291763)
LAURA A. ALEXANDER (Cal. Bar No. 313212)
Public Corruption & Civil Rights Section
Assistant United States Attorney
1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0304/7367/1019
Facsimile: (213) 894-0141
E-mail: Juan.Rodriguez@usdoj.gov
Michael.Morse@usdoj.gov
Laura.Alexander@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YASIEL PUIG VALDES,<br><br>Defendant. | No. CR 22-394(A)-DMG<br><br>[PROPOSED] ORDER REQUIRING DEFENDANT TO PRODUCE HIS TORONTO MAPLE LEAFS BASEBALL CONTRACT |

The Court has read and considered the parties' stipulation for order requiring Yasiel Puig Valdes ("defendant") to produce his Toronto Maple Leafs baseball contract (the "Baseball Contract"), filed with the Court on September 1, 2026.

Therefore, for GOOD CAUSE shown, the parties' stipulation is GRANTED. IT IS HEREBY ORDERED:

1. Defendant shall produce his Baseball Contract.

2. The Baseball Contract is "Attorneys Eyes Only," that is, only attorneys for the parties should have access to the Baseball Contract and have knowledge of its contents.

3. The government shall file the Baseball Contract under seal.

4. The parties shall not publicly disclose the contract, including the financial compensation terms, either orally or in writing.

IT IS SO ORDERED.

______________________________
DATE

______________________________
THE HONORABLE DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE

Presented by:

/s/
JUAN M. RODRIGUEZ
Assistant United States Attorney