UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

YASIEL PUIG VALDES,

Defendant.

No. CR 22-394(A)-DMG

ORDER REQUIRING DEFENDANT TO PRODUCE HIS TORONTO MAPLE LEAFS BASEBALL CONTRACT

The Court has read and considered the parties' stipulation for order requiring Yasiel Puig Valdes ("defendant") to produce his Toronto Maple Leafs baseball contract (the "Baseball Contract"), filed with the Court on September 1, 2026.

For GOOD CAUSE shown, the parties' stipulation is APPROVED. IT IS HEREBY ORDERED:

1. Defendant shall produce his Baseball Contract to government counsel.

2. The Baseball Contract is "Attorneys Eyes Only," that is, only attorneys for the parties should have access to the Baseball Contract and have knowledge of its contents.

3. The government shall file the Baseball Contract under seal.

4. The parties shall not publicly disclose the contract, including the financial compensation terms, either orally or in writing.

IT IS SO ORDERED.

September 1, 2026
DATE

DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE